CDF LABOR LAW LLP
   Dan M. Forman, State Bar No. 155811
    dforman@cdflaborlaw.com
   Amy S. Williams, State Bar No. 228853
    awilliams@cdflaborlaw.com
707 Wilshire Boulevard, Suite 5150
Los Angeles, CA 90017
Telephone: (213) 612-6300

Attorneys for Plaintiff
PERRIN BERNARD SUPOWITZ, LLC, a
California LLC dba INDIVIDUAL
FOODSERVICE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRIN BERNARD SUPOWITZ, LLC, a California LLC dba INDIVIDUAL FOODSERVICE,<br><br>    Plaintiffs,<br>v.<br><br>PABLO MORALES, an individual; LEGACY WHOLESALE GROUP, LLC, an Arizona Limited Liability Corporation; SAVINO MORALES, an individual; and SERGIO ESCAMILLA, an individual; and DOES 1 through 20, inclusive,<br><br>    Defendants.<br><br>LEGACY WHOLESALE GROUP, LLC,<br><br>    Cross-Complainant,<br>v.<br><br>PERRIN BERNARD SUPOWITZ, LLC, a California LLC dba INDIVIDUAL FOODSERVICE,<br><br>    Cross-Defendant. | Case No. 2:22-cv-02120-ODW-JEM<br><br>Mag. Judge: John E. McDermott<br>Ctrm: 640<br><br>**DECLARATION OF DAN M. FORMAN IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA OF RECORDS FROM LUNA SUPPLY; AND REQUEST FOR SANCTIONS**<br><br>Date: November 8, 2022<br>Time: 10:00 a.m.<br>Ctrm: 640<br><br>Discovery Cut-off: December 19, 2022<br>Pretrial Conference: March 27, 2023<br>Trial Date: April 18, 2023 |

CDF Labor Law LLP

DECL OF D. FORMAN ISO PLTF'S MTN TO COMPEL COMPLIANCE WITH SUBP OF RECORDS FROM LUNA SUPPLY

# DECLARATION OF DAN M. FORMAN

I, Dan M. Forman, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court and am a partner with the law firm of CDF Labor Law LLP, counsel of record for plaintiff PERRIN BERNARD SUPOWITZ, LLC, a California LLC dba INDIVIDUAL FOODSERVICE ("IFS" and/or "Plaintiff") in this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify to such facts under oath.

2. On August 26, 2022, I caused Luna Supply ("Luna Supply") to be served with a Subpoena to Produce Documents, Information, or Objects (the "Subpoena") seeking six categories of documents since January 1, 2020. Attached as **Exhibit A** is a true and correct copy of the Subpoena.

3. On September 9, 2022, Luna Supply caused objections to the Subpoena to be served and did not produce any responsive documents. Attached as **Exhibit B** is a true and correct copy of the Objections that Luna Supply caused to be served on my office.

4. On September 13, 2022, I caused a detailed letter to be sent to Luna Supply in an attempt to resolve the deficiencies in Luna Supply's discovery objections and avoid a motion to compel. IFS provided the basis for the Subpoena and included legal authorities supporting its position that the subpoenaed documents must be produced. IFS also provided a copy of the Protective Order in this matter so that Luna Supply could produce documents and mark them Confidential or Attorneys' Eyes Only to protect any purported privacy interests. I requested a conference pursuant to C.D. Local Rule 37-1 by September 30, 2022. Attached as **Exhibit C** is a true and correct copy of my letter dated September 13, 2022 that I caused to be delivered to Luna Supply via email and FedEx.

5. Luna Supply failed to respond to my letter. A stipulation is therefore

1. not necessary to accompany the Motion to Compel Compliance with Subpoena of Records from Luna Supply pursuant to Local Rule 37-2.4.

6. In preparing this Motion, IFS will have incurred in excess of $1,000 related to attorneys' fees.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on this 11th day of October, 2022, at Los Angeles, California.

_____
Dan M. Forman