| | |
|---|---|
| 1 | CDF LABOR LAW LLP |
| 2 |    Dan M. Forman, State Bar No. 155811<br>   dforman@cdflaborlaw.com |
| 3 |    Amy S. Williams, State Bar No. 228853<br>   awilliams@cdflaborlaw.com |
| 4 | 707 Wilshire Boulevard, Suite 5150<br>Los Angeles, CA 90017 |
| 5 | Telephone: (213) 612-6300 |
| 6 | Attorneys for Plaintiff/Counter-Defendant<br>PERRIN BERNARD SUPOWITZ, LLC, a |
| 7 | California LLC dba INDIVIDUAL<br>FOODSERVICE |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PERRIN BERNARD SUPOWITZ, LLC, a California LLC dba INDIVIDUAL FOODSERVICE, <br><br> Plaintiff, <br><br> v. <br><br> PABLO MORALES, an individual; LEGACY WHOLESALE GROUP, LLC, an Arizona Limited Liability Corporation; SAVINO MORALES, an individual; and SERGIO ESCAMILLA, an individual; and DOES 1 through 20, inclusive, <br><br> Defendants. <br><br> LEGACY WHOLESALE GROUP, LLC, <br><br> Counter-Plaintiff, <br><br> v. <br><br> PERRIN BERNARD SUPOWITZ, LLC, a California LLC dba INDIVIDUAL FOODSERVICE, <br><br> Counter-Defendant. | Case No. 2:22-cv-02120-ODW-JEM <br><br> Mag. Judge: John E. McDermott<br>Ctrm: 640 <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA OF RECORDS FROM M & E; REQUEST FOR SANCTIONS** <br><br> Date: November 8, 2022<br>Time: 10:00 a.m.<br>Ctrm: 640 <br><br> Discovery Cut-off: December 19, 2022<br>Pretrial Conference: March 27, 2023<br>Trial Date: April 18, 2023 |

PLTF'S MOTION TO COMPEL COMPLIANCE
WITH SUBPOENA OF RECORDS FROM
LUNA SUPPLY

2059809.1

TO M & E, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that on November 8, 2022 at 10:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 640 before the Honorable John E. McDermott, United States Magistrate Judge, at the United States District Court, Central District of California, 255 E. Temple Street, Los Angeles, CA 90012, Plaintiff PERRIN BERNARD SUPOWITZ, LLC, a California LLC dba INDIVIDUAL FOODSERVICE ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 45, will and hereby does bring a Motion to Compel M & E's compliance with Plaintiff's Subpoena to Produce Documents, Information, or Objects and overrule all objections that M & E raised to the six document requests.

    M & E did not respond to Plaintiff's attempt to meet and confer to avoid this Motion timely pursuant to Local Rule 37-1.  Forman Decl., ¶¶ 3-4.  Therefore, pursuant to Local Rule 37-2.4, IFS brings this Motion without a Joint Stipulation.

    Plaintiff further asks this Court to sanction M & E with a finding of contempt due to the frivolous objections, delay and failure to attempt to resolve the dispute that required the bringing of this Motion pursuant to Federal Rule of Civil Procedure 45(g).

    This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the Declaration of Dan M. Forman, and the [Proposed] Order filed herewith, all pleadings and papers filed herein, any argument of counsel, and any other matters properly before the Court.

Dated:  October 11, 2022    CDF LABOR LAW LLP
    Amy S. Williams

By:     /s/ *Dan M. Forman*
    Dan M. Forman
Attorneys for Plaintiff/Counter-Defendant
PERRIN BERNARD SUPOWITZ, LLC, a
California LLC dba INDIVIDUAL FOODSERVICE