# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRIN BERNARD SUPOWITZ, LLC, a California LLC dba INDIVIDUAL FOODSERVICE,<br><br>Plaintiffs,<br>v.<br>PABLO MORALES, an individual; LEGACY WHOLESALE GROUP, LLC, an Arizona Limited Liability Corporation; SAVINO MORALES, an individual; and SERGIO ESCAMILLA, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>LEGACY WHOLESALE GROUP, LLC,<br><br>Cross-Complainant,<br>v.<br>PERRIN BERNARD SUPOWITZ, LLC, a California LLC dba INDIVIDUAL FOODSERVICE,<br><br>Cross-Defendant. | Case No. 2:22-cv-02120-ODW-JEM<br><br>Mag. Judge: John E. McDermott<br>Ctrm: 640<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA OF RECORDS FROM M & E; AND REQUEST FOR SANCTIONS**<br><br>Date: November 8, 2022<br>Time: 10:00 a.m.<br>Ctrm: 640<br><br>Discovery Cut-off: December 19, 2022<br>Pretrial Conference: March 27, 2023<br>Trial Date: April 18, 2023 |

CDF Labor Law LLP

[PROPOSED] ORDER GRANTING PLTF'S MTN TO COMPEL COMPLIANCE WITH SUBP OF RECORDS FROM M & E

# ORDER

This matter came before the Court on Plaintiff Perrin Bernard Supowitz, LLC dba Individual FoodService's ("Plaintiff" or "IFS") Motion to Compel Compliance With Subpoena of Records From M & E, and Request for Sanctions, dated October 11, 2022 ("Motion).

After full consideration of the pleadings and the authorities submitted by counsel and having reviewed the evidence and exhibits, such arguments as permitted, and good cause appearing thereon, the Court hereby GRANTS Plaintiff's Motion and ORDERS:

1. M & E's objections are overruled;

2. M & E shall comply with and produce all documents that are responsive to Plaintiff's Subpoena for Production of Records to counsel to IFS, within 7 days of the date of this Order;

3. IFS is awarded $____ as sanctions for fees and costs related to bringing this Motion to be paid by M & E, within 30 days of the date of this Order as M & E's objections were not made in good faith and M & E refused to participate in informal efforts to resolve the dispute.

**IT IS SO ORDERED.**

Dated: _____, 2022

Hon. John E. McDermott
Magistrate Judge, United States District Court