CDF LABOR LAW LLP
   Dan M. Forman, State Bar No. 155811
   dforman@cdflaborlaw.com
   Amy S. Williams, State Bar No. 228853
   awilliams@cdflaborlaw.com
707 Wilshire Boulevard, Suite 5150
Los Angeles, CA 90017
Telephone:  (213) 612-6300

Attorneys for Plaintiff
PERRIN BERNARD SUPOWITZ, LLC, a
California LLC dba INDIVIDUAL
FOODSERVICE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRIN BERNARD SUPOWITZ, LLC, a California LLC dba INDIVIDUAL FOODSERVICE, | Case No. 2:22-cv-02120-ODW-JEM |
| Plaintiffs, | Mag. Judge: John E. McDermott Ctrm:  640 |
| v. | **DECLARATION OF DAN M. FORMAN IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA OF RECORDS FROM M & E; AND REQUEST FOR SANCTIONS** |
| PABLO MORALES, an individual; LEGACY WHOLESALE GROUP, LLC, an Arizona Limited Liability Corporation; SAVINO MORALES, an individual; and SERGIO ESCAMILLA, an individual; and DOES 1 through 20, inclusive, | |
| Defendants. | Date:   November 8, 2022 Time:   10:00 a.m. Ctrm:  640 |
| LEGACY WHOLESALE GROUP, LLC, | Discovery Cut-off:   December 19, 2022 |
| Cross-Complainant, | Pretrial Conference:  March 27, 2023 Trial Date:   April 18, 2023 |
| v. | |
| PERRIN BERNARD SUPOWITZ, LLC, a California LLC dba INDIVIDUAL FOODSERVICE, | |
| Cross-Defendant. | |

## DECLARATION OF DAN M. FORMAN

I, Dan M. Forman, declare as follows:

1.     I am an attorney at law duly licensed to practice before this Court and am a partner with the law firm of CDF Labor Law LLP, counsel of record for plaintiff PERRIN BERNARD SUPOWITZ, LLC, a California LLC dba INDIVIDUAL FOODSERVICE ("IFS" and/or "Plaintiff") in this action.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify to such facts under oath.

2.     On August 26, 2022, I caused M & E ("M & E") to be served with a Subpoena to Produce Documents, Information, or Objects (the "Subpoena") seeking six categories of documents since January 1, 2020.  Attached as **Exhibit A** is a true and correct copy of the Subpoena.

3.     On September 9, 2022, M & E caused objections to the Subpoena to be served and did not produce any responsive documents.  Attached as **Exhibit B** is a true and correct copy of the Objections that M & E caused to be served on my office.

4.     On September 13, 2022, I caused a detailed letter to be sent to M & E in an attempt to resolve the deficiencies in M & E's discovery objections and avoid a motion to compel.  IFS provided the basis for the Subpoena and included legal authorities supporting its position that the subpoenaed documents must be produced. IFS also provided a copy of the Protective Order in this matter so that M & E could produce documents and mark them Confidential or Attorneys' Eyes Only to protect any purported privacy interests.  I requested a conference pursuant to C.D. Local Rule 37-1 by September 30, 2022.  Attached as **Exhibit C** is a true and correct copy of my letter dated September 13, 2022 that I caused to be delivered to M & E via email and FedEx.

5.     M & E failed to respond to my meet and confer letter.  A stipulation is therefore not necessary to accompany the Motion to Compel Compliance with

DECL OF D. FORMAN ISO PLTF'S MTN TO COMPEL COMPLIANCE WITH SUBP OF RECORDS FROM M & E

1    Subpoena of Records from M & E pursuant to Local Rule 37-2.4.

2         6.    In preparing this Motion, and any oral argument, IFS will have incurred

3    in excess of $1,000 related to attorneys' fees.

4

5    I declare under penalty of perjury of the laws of the United States of America that the

6    foregoing is true and correct. Executed on this 11th day of October, 2022, at Los

7    Angeles, California.

8

9    _____

10                                          Dan M. Forman

CDF Labor Law LLP

2059827.1