UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-02120-ODW (JEMx) | Date | October 31, 2022 |
|---|---|---|---|
| Title | Perrin Bernard Supowitz, LLC v. Pablo Morales, et al. | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** **(IN CHAMBERS) ORDER RE PLAINTIFF'S MOTIONS TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSES FROM DEFENDANTS SERGIO ESCAMILLA, SAVINO MORALES, PABLO MORALES AND LEGACY WHOLESALE GROUP, LLC ("LEGACY") (Dkt. 121, 123, 125, 127 and 129)**

The Court has read and reviewed Plaintiff's Motions to Compel Production of Documents and Interrogatory Responses from Defendants Sergio Escamilla, Savino Morales, Pablo Morales and Legacy Wholesale Group, LLC ("Legacy") ( Dkt. 121, 123, 125, 127 and 129.) Defendants repeatedly indicate that they have produced the requested responses or agreed to do so. As a result, the Court cannot discern what document requests and interrogatories remain in dispute. Additionally, the Court does not believe that the parties met and conferred sufficiently. Local Rule 37-1 requires all litigants to "confer in a good faith effort to eliminate the necessity for hearing the motion or to eliminate as many of the disputes as possible."

Accordingly, the Court vacates the currently scheduled hearing date of November 8, 2022 and ORDERS the parties to file a Joint Status Report on the issues remaining in dispute on **November 22, 2022**. Before filing the Joint Status Report, the Court ORDERS the parties to meet and confer immediately, continuously and intensely on all disputed issues in the above Motions. The Court regards General Objections and boilerplate objections without specificity as required by Rule 34(b)(2)(B) as improper. See A. Farber and Partners, Inc. v. Garber, 234 F.R.D. 186, 188 (C.D. Cal. 2006) (explaining impropriety of such objections). Defendants also must provide a privilege log for any documents or information withheld based on attorney-client privilege or work

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-02120-ODW (JEMx) | Date | October 31, 2022 |
|---|---|---|---|
| Title | Perrin Bernard Supowitz, LLC v. Pablo Morales, et al. | | |

product immunity. The Court ORDERS the log to be provided by **November 29, 2022**. As to any matters that Defendants claim to have produced or they have agreed to produce, the Court ORDERS Defendants to complete this production of the requested documents by **November 15, 2022**. By that same date, the Court ORDERS Defendants to serve a verification from each Defendant (a principal, not attorney for Legacy) that all responsive, non-privileged documents in their custody, control or possession have been produced. The Court will take the matter under submission after the parties file their Joint Status Report on **November 22, 2022**.[1]

|  | : |
|---|---|
| Initials of Deputy Clerk | slo |

---

[1] The Court finds these Motions are appropriate for resolution without oral argument. See F. R. Civ. P. 78(b); Local Rule 5-15.