**LESOWITZ GEBELIN LLP**
Scott M. Lesowitz (SBN 261759)
  scott@lawbylg.com
Steven T. Gebelin (SBN 261507)
  steven@lawbylg.com
8383 Wilshire Boulevard, Suite 800, Beverly Hills, CA 90211
Telephone: (310) 341-3072; Facsimile: (310) 341-3070

**JOHNSON & RAWI PC**
Jeffery W. Johnson (SBN 133467)
  jjohnson@johnsonrawi.com
99 South Lake Avenue, Suite 208, Pasadena, California 91101
Telephone: (626) 585-5663; Facsimile: (626) 239-3630

*Attorneys for Defendants* Pablo Morales, Savino Morales, Sergio Escamilla, and Legacy Wholesale Group, LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PERRIN BERNARD SUPOWITZ, LLC, dba INDIVIDUAL FOODSERVICE,<br><br>Plaintiff,<br><br>V.<br><br>PABLO MORALES, LEGACY WHOLESALE GROUP, LLC, SAVINO MORALES, SERGIO ESCAMILLA, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:22-cv-02120 ODW(JEMx)<br>[Assigned to the<br>*Honorable Otis D. Wright, II*]<br><br>**REPLY DECLARATION OF SAVINO MORALES IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

*IFS v. Morales, et al.*
USDC, Case No. 2:22-cv-02120 ODW(JEMx)

**Savino Morales Decl. ISO Defendants' Motion for Summary Judgment**

# REPLY DECLARATION OF SAVINO MORALES

I, Savino Morales, declare as follows:

1. I am an adult over 21 years of age, a defendant in this action, and I make this declaration in support of Defendants' Motion for Summary Judgment against Plaintiff Perrin Bernard Supowitz, LLC dba Individual Foodservice ("IFS"). I make this Declaration of my own personal knowledge, and if called upon to do so, I could and would testify as to the matter set forth herein.

2. I handle and have been the one to handle the Rong Cheng account for Legacy Wholesale Group LLC ("Legacy"). Legacy did not make its first sale to Rong Cheng until on or about April 6, 2022.

I declare under penalty of perjury of the laws of California and United States that the foregoing is true and correct. Executed this 7th Day of November 2022.

*/s/ Savino Morales*

Savino Morales

IFS v. Morales, et al.
USDC, Case No. 2:22-cv-02120 ODW(JEMx)

1

Savino Morales Decl. ISO Defendants' Motion for Summary Judgment