**LESOWITZ GEBELIN LLP**
Scott M. Lesowitz (SBN 261759)
　scott@lawbylg.com
Steven T. Gebelin (SBN 261507)
　steven@lawbylg.com
8383 Wilshire Boulevard, Suite 800, Beverly Hills, CA 90211
Telephone: (310) 341-3072; Facsimile: (310) 341-3070

**JOHNSON & RAWI PC**
Jeffery W. Johnson (SBN 133467)
　jjohnson@johnsonrawi.com
99 South Lake Avenue, Suite 208, Pasadena, California 91101
Telephone: (626) 585-5663; Facsimile: (626) 239-3630

*Attorneys for Defendants* Pablo Morales, Savino Morales, Sergio Escamilla, and Legacy Wholesale Group, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRIN BERNARD SUPOWITZ, LLC, dba INDIVIDUAL FOODSERVICE,<br><br>Plaintiff,<br><br>V.<br><br>PABLO MORALES, LEGACY WHOLESALE GROUP, LLC, SAVINO MORALES, SERGIO ESCAMILLA, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:22-cv-02120 ODW(JEMx)<br>[Assigned to the<br>*Honorable Otis D. Wright, II*]<br><br>**DECLARATION OF STEVEN ARROYO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR PRELIMINARY INJUNCTION** |

# **DECLARATION OF STEVEN ARROYO**

I, Steven Arroyo, declare as follows:

1. I am an adult over 21 years of age. I previously executed a declaration in this case. As a reminder, I served as a Vice President of Sales and Marketing for Plaintiff Individual FoodService ("IFS") from February 2010 through March 2021. I was a supervisor of Savino Morales and Pablo Morales at the time of my departure at IFS, and had been for years. Since March 2021, I have served as a General Manager for BakeMark USA LLC, another food service industry distributor, which has locations throughout the U.S. and Canada.

2. I am highly familiar with the work that Savino and Pablo performed for IFS in early 2021, as well as the information of IFS that they had access to. Furthermore, through my work duties at IFS and now BakeMark USA, I have strong first-hand knowledge of product pricing, industry sales practices, and competition for business in the food service industry.

3. Any pricing information, sales information, credit information, customer order information, and the like, of IFS that is over six months old would have no value to a competitor of IFS (even assuming it had any value in the first place) as the information would almost assuredly be outdated. Pricing changes frequently in the food service industry, especially in the recent period of high inflation. Product availability changes. Customer needs change. Etc.

4. In my opinion, whatever pricing, personnel, sales history, order history, customer needs information, and credit information of IFS that Savino and Pablo Morales may still have from their employment at IFS would not be useful to them or Legacy Wholesale and would not better enable them to compete against IFS.

I declare under penalty of perjury of the laws of California and United States that the foregoing is true and correct. Executed this 11th Day of November 2022.

_____
Steven Arroyo

---

*IFS v. Morales, et al.*  1  **Steven Arroyo Declaration**
USDC, Case No. 2:22-cv-02120 ODW(JEMx)