**LESOWITZ GEBELIN LLP**
Scott M. Lesowitz (SBN 261759)
   scott@lawbylg.com
Steven T. Gebelin (SBN 261507)
   steven@lawbylg.com
8383 Wilshire Boulevard, Suite 800, Beverly Hills, CA 90211
Telephone: (310) 341-3072; Facsimile: (310) 341-3070

**JOHNSON & RAWI PC**
Jeffery W. Johnson (SBN 133467)
   jjohnson@johnsonrawi.com
99 South Lake Avenue, Suite 208, Pasadena, California 91101
Telephone: (626) 585-5663; Facsimile: (626) 239-3630
*Attorneys for Defendants* Pablo Morales,
Savino Morales, Sergio Escamilla, and
Legacy Wholesale Group, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRIN BERNARD SUPOWITZ, LLC, dba INDIVIDUAL FOODSERVICE,<br><br>Plaintiff,<br><br>V.<br><br>PABLO MORALES, LEGACY WHOLESALE GROUP, LLC, SAVINO MORALES, SERGIO ESCAMILLA, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:22-cv-02120 ODW(JEMx)<br>[Discovery Matter directed to Magistrate Judge John E. McDermott]<br><br>**DECLARATION OF SCOTT LESOWITZ IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ISSUE AND EVIDENTIARY SANCTIONS AGAINST DEFENDANTS FOR VIOLATION OF COURT'S ORDER** |

I, Scott Lesowitz, declare as follows:

1. I am an attorney licensed to practice law in the State of California and the Central District of California. I am a partner of Lesowitz Gebelin LLP, counsel for Defendants in this matter.

2. After the Court issued the November 1, 2022, order regarding Luna Supply and M&E (ECF no. 177), my understanding was that my partner, Steven Gebelin, was working to produce the documents regarding the Luna Supply and M&E orders. I thought this because I thought that he was doing so as part of the responses that were being produced as part of the ongoing discovery dispute related to the first sets of production served on Legacy. I only realized later when talking to Steve that he was not.

3. I apologize to the Court for the misunderstanding. I note that November 2022 was a difficult time, as my wife has been battling with back problems that will likely require surgery and my paternal obligations for our three kids have been higher, and Mr. Gebelin and I were busy working on multiple, overlapping discovery disputes in this matter. Mr. Gebelin and I most certainly did not act with any bad faith and were trying to comply with all the Court orders.

4. I had previously called the owner of Luna Supply and his son unsuccessfully to discuss discovery. I finally reached the son of the owner, Jimmy, this morning. He seemed confused by who I was and what was expected of Luna Supply. He told me that his father was recovering from a major heart attack and was only slowly returning to work. I told the son what documents Luna Supply needs to produce. He said he would try to look for and find what he can and send it to me. I impressed upon him that this needs to happen quickly. I will continue to try to push him to find all the documents there are and provide them to me as quickly as practicable. I will then produce them without redactions and without withholding any documents.

5. I drafted the objections that M&E and Luna Supply signed. However, in the case of Luna Supply, I had no direct communications with them regarding the objections. I provided templates for Pablo Morales that he could show them, and they simply signed hard copies of the documents. I have never spoken with the owners of Luna Supply or M&E.

6. Attached as Exhibit 1 hereto is a verification/declaration of Pablo Morales that he previously executed and I previously served on counsel for Defendants. Pablo Morales provided all of the documents to me, and I produced all of them.

7. My recollection is that the only two deposition that IFS has ever noticed for after November 15, 2022, was the deposition of Legacy which occurred on December 13, 2022, and a deposition of non-party Steven Arroyo on December 14, 2022, which was delayed due for I believe was because of scheduling issues. I do not recall counsel for IFS ever noticing a deposition for M&E or Luna Supply (or their owners) or even broaching the subject of deposing them with me.

I swear under penalty of perjury of the Laws of the United States that the above is true and correct to best of my knowledge.

Dated: December 16, 2022    /s/ Scott Lesowitz
                           Scott Lesowitz

# **EXHIBIT 1**

**LESOWITZ GEBELIN LLP**
Scott M. Lesowitz (SBN 261759)
  scott@lawbylg.com
Steven T. Gebelin (SBN 261507)
  steven@lawbylg.com
8383 Wilshire Boulevard, Suite 800, Beverly Hills, CA 90211
Telephone: (310) 341-3072; Facsimile: (310) 341-3070

**JOHNSON & RAWI PC**
Jeffery W. Johnson (SBN 133467)
  jjohnson@johnsonrawi.com
99 South Lake Avenue, Suite 208, Pasadena, California 91101
Telephone: (626) 585-5663; Facsimile: (626) 239-3630

*Attorneys for Defendants* Pablo Morales, Savino Morales, Sergio Escamilla, and Legacy Wholesale Group, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRIN BERNARD SUPOWITZ, LLC, dba INDIVIDUAL FOODSERVICE, <br><br> Plaintiff, <br><br> V. <br><br> PABLO MORALES, LEGACY WHOLESALE GROUP, LLC, SAVINO MORALES, SERGIO ESCAMILLA, and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 2:22-cv-02120 ODW(JEMx) <br><br> **DEFENDANTS' VERIFICATION OF COMPLIANCE WITH ORDER TO PRODUCE DOCUMENTS TO OR FROM LUNA SUPPLY AND M&E** |

*IFS v. Morales, et al.*
USDC, Case No. 2:22-cv-02120 ODW(JEMx)

# VERIFICATION

I, Pablo Morales, swear under penalty of perjury of the laws of the United States that Defendant Legacy Wholesale Group LLC, to the best of my knowledge, has now produced all documents to or from M&E and Luna Supply.

Dated: December 2, 2022

*[signature]*

Pablo Morales

# **PROOF OF SERVICE**

I, Scott Lesowitz, declare under penalty of perjury of the Laws of the United States, that to the best of my knowledge, on December 5, 2022, I served the above DEFENDANTS' VERIFICATION OF COMPLIANCE WITH ORDER TO PRODUCE DOCUMENTS TO OR FROM LUNA SUPPLY AND M&E via email to dforman@cdflaborlaw.com, awilliams@cdflaborlaw.com, aceja@cdflaborlaw.com, and jrodionova@cdflaborlaw.com.

Dated: December 5, 2022       /s/ *Scott Lesowitz*

                                                  Scott Lesowitz