**LESOWITZ GEBELIN LLP**
Scott M. Lesowitz (SBN 261759)
    scott@lawbylg.com
Steven T. Gebelin (SBN 261507)
    steven@lawbylg.com
8383 Wilshire Boulevard, Suite 800, Beverly Hills, CA 90211
Telephone: (310) 341-3072; Facsimile:  (310) 341-3070

**JOHNSON & RAWI PC**
Jeffery W. Johnson (SBN 133467)
    jjohnson@johnsonrawi.com
99 South Lake Avenue, Suite 208, Pasadena, California 91101
Telephone: (626) 585-5663; Facsimile:  (626) 239-3630
*Attorneys for Defendants* Pablo Morales,
Savino Morales, Sergio Escamilla, and
Legacy Wholesale Group, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRIN BERNARD SUPOWITZ, LLC, dba INDIVIDUAL FOODSERVICE, <br><br> Plaintiff, <br><br> V. <br><br> PABLO MORALES, LEGACY WHOLESALE GROUP, LLC, SAVINO MORALES, SERGIO ESCAMILLA, and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 2:22-cv-02120 ODW(JEMx) [Discovery Matter directed to Magistrate Judge John E. McDermott] <br><br> **DECLARATION OF PABLO MORALES IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ISSUE AND EVIDENTIARY SANCTIONS AGAINST DEFENDANTS FOR VIOLATION OF COURT'S ORDER** |

I, Pablo Morales, declare as follows:

1.      I am the person who has serviced M&E and Luna Supply for Defendant Legacy Wholesale Group LLC ("Legacy"), prior to IFS terminating my employment, I serviced M&E and Luna Supply for Plaintiff ("IFS").

2.      Neither the owner of M&E, Enrique Saavedra, nor the owner of Luna Supply, Fernando Rodriguez, speak English.

3.      In November, I assisted our attorneys to obtain the responsive documents that Enrique Saavedra had, and Mr. Saavedra told me that he provided all the responsive documents he had to my attorneys. It is my understanding that they produced all the documents that were provided.

4.      Following Luna Supply signing its objections in this case, I tried numerous times over an extended period to contact the owner of Luna Supply. The owner is my normal contact at Luna Supply. However, he was not returning my phone calls. This was not like him. On December 15, 2022, I drove to Luna Supply to see what the situation was. I contacted the owner's son Jimmy. Jimmy told me that his father was still recovering from a massive heart attack and was only now starting to come back to work on a very part-time basis. I told Jimmy to contact our Attorney, Scott Lesowitz.

5.      I no longer have access to any emails or text messages that I may have sent to Luna Supply and M&E while working for IFS. I lost access to my IFS email address when IFS terminated me, and I turned in my phone that I used for IFS business at IFS' request after IFS terminated me.

6.      My custom and practice with Luna Supply and M&E has been to communicate by telephone calls and to exchange documents like invoices in person. Therefore, I am not surprised that I could not locate text messages or emails between me and the owners of Luna Supply or M&E. As I provided invoices in person, the invoices I could locate, and that I provided to our attorneys for

1   production, are the invoices in our system currently, which automatically update to
2   reflect payments made.

3       7.      It is false that Defendants solicited Luna Supply and M&E to divert
4   business from IFS to Legacy, while Savino Morales and I were employed by IFS. It
5   is false that Defendants used cash payments due IFS from Luna Supply and M&E
6   for Legacy's purposes to pay for Legacy's purchases of goods. I never took cash
7   payments meant for Legacy for myself. While it is correct that Legacy supplied
8   credit to Luna Supply and M&E without running a credit check, and that my
9   knowledge of IFS' credit approval played a part in this decision, my decision to
10  have Legacy provide cred to these companies was also based on the fact that I knew
11  these companies to be trustworthy over years of servicing them and because large
12  food distributors trusted to provide them with credit (irrespective of whether the
13  food distributor was IFS).

14      I swear under penalty of perjury of the Laws of the United States that the
15  above is true and correct to best of my knowledge.

16  Dated: December 16, 2022     *Pablo Morales*
17                               _____
18                               Pablo Morales

19

20

21

22

23

24

25

26

27

28