**LESOWITZ GEBELIN LLP**
Scott M. Lesowitz (SBN 261759)
   scott@lawbylg.com
Steven T. Gebelin (SBN 261507)
   steven@lawbylg.com
8383 Wilshire Boulevard, Suite 800, Beverly Hills, CA 90211
Telephone: (310) 341-3072; Facsimile: (310) 341-3070

**JOHNSON & RAWI PC**
Jeffery W. Johnson (SBN 133467)
   jjohnson@johnsonrawi.com
99 South Lake Avenue, Suite 208, Pasadena, California 91101
Telephone: (626) 585-5663; Facsimile: (626) 239-3630

*Attorneys for Defendants* Pablo Morales, Savino Morales, Sergio Escamilla, and Legacy Wholesale Group, LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PERRIN BERNARD SUPOWITZ, LLC, dba INDIVIDUAL FOODSERVICE,<br><br>Plaintiff,<br><br>v.<br><br>PABLO MORALES, LEGACY WHOLESALE GROUP, LLC, SAVINO MORALES, SERGIO ESCAMILLA, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:22-cv-02120 ODW(JEMx)<br>[Discovery Matter directed to Magistrate Judge John E. McDermott]<br><br>**DECLARATION OF STEVEN GEBELIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ISSUE AND EVIDENTIARY SANCTIONS AGAINST DEFENDANTS FOR VIOLATION OF COURT'S ORDER** |

I, Steven Gebelin, declare as follows:

1. I am an attorney licensed to practice law in the State of California and the Central District of California. I am a partner of Lesowitz Gebelin LLP, counsel for Defendants Pablo Morales, Savino Morales, Sergio Escamilla, and Legacy Wholesale Group, LLC in this matter.

2. After the Court issued the November 1, 2022, order regarding Luna Supply and M&E [Dkt. No. 177], my understanding was that my partner, Scott Lesowitz, who had handled that discovery dispute for Defendants, was working to produce the documents regarding the Luna Supply and M&E orders. By the time I spoke to Mr. Lesowitz and he told me that he thought I was producing the documents as part of the ongoing discovery dispute related to the first sets of production served on Legacy [*i.e.* pursuant to Dkt. No. 172], it was not possible to make the Court's initial deadline.

3. I apologize to the Court for the misunderstanding. I note that November 2022 was a difficult time, as my wife had a major surgery around the same time that Defendants were required to supplement their production pursuant to Dkt. No. 172, and Mr. Lesowitz and I were busy working on multiple, overlapping discovery disputes in this matter. Mr. Lesowitz and I most certainly did not act with any bad faith and were trying to comply with all the Court's orders.

4. After realizing the misunderstanding, Pablo Morales and I worked with Enrique Saavedra of M&E to obtain all responsive documents in Mr. Saavedra and M&E's possession, custody, or control. Mr. Saavedra does not speak English, and I do not speak Spanish, so I had to work through Mr. Morales and Mr. Saavedra's son. My understanding is that Mr. Saavedra has provided me with all the responsive documents in his and M&E's possession, custody, and control. On December 7, 2022, I produced all the documents provided to me. No documents were withheld.

5. As part of the ongoing process regarding IFS' motions to compel against Defendants, Defendants have produced to IFS records of Legacy's cash payments received.

I swear under penalty of perjury of the Laws of the United States that the above is true and correct to best of my knowledge.

Dated: December 16, 2022  _____
Steven Gebelin