UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:22-cv-02120-ODW (JEMx) | Date | December 19, 2022 |
|---|---|---|---|
| Title | *Perrin Bernard Supowitz, LLC v. Pablo Morales et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**     **Order DENYING Stipulation [215]**

The Court received and reviewed the parties' Stipulation to continue the deadline to complete certain depositions. (Stip., ECF No. 215.) According to the parties, the extension will allow Defendants the opportunity to depose Plaintiff's Rule 30(b)(6) witness and three more of Plaintiff's employees, and it will allow Plaintiff the opportunity to depose one of Defendants' unretained experts. (*Id.* at 2.) The extension will also allow the parties sufficient opportunity to engage in motion practice in connection with these depositions, if necessary. (*Id.*) The parties stipulate to continuing the deadline to complete these depositions to February 10, 2023. (*Id.* at 3.) The fact discovery cut-off is currently December 19, 2022. (Scheduling & Case Management Order 23, ECF No. 80.)

The Court is concerned that a short continuance of less than two months is insufficient for the parties to conduct these depositions, engage in motion practice if necessary, and then engage in additional discovery should the depositions and motion practice create the need. In addition, in this case the Court is not inclined to continue discovery past the date for hearing motions. The Court's case schedule contemplates that the parties will complete all discovery before motions come due, and the Court sees no reason to modify this approach in this instance.

For these reasons, the Stipulation is **DENIED**. (ECF No. 215.) That said, the Court is amenable to considering a continuance of the trial and *all* pretrial dates, including discovery cutoffs, by a period of 120 days or more. The parties are welcome to file an amended Stipulation and should do so as soon as reasonably possible. However, the Court will not

necessarily and automatically grant the amended Stipulation; the parties should still make the showing of good cause courts require before continuing trials and otherwise modifying scheduling orders. Fed. R. Civ. P. 16(b)(4); *Coleman v. Quaker Oats Co.*, 232 F.3d 1271, 1294 (9th Cir. 2000); *Zivkovic v. S. Cal. Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002); *Johnson v. Mammoth Recreations*, 975 F.2d 604, 609 (9th Cir. 1992).

    **IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |