UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-02120-ODW (JEMx) | Date | December 27, 2022 |
|---|---|---|---|
| Title | Perrin Bernard Supowitz, LLC v. Pablo Morales, et al. | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:**      **(IN CHAMBERS) ORDER RE DEFENDANTS' IN CAMERA SUBMISSION (Dkt. 212)**

On December 14, 2022, this Court ordered Defendants to submit certain privilege log communications challenged by the Plaintiff to the Court for in camera review.  (Dkt. 212.)  On December 19, 2022, Defendants submitted those communications to the Court. Defendants failed to provide notice of the submission as they should have done.

The Court has reviewed the four communications referenced in Docket 212.  The January 5, 2022 email described as "legal advice to Legacy persons re: S. Morales and P. Morales and IFS" is privileged.

As to the three emails between Savino Morales and Cynthia Morales, two discuss attorney-client communications and Plaintiff claims marital privilege as to the third. Defendants' privilege contentions would be sustained except for the fact Savino Morales sent these communications to his wife's work email address.  Defendants argue that Ms. Morales' use of her employer provided email account is not monitored and her employer has explicitly assured her that emails with her husband are considered private and not subject to disclosure, citing Eastman v. Thompson, 544 F. Supp. 3d 1156, 1178 (C.D. Cal. 2022).  These facts, however, are merely attorney argument and not based on

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-02120-ODW (JEMx) | Date | December 27, 2022 |
|---|---|---|---|
| Title | Perrin Bernard Supowitz, LLC v. Pablo Morales, et al. | | |

declarations under oath.  The Court therefore ORDERS that the parties file a Joint Status Report on Privilege Log Objections, accompanied by declarations including from Ms. Morales' employer, by January 5, 2023.

                                                                    :
                                    Initials of  Deputy Clerk                       slo