# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 22-2120-ODW (JEMx) | Date | December 29, 2022 |
| Title | Perrin Bernard Supowitz, LLC v Pablo Morales et al | | |

**Present: The Honorable**    **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE**

| S. Lorenzo | ZOOM/CS12292022 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Dan Forman | Scott Michael Lesowitz |
|---|---|
| Amy Williams | Lesowitz Gebelin LLP |
| CDF Labor Law LLP | |

**Proceedings:** **(MINUTES - IN CHAMBERS) ORDER RE PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANTS FOR VIOLATION OF COURT'S ORDER (DKT. 172 & 177) (Docket Nos. 204 & 217)**

The matter was called. Parties stated their appearances. For the reasons stated on the record, the Court DENIES Plaintiff's Motion for Sanctions Against Defendants for Violation of Court's Order ("Motion"). (Dkt. 204.) As stated at the hearing, Defendants did not produce documents by November 15, 2022 as required by the Court's Orders. (Dkt. 172,177.) Defendants did produce all but a few of the documents 22 days later. (Dkt. 214-3 at ¶4; 214-1 at ¶6, ex 1.) Defendants have presented declarations under oath explaining why there was a 22 day delay in compliance (Dkt. 214-1 at ¶2; 214-3 at ¶2), which the Court accepts. Plaintiff has not demonstrated significant prejudice from the delay, certainly not enough to warrant the imposition of the harsh remedy of Rule 37(b)(2) issue and evidentiary sanctions. The Court also does not view it as appropriate to impose such remedies for third party Luna Supply's failure to provide certain documents. Defendants should continue to work with Luna Supply to find and produce such records.

As to Defendants' Request for Clarification (Dkt. 217) of this Court's December 14, 2022 Order (Dkt. 212), there is no ambiguity in the Order. Defendants' understanding of the Order is correct.

cc: All Parties

| | : | 15 |
|---|---|---|
| | Initials of Preparer | slo |