CDF LABOR LAW LLP
   Dan M. Forman, State Bar No. 155811
     dforman@cdflaborlaw.com
   Amy S. Williams, State Bar No. 228853
     awilliams@cdflaborlaw.com
707 Wilshire Boulevard, Suite 5150
Los Angeles, CA 90017
Telephone: (213) 612-6300

Attorneys for Plaintiff/Counter-Defendant
PERRIN BERNARD SUPOWITZ, LLC, a
California LLC dba INDIVIDUAL
FOODSERVICE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRIN BERNARD SUPOWITZ, LLC, a California LLC dba INDIVIDUAL FOODSERVICE,<br><br>    Plaintiff,<br>v.<br><br>PABLO MORALES, an individual; LEGACY WHOLESALE GROUP, LLC, an Arizona Limited Liability Corporation; SAVINO MORALES, an individual; and SERGIO ESCAMILLA, an individual; and DOES 1 through 20, inclusive,<br><br>    Defendants.<br><br>LEGACY WHOLESALE GROUP, LLC,<br><br>    Counter-Complainant,<br>v.<br><br>PERRIN BERNARD SUPOWITZ, LLC, a California LLC dba INDIVIDUAL FOODSERVICE,<br><br>    Counter-Defendant. | Case No. 2:22-cv-02120-ODW-JEM<br><br>Mag. Judge: John E. McDermott<br>Ctrm: 640<br><br>**PLAINTIFF PERRIN BERNARD SUPOWITZ, LLC, a California LLC dba INDIVIDUAL FOODSERVICE'S NOTICE OF MOTION FOR MONETARY SANCTIONS AGAINST NON-PARTIES LUNA SUPPLY AND M&E FOR VIOLATION OF COURT'S ORDER (DKT. 199)**<br><br>Date: February 7, 2023<br>Time: 10:00 a.m.<br>Ctrm: 640 |

TO THE HONORABLE JOHN E. MCDERMOTT, DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 7, 2023 at 10:00 a.m. or as soon thereafter as the matter may be heard in Courtroom 640 before the Honorable John E. McDermott, United States Magistrate Judge, at the United States District Court, Central District of California, located at 255 E. Temple Street, 6th Floor, Los Angeles, California 90012, Plaintiff and Counter-Defendant Perrin Bernard Supowitz, LLC dba Individual Foodservice ("IFS") will and hereby does move this Court for an order or orders imposing monetary sanctions against non-parties Luna Supply and M&E for violation of Court's order (Dkt. 199).  Specifically, IFS requests the award of sanctions for fees and costs totaling $6,700.00 related to bringing two motions to compel compliance with subpoenas (Dkt. 113-115, 116-118) and this instant Motion, against Luna Supply and M&E, jointly and severally, or in such proportions as the Court deems appropriate.

This Motion is made pursuant to the Court's Order dated November 28, 2022 (Dkt. 199) on the grounds that Defendants violated the Court's order (Dkt. 199) and engaged in discovery abuse to willfully prevent Plaintiff from discovering relevant information in support of its claims.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, Declaration of Dan M. Forman, Dkt. 113-115, 116-118, Dkt. 177, Dkt. 197, Dkt. 199, Dkt. 206-2 and upon such other records, files, materials and argument as may be properly presented before or at any hearing of this Motion.

Dated:  January 5, 2023          CDF LABOR LAW LLP
                                 Amy S. Williams


By:  _____/s/ *Dan M. Forman*_____
     Dan M. Forman
     Attorneys for Plaintiff/Counter-Defendant
     PERRIN BERNARD SUPOWITZ, LLC, a
     California LLC dba INDIVIDUAL FOODSERVICE