CDF LABOR LAW LLP
 Dan M. Forman, State Bar No. 155811
   dforman@cdflaborlaw.com
 Amy S. Williams, State Bar No. 228853
   awilliams@cdflaborlaw.com
707 Wilshire Boulevard, Suite 5150
Los Angeles, CA 90017
Telephone: (213) 612-6300

Attorneys for Plaintiff/Counter-Defendant
PERRIN BERNARD SUPOWITZ, LLC, a
California LLC dba INDIVIDUAL
FOODSERVICE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRIN BERNARD SUPOWITZ, LLC, a California LLC dba INDIVIDUAL FOODSERVICE,<br><br>   Plaintiff,<br> v.<br>PABLO MORALES, an individual; LEGACY WHOLESALE GROUP, LLC, an Arizona Limited Liability Corporation; SAVINO MORALES, an individual; and SERGIO ESCAMILLA, an individual; and DOES 1 through 20, inclusive,<br><br>   Defendants.<br><br>LEGACY WHOLESALE GROUP, LLC,<br><br>   Counter-Complainant,<br> v.<br>PERRIN BERNARD SUPOWITZ, LLC, a California LLC dba INDIVIDUAL FOODSERVICE,<br><br>   Counter-Defendant. | Case No. 2:22-cv-02120-ODW-JEM<br><br>Mag. Judge: John E. McDermott<br>Ctrm: 640<br><br>**DECLARATION OF DAN M. FORMAN IN SUPPORT OF PLAINTIFF PERRIN BERNARD SUPOWITZ, LLC, a California LLC dba INDIVIDUAL FOODSERVICE'S MOTION FOR MONETARY SANCTIONS AGAINST NON-PARTIES LUNA SUPPLY AND M&E FOR VIOLATION OF COURT'S ORDER (DKT. 199)**<br><br>Date: February 7, 2023<br>Time: 10:00 a.m.<br>Ctrm: 640 |

CDF LABOR LAW LLP

DECL OF D. FORMAN ISO MOTION FOR
MONETARY SANCTIONS AGAINST NON-
PARTIES LUNA SUPPLY & M&E

# DECLARATION OF DAN M. FORMAN

I, Dan M. Forman, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court and am a partner with the law firm of CDF Labor Law LLP, counsel of record for PERRIN BERNARD SUPOWITZ, LLC, a California LLC dba INDIVIDUAL FOODSERVICE ("IFS") in this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify to such facts under oath, except for such opinions that I have expressed and that are based on the facts and my over thirty years of experience as a lawyer.

2. Plaintiff served the Court's November 28, 2022 Order (Dkt. 199) on each of M&E and Luna Supply. Attached hereto as **Exhibit A** is a true and correct copy of the proofs of service of the Court's order (Dkt. 199) on Luna Supply and M&E. Neither M&E nor Luna Supply responded by December 6, 2022.

3. Luna Supply has not responded to the subpoena or the Court's order, nor has anyone representing Luna Supply contacted my office.

4. On the night of December 7 and 8, 2022, counsel to Defendants, who became counsel to M&E, served documents on behalf of M&E. Dkt. 206-2 is a copy of the email correspondence that I received from Steven Gebelin confirming M&E's production of documents responsive to the Subpoena, well after the December 6, 2022 Court ordered deadline.

5. IFS has incurred in excess of $5,600.00 in attorneys' fees and costs associated with the Motion to Compel against Luna Supply (Dkt. 113), the Motion to Compel against M&E (Dkt. 116) and the instant motion and will incur an estimated $1100.00 in conjunction with any reply that it might need to file. Therefore, IFS

///
///
///

seeks $6,700.00 as a sanction against M&E and Luna Supply.

I declare under penalty of perjury of the United States of America that the foregoing is true and correct. Executed on this 5th day of January, 2023.

_____
Dan M. Forman