# EXHIBIT A

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>Dan M Forman (SBN 155811)<br>CDF LABOR LAW LLP<br>707 Wilshire Blvd., Suite 5150<br>Los Angeles, CA 90017<br>    *Telephone No:* 213-612-6300<br><br>    *Attorney For:*  Plaintiff | *Ref. No. or File No.:*<br>PERRI BERNARD..V MORAL | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT for the Central District of California

*Plaintiff:* Perrin Bernard Supowitz, LLC et al.
*Defendant:* Pablo Morales and Legacy Wholesale Group, LLC

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:22-cv-02120-ODW-JEM |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Civil Minutes-General; Cover Letter Dated November 28, 2022

3.  a.  Party served:      Luna Supply
    b.  Person served:   Jimmy Doe, Manager, (Hispanic, Male, Age: 35, Hair: Brown, Eyes: Brown, Height: 5'8", Weight: 180 lbs.)

4. Address where the party was served:   1239 Produce Row, Los Angeles, CA 90021

5. I served the party:
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Nov 30 2022 (2) at: 10:08 AM

6. **Person Who Served Papers:**
    a. Douglas Forrest (5141, Los Angeles)                       d. **The Fee** for Service was: $79.03
    b. FIRST LEGAL
       600 W. Santa Ana Blvd., Ste. 101
       SANTA ANA, CA 92701
    c. (714) 541-1110

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                                                    12/01/2022                          *(signature)*
                                                      (Date)                              (Signature)



                                            PROOF OF                                   8016683
                                            SERVICE                                    (11851774)

| Attorney or Party without Attorney:<br>Dan M Forman (SBN 155811)<br>CDF LABOR LAW LLP<br>707 Wilshire Blvd., Suite 5150<br>Los Angeles, CA 90017<br>　　Telephone No:　213-612-6300<br>　　Attorney For:　Plaintiff | | Ref. No. or File No.:<br>PERRI BERNARD..V MORAL | **For Court Use Only** |
|---|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT for the Central District of California | | | |
| *Plaintiff:*　Perrin Bernard Supowitz, LLC et al.<br>*Defendant:*　Pablo Morales and Legacy Wholesale Group, LLC | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:22-cv-02120-ODW-JEM |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Civil Minutes-General; Cover Letter Dated November 28, 2022

3. a.　Party served:　　M & E
   b.　Person served:　Victor Saavedra, Manager

4. Address where the party was served:　1029 E Olympic Blvd, #1031, Los Angeles, CA 90021

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Nov 30 2022 (2) at: 10:02 AM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)　　　　　　　d. *The Fee* for Service was: $79.03
   b. FIRST LEGAL
   　600 W. Santa Ana Blvd., Ste. 101
   　SANTA ANA, CA 92701
   c. (714) 541-1110

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

　　　　　　　　　　　　　　　　　　　　　12/01/2022
　　　　　　　　　　　　　　　　　　　　　　(Date)　　　　　　　　　　　　　　　　　(Signature)



PROOF OF SERVICE

8016709
(11851776)