CDF LABOR LAW LLP
  Dan M. Forman, State Bar No. 155811
  dforman@cdflaborlaw.com
  Amy S. Williams, State Bar No. 228853
  awilliams@cdflaborlaw.com
707 Wilshire Boulevard, Suite 5150
Los Angeles, CA 90017
Telephone: (213) 612-6300

Attorneys for Plaintiff/Counter-Defendant
PERRIN BERNARD SUPOWITZ, LLC, a
California LLC dba INDIVIDUAL
FOODSERVICE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRIN BERNARD SUPOWITZ, LLC, a California LLC dba INDIVIDUAL FOODSERVICE,<br><br>          Plaintiff,<br>     v.<br><br>PABLO MORALES, an individual; LEGACY WHOLESALE GROUP, LLC, an Arizona Limited Liability Corporation; SAVINO MORALES, an individual; and SERGIO ESCAMILLA, an individual; and DOES 1 through 20, inclusive,<br><br>          Defendants.<br><br>LEGACY WHOLESALE GROUP, LLC,<br><br>          Counter-Complainant,<br>     v.<br><br>PERRIN BERNARD SUPOWITZ, LLC, a California LLC dba INDIVIDUAL FOODSERVICE,<br><br>          Counter-Defendant. | Case No. 2:22-cv-02120-ODW-JEM<br><br>Judge: Otis D. Wright, II<br>Ctrm: 5D<br><br>**DECLARATION OF AMY S. WILLIAMS IN SUPPORT OF PLAINTIFF/COUNTER-DEFENDANT'S MOTION FOR SANCTIONS AGAINST DEFENDANTS AND THEIR COUNSEL PURSUANT TO 28 U.S.C. § 1927 AND THE COURT'S INHERENT POWER IN THE AMOUNT OF $57,500.00**<br><br>Date:     February 6, 2023<br>Time:    1:30 p.m.<br>Dept:    5D |

# DECLARATION OF AMY S. WILLIAMS

I, Amy S. Williams, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court. I am a partner with the law firm of CDF Labor Law LLP, counsel of record for Plaintiff in this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify to such facts under oath.

2. On October 27, 2022, I conducted a telephonic meet and confer conference with Scott Lesowitz, counsel to Defendants, in an effort to thoroughly discuss the substance of the contemplated motion and any potential resolution. We were unable to reach agreement on any of the issues raised in the instant motion.

3. In June 2022, and continuing thereafter, Defendants, through their counsel, provided discovery responses verified by Sergio Escamilla and produced certain communications and documents. Defendants' produced the following documents[1]:

    a. An email from Rong Cheng, one of Savino Morales' biggest customers at IFS, attaching a purchase order from Rong Cheng to Savino Morales at Legacy dated March 25, 2022 for 8 oz. Squat Foam Cups, among other items, a true and correct copy of which is attached hereto as Exhibit A.

    b. An email chain including Defendant Savino Morales aka Sam Ruiz' email dated March 25, 2022 to Rong Cheng that confirmed the delivery of Rong Cheng's order from Legacy, a true and correct copy of which is attached hereto as Exhibit B.

    c. A purchase order from Legacy to IFS dated March 15, 2022 a true and correct copy of which is attached hereto as Exhibit D.

---

[1] All documents marked by Defendants as Confidential or AEO pursuant to the Protective Order (Dkt. 37) have been redacted to protect Legacy's alleged confidential skus, pricing and quantity information. IFS will make unredacted copies available to the Court for *in camera* inspection.

   d. An email communication from Daisy Tablado to Defendant Pablo Morales aka Paolo Ruiz dated December 29, 2021, identifying the IFS and Reyma product codes for 8 oz. Squat Foam Cups, among other items, a true and correct copy of which is attached hereto as Exhibit E.

   e. At the 30(b)(6) deposition of Legacy, Legacy confirmed that it could not order certain products from Reyma and ordered those products from IFS to sell to IFS's customers' Haros Food Service, Pacific Coast, and El Progresso. Attached hereto as Exhibit F is a true and correct copy of relevant pages from the draft mini-transcript of the deposition of Legacy taken on December 13, 2022.

   f. A purchase order from Legacy to IFS dated February 15, 2022, a true and correct copy of which is attached hereto as Exhibit G.

   g. An invoice from Legacy to El Progresso Market dated February 21, 2022, a true and correct copy of which is attached hereto as Exhibit H.

   h. Purchase orders from Legacy to IFS dated February 17 and 18, 2022, true and correct copies of which are attached hereto as Exhibit I.

   i. An invoice from Legacy to Oxnard Supply dated February 21, 2022, a true and correct copy of which is attached hereto as Exhibit J.

  4. I am one of the relationship partners with IFS and have reviewed invoices to IFS in connection with this action. Based on that review, I have determined that IFS incurred in excess of $57,500 in attorneys' fees related to opposing Defendants' two Motions for Partial Summary Judgment. These fees represent only a fraction of the fees incurred by IFS as a result of Defendants' and their counsel's deceptive and misleading declaration resulting in fraud on the Court.

  I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on this 9th day of January 2023, at Irvine, California.

_____
Amy S. Williams

3

DECL OF A. WILLIAMS IN SUPPORT OF MOTION FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927