EXHIBIT A

| | |
|---|---|
| **From:** | Savino Morales <savino@legacysalesaz.com> |
| **Sent:** | Friday, March 25, 2022 11:03 AM |
| **To:** | Daisy Tablado; Pablo Morales; Sergio Escamilla |
| **Cc:** | Valery Tablado; Susie Morales |
| **Subject:** | New customer/new order |
| **Attachments:** | P2009016.pdf |

Good morning,

Daisy, this is one of my biggest customers at IFS and they are looking to start purchasing all the Reyma foam squat containers. Attached is their PO to us. Can you please find out how soon we can have this product out to them and how many cases will fill out a full container. Keep me post please the customer is waiting to hear from me on both questions.

Valery,
Can you please Billy Zhang a credit application to ▮▮▮▮▮▮▮▮▮▮ and cc Kyle at ▮▮▮▮▮▮▮▮▮▮ as well.

Thank you,

Sam Ruiz
Vice President
————————————
7225 W. Roosevelt St. # 166
Phoenix, AZ 85043
————————————
Cell: (623) 258-0482
Office: (602) 675-3030

# PURCHASE ORDER 採購單

PO# : P2009016
Recevied Date :

...CK-UP AT 提貨處 :

Purchaser : Billy

Notes : _____

Term : END-OF-MONTH

**ETA :** 03/26/2022

**Vendor**（進貨公司）:

LE3030    Legacy Wholesale Group
7225 W Roosevelt St. #166
PHOENIX        AZ        85043
602-6753030        FAX :
623-2580482

榕城食品批發公司

RONG CHENG TRADING LLC.

19319 Arenth Ave, City of Indust CA    91748
Tel : (626)338-1090    Fax : (626)338-7133
TOLL FREE : (866)322-1935

| Product ID | Product Name (Description) | 货品名称 | Package 规格 | Quantity/Unit 数量 | Unit Price | Ext. |
|---|---|---|---|---|---|---|
|  | 12 OZ Soup Cup (RFS 12) | 12 OZ 湯杯 | 20x50/CS |  |  |  |
|  | 8 OZ Soup Cup (RFS8) | 8 OZ 湯杯 | 20x50/CS |  |  |  |
|  | 16 OZ Soup Cup (RFS-16) | 16 OZ 湯杯 | 20x25/CS |  |  |  |

*PLEASE NOTIFY US IMMEDIATELY IF YOU ARE UNABLE TO COMPLETE ORDER BY DATE SPECIFIED*

Total: ▮
Misc Fee: 0.00
Fee: 0.00
Surcharge: 0.00
Grand Total: ▮

Authorized By : _____    Order Date : 03/25/2022
Email : s.ruiz@legacysalesaz.com        1/1

LesowitzRongCheng 000112