# EXHIBIT B

**From:** Daisy Tablado <daisy@legacysalesaz.com>
**Sent:** Friday, March 25, 2022 1:42 PM
**To:** Savino Morales
**Subject:** RE: pricing P2009016

Rong Cheng Trading LLC.
19319 Arenth Ave,
Indust CA 91748

Contact: Billy ████████
Is  this Information correct?

**From:** Sam Ruiz <s.ruiz@legacysalesaz.com>
**Sent:** Friday, March 25, 2022 1:31 PM
**To:** Daisy Tablado <daisy@legacysalesaz.com>
**Subject:** Re: pricing P2009016

Please



Sam Ruiz
Vice President
———————————————
7225 W. Roosevelt St. # 166
Phoenix, AZ 85043
———————————————————

Cell: (623) 258-0482
Office: (602) 675-3030

**From:** Daisy Tablado <daisy@legacysalesaz.com>
**Sent:** Friday, March 25, 2022 1:04:52 PM
**To:** Sam Ruiz <s.ruiz@legacysalesaz.com>
**Subject:** FW: pricing P2009016

You want me to process the P.O.?

**From:** Sam Ruiz <s.ruiz@legacysalesaz.com>
**Sent:** Friday, March 25, 2022 12:25 PM
**To:** Billy Zhang <dryfood1@rongcheng.us>
**Cc:** kyle ta <kyleta@rongcheng.us>; Daisy Tablado <daisy@legacysalesaz.com>
**Subject:** RE: pricing P2009016

Hi Billy,

LesowitzRongCheng 000025

This order can be delivered the week of April 4th which means it can deliver by no later than April 8th. The combined cases would have to be 280 cases of each size to fill the full container.

Respectfully,

**From:** Billy Zhang <████████████████>
**Sent:** Friday, March 25, 2022 10:56 AM
**To:** Sam Ruiz <s.ruiz@legacysalesaz.com>
**Cc:** kyle ta <████████████████>
**Subject:** Re: pricing P2009016

Please Check attach for PO. ████████████████ What is the ETA?

**Best Regards,**

**Billy Zhang**

**Tel : (626)538-9191, Ext.351**
**Rong Cheng Trading**
**19319 Arenth Ave**
**City of Industry CA 91748**

On Thursday, March 24, 2022, 04:29:25 PM PDT, kyle ta <████████████████> wrote:

*Kyle Ta*

*Rong Cheng Trading LLC.*
19319 Arenth Ave.
City of Industry, CA 91748
Tel: (626) 338-1090 ext. 353
Cell: (626) 236-8505
Fax: (626) 338-7133

***Manufacture must  have HACCP and be able to  provide all the other documents according to U.S. requirements. ***

----- Forwarded Message -----
**From:** Sam Ruiz <s.ruiz@legacysalesaz.com>
**To:** ████████████████>

2

LesowitzRongCheng 000026

**Sent:** Thursday, March 24, 2022, 03:56:28 PM PDT
**Subject:** pricing


Pricing for Reyma squat containers:


████        container squat 8 oz  please know that this is a little taller than Dart        ██████    ████

████        container squat 12 oz.   equal to 12sj20
dart                      ██████    ████████████

████        container squat 16 oz. equal to 16mj20 dart        ██████    ████


Respectfully,



Sam Ruiz

Vice President of Sales

7225 W. Roosevelt St. #166
Phoenix, AZ 85043

**Cell:** (623) 258-0482

**Phone:** (602) 675-3030

LesowitzRongCheng 000027