# EXHIBIT D



# Purchase order

| | | | |
|---|---|---|---|
| Creation date: | Mar 15, 2022 | Purchase order: | **PO0000275** |
| Shipping date: | Mar 15, 2022 | | |

| SHIP TO | VENDOR |
|---|---|
| Legacy Wholesale Group<br>United States | Individual Foodservice IFS<br>5496 Lindbergh Lane<br>Bell, CA 90201<br>United States |

| SKU | Description | Qty | Price | Tax | Total |
|---|---|---|---|---|---|
| ███ | Container Foam 8oz Squat (Pack: 20/50) | ███ | | | |
| | Bowl Foam 32oz IFS-BOX (Pack: 4/125) | | | | |
| | Plate Foam 9" 3-Comp White | | | | |

| | |
|---|---|
| **Total units:** | ███ |
| **Subtotal (USD):** | ███ |
| **Total (USD):** | ███ |

## Bill order to

Legacy Wholesale Group
7225 West Roosevelt Street, Suite #166
Phoenix, AZ 85043
United States
Phone: (602) 675-3030
Email: orders@legacysalesaz.com

HIGHLY CONFIDENTIAL– ATTORNEYS' EYES ONLY