# EXHIBIT E

# Price and code for Items

---

**From:** Daisy Tablado <daisy@legacysalesaz.com>  Wed, Dec 29, 2021 at 10:36 AM PST (GMT-08:00)
**To:** Paolo Ruiz <p.ruiz@legacysalesaz.com>

---

IFS CODE                REYMA CODE/DESCRIPTION/CASE COUNT/PRICE

 

```
REYMA FOAM SQUAT   8oz
REYMA FOAM SQUAT   16oz
REYMA FOAM SQUAT   32oz

REYMA FOAM CUP     20oz
REYMA FOAM CUP     16oz
REYMA FOAM CUP     12oz
LARGE CONTAINER 9X9
LARGE CONTAINER 9X9 3-COMP
MEDIUM CONTINER 8X8
FOAM HINGED HAMBURGER
PLATE FOAM REYMA 6"
PLATE FOAM REYMA 10"
PLATE FOAM REYMA 10" 3-COM
```

If you have any questions, please don't hesitate to call us or email us.
Thank you!!

**Daisy Tablado**
Administrative Manager
_____

7225 W. Roosevelt St. #166
Phoenix, AZ 85043
_____

**P:** (602) 675-3030
**F:** (602) 675-0940