# EXHIBIT G



# Purchase order

| | |  | |
|---|---|---|---|
| Creation date: | Feb 15, 2022 | Purchase order: | PO0000236 |
| Shipping date: | Feb 15, 2022 | | |

| SHIP TO |
|---|
| Legacy Wholesale Group<br>United States |

| VENDOR |
|---|
| Individual Foodservice IFS<br>5496 Lindbergh Lane<br>Bell, CA 90201<br>United States |

| SKU | Description | Qty | Price | Tax | Total |
|---|---|---|---|---|---|
| ▇ | Container Foam 32oz. Squat (Pack: 20/25) | ▇ | ▇ | 0.00 | ▇ |
| | Plate Foam 9" 1-Comp | ▇ | ▇ | 0.00 | ▇ |
| | Milk Evaporated Filled W/Vit D | ▇ | ▇ | 0.00 | ▇ |
| | Lid Flat Sip w/ Seal Sqt-24 oz. | ▇ | ▇ | 0.00 | ▇ |
| | cup portion plast 1.5oz cl | ▇ | ▇ | 0.00 | ▇ |
| | Shortening Liquid soy creamy | ▇ | ▇ | 0.00 | ▇ |
| | 17320-5 lemon Dishwash Lemon | ▇ | ▇ | 0.00 | ▇ |
| | cutlery knife full sz xhvy wht | ▇ | ▇ | 0.00 | ▇ |
| | Spice Garlic Salt | ▇ | ▇ | 0.00 | ▇ |
| | Towel centrer pull 2ply wht | ▇ | ▇ | 0.00 | ▇ |
| | Can Liner 40x48 12 Mic clr cor | ▇ | ▇ | 0.00 | ▇ |
| | Bag Poly 4x2x8 1.0 Mil | ▇ | ▇ | 0.00 | ▇ |
| | Beans Garbanzo Domestic | ▇ | ▇ | 0.00 | ▇ |

| | |
|---|---|
| Total units: | ▇ |
| Subtotal (USD): | ▇ |
| Total (USD): | ▇ |

## Bill order to

Legacy Wholesale Group
7225 West Roosevelt Street, Suite #166
Phoenix, AZ 85043
United States
Phone: (602) 675-3030
Email: orders@legacysalesaz.com

HIGHLY CONFIDENTIAL– ATTORNEYS' EYES ONLY