# EXHIBIT H



# Invoice

|  |  |  |  |
|---|---|---|---|
| Creation date: | Feb 22, 2022 | Invoice: | I0000529 |
| Shipping date: | Feb 21, 2022 | Due date: | Feb 22, 2022 |
| Sales order: | SO0000408 | Shipping order: | SH0000446 |

**TO**
El Progresso Market
1701 Truman Street Suit GH
San Fernando, CA 91340
United States

**FROM**
Legacy Wholesale Group
7225 West Roosevelt Street, Suite #166
Phoenix, AZ 85043
United States
Phone: (602) 675-3030
Email: orders@legacysalesaz.com

| SKU | Description | Qty | Price | Tax | Total |
|---|---|---|---|---|---|
| ■ | Cup Plastic 32oz. 32EU-PP (Pack: 500) | ■ | ■ | ■ | ■ |
| ■ | Napkin 1ply Tall-Fold | ■ | ■ | ■ | ■ |
| ■ | Napkin 2ply Dinner | ■ | ■ | ■ | ■ |
| ■ | Plate Foam 10" 3-Comp | ■ | ■ | ■ | ■ |
| ■ | Foam Bowl 32oz Food Service | ■ | ■ | ■ | ■ |
| ■ | Container Foam 9x9 Large 1-Compartment Black (Pack: 2/100) | ■ | ■ | ■ | ■ |
| ■ | Container Foam 8x8 1-Comp Black (2/100) | ■ | ■ | ■ | ■ |
| ■ | Container Foam 9x9 1-Comp (2/100) | ■ | ■ | ■ | ■ |
| ■ | Plate Foam 9" 1-Comp | ■ | ■ | ■ | ■ |
| ■ | Foam Dinner plate Black 9" 1 comp | ■ | ■ | ■ | ■ |
| ■ | Cup Foam 12oz (Pack: 1M) | ■ | ■ | ■ | ■ |

**PAYMENT INFORMATION**

| Date | Amount | Method |
|---|---|---|
| February 28th, 2022 | ■ | Check |

Invoice status: **Paid**
Remaining balance: **$0.00**

| Total units: | ■ |
|---|---|
| Subtotal (USD): | ■ |
| Total (USD): | ■ |