# EXHIBIT I



# Purchase order

| | | | |
|---|---|---|---|
| Creation date: | Feb 18, 2022 | Purchase order: | PO0000241 |
| Shipping date: | Feb 18, 2022 | | |

| SHIP TO |
|---|
| Legacy Wholesale Group |
| United States |

| VENDOR |
|---|
| Individual Foodservice IFS |
| 5496 Lindbergh Lane |
| Bell, CA 90201 |
| United States |

| SKU | Description | Qty | Price | Tax | Total |
|---|---|---|---|---|---|
| ▮ | Cup Portion 3.25 oz. Clear (Pack: 2500) | ▮ | ▮ | 0.00 | ▮ |
| ▮ | Platter plast 16" blk Nova Plu | ▮ | ▮ | 0.00 | ▮ |
| ▮ | Lid Plastic Hi-dome for the 16" Tray | ▮ | ▮ | 0.00 | ▮ |
| ▮ | Cup Plastic 32oz Clear PET (Pack: 300) | ▮ | ▮ | 0.00 | ▮ |
| ▮ | White Carry out 8-7/8 | ▮ | ▮ | 0.00 | ▮ |

| | |
|---|---|
| Total units: | ▮ |
| Subtotal (USD): | ▮ |
| Total (USD): | ▮ |

### Bill order to

Legacy Wholesale Group
7225 West Roosevelt Street, Suite #166
Phoenix, AZ 85043
United States
Phone: (602) 675-3030
Email: orders@legacysalesaz.com

HIGHLY CONFIDENTIAL– ATTORNEYS' EYES ONLY



# Purchase order

| | |
|---|---|
| Creation date: | Feb 17, 2022 |
| Shipping date: | Feb 17, 2022 |

| | |
|---|---|
| Purchase order: | PO0000240 |

| SHIP TO |
|---|
| Legacy Wholesale Group |
| United States |

| VENDOR |
|---|
| Individual Foodservice IFS |
| 5496 Lindbergh Lane |
| Bell, CA 90201 |
| United States |

| SKU | Description | Qty | Price | Tax | Total |
|---|---|---|---|---|---|
| ■ | Bag Paper #6 Brown 35# | ■ | ■ | 0.00 | ■ |
| ■ | Napkin Melody 11x13 White Sqr 1/4 Fold (18/180) | ■ | ■ | 0.00 | ■ |
| ■ | Cup Plastic Portion 1oz. Translucent (Pack: 2500) | ■ | ■ | 0.00 | ■ |
| ■ | Lid Plastic Clear 32oz. Straw Slotted Tall 107MM (500) | ■ | ■ | 0.00 | ■ |
| ■ | Spice Seasoning Salt Lawry's | ■ | ■ | 0.00 | ■ |
| ■ | Pallet Film Wrap 18x1500 12 MIC (4/1Roll) | ■ | ■ | 0.00 | ■ |
| ■ | Container Foam 9x9 Large 1-Compartment Black (Pack: 2/100) | ■ | ■ | 0.00 | ■ |
| ■ | Cup Plastic 32oz Clear PET (Pack: 300) | ■ | ■ | 0.00 | ■ |
| ■ | Bag wax Bakery #8 6-1/4 x3-7/8x12-5/8 wh | ■ | ■ | 0.00 | ■ |

| | |
|---|---|
| Total units: | ■ |
| Subtotal (USD): | ■ |
| Total (USD): | ■ |

## NOTES

■

## Bill order to

Legacy Wholesale Group
7225 West Roosevelt Street, Suite #166
Phoenix, AZ 85043
United States
Phone: (602) 675-3030
Email: orders@legacysalesaz.com