# EXHIBIT J



# Invoice

|  |  |  |  |
|---|---|---|---|
| Creation date: | Feb 22, 2022 | Invoice: | I0000530 |
| Shipping date: | Feb 21, 2022 | Due date: | Mar 2, 2022 |
| Sales order: | SO0000444 | Shipping order: | SH0000443 |

**TO**
Oxnard Supply
United States

**FROM**
Legacy Wholesale Group
7225 West Roosevelt Street, Suite #166
Phoenix, AZ 85043
United States
Phone: (602) 675-3030
Email: orders@legacysalesaz.com

| SKU | Description | Qty | Price | Tax | Total |
|---|---|---|---|---|---|
| ▮ | Cup Plastic 24oz. Clear PET 98MM TTM (Pack: 600) | ▮ | ▮ | 0.00 | ▮ |
| ▮ | Napkin 1ply Tall-Fold | ▮ | ▮ | 0.00 | ▮ |
| ▮ | Cup Foam 32oz (Pack: 300) | ▮ | ▮ | 0.00 | ▮ |
| ▮ | Cup Foam 16oz. (Pack: 500) | ▮ | ▮ | 0.00 | ▮ |
| ▮ | Cup Plastic 32oz Clear PET (Pack: 300) | ▮ | ▮ | 0.00 | ▮ |
|  | Pallets Wooden 48" x 40" 4w | ▮ | ▮ | 0.00 | ▮ |

**PAYMENT INFORMATION**

| Date | Amount | Method |
|---|---|---|
| March 10th, 2022 | ▮ | Check |

Invoice status: **Paid**
Remaining balance: **$0.00**

| | |
|---|---|
| Total units: | ▮ |
| Subtotal (USD): | ▮ |
| Total (USD): | ▮ |

HIGHLY CONFIDENTIAL– ATTORNEYS' EYES ONLY

LEGACY005249