UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-02120-ODW (JEMx) | Date | January 11, 2023 |
|---|---|---|---|
| Title | Perrin Bernard Supowitz, LLC v. Pablo Morales, et al. | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:** **(IN CHAMBERS) ORDER RE DEFENDANTS' IN CAMERA SUBMISSION (Dkt. 212) AND JOINT STATUS REPORT ON PRIVILEGE OBJECTIONS (Dkt. 220, 229.)**

In regard to Plaintiff IFS' Motions to Compel Production of Documents and Interrogatory Responses (Dkt. 121, 123, 125, 127, 129), the Court on December 14, 2022 ordered an *in camera* review of four emails. (Dkt. 212.) On December 27, 2022, the Court ordered the parties to file a Joint Status Report on Privilege Objections. (Dkt. 220.) The parties did so on January 5, 2023. (Dkt. 229.)

Defendants contend that the four emails are protected from disclosure by the marital privilege. The Court agrees. Marital communications are presumed to be confidential and may only "be overcome by proof of facts showing that they were not intended to be private." *United States v. Montgomery*, 384 F.3d 1050, 1056 (9th Cir. 2004) (party seeking to overcome the privilege bears the burden of showing that the communication was not intended to be confidential). Here, Cynthia Morales intended these communications to be private and confidential. (Dkt. 229-1, ¶ 7.) Her employer did not have a policy banning personal use of the company's email system nor does the company monitor use of an employee's computer or email. (*Id.* at ¶¶ 5,8; 229-2, ¶¶ 3-5.) Third parties do not have right of access to the computer or emails. *Id.* The company assured her that her emails with her husband were considered private and confidential and would not be provided to anyone. (Dkt. 229-2, ¶ 5.)

|  | : |  |
|---|---|---|
| Initials of Deputy Clerk | | slo |