**LESOWITZ GEBELIN LLP**
Scott M. Lesowitz (SBN 261759)
    scott@lawbylg.com
Steven T. Gebelin (SBN 261507)
    steven@lawbylg.com
8383 Wilshire Boulevard, Suite 800, Beverly Hills, CA 90211
Telephone: (310) 341-3072; Facsimile: (310) 341-3070
*Attorneys for Defendants* Pablo Morales, Savino Morales, Sergio Escamilla, and Legacy Wholesale Group, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRIN BERNARD SUPOWITZ, LLC, dba INDIVIDUAL FOODSERVICE,<br><br>Plaintiff,<br><br>v.<br><br>PABLO MORALES, LEGACY WHOLESALE GROUP, LLC, SAVINO MORALES, SERGIO ESCAMILLA, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:22-cv-02120 ODW(JEMx)<br>[Assigned to the<br>*Honorable Otis D. Wright, II*]<br><br>**DEFENDANTS' SUPPLEMENT TO FILINGS FOR PRETRIAL CONFERENCE**<br><br>Final Pretrial Conf. Date: March 27, 2023<br>Time: 1:30 p.m.<br>Courtroom: 5D |

*IFS v. Morales, et al.*
USDC, Case No. 2:22-cv-02120 ODW(JEMx)

1       During the preparation of the Parties' pretrial conference documents, Plaintiff represented that it would take responsibility for filing the required documents and repeatedly asked Defendants to allow it to file all documents, including those solely from Defendants.

      However, after 10 pm on March 20, 2023, apparently due to logistical issue arising from multiple back and forth communications and documents sent concerning jury instructions and the verdict form, Plaintiff informed Defendants that it would not file (1) Defendants' proposed Verdict Form that was provided at 7:58 pm, and (2) Defendants' disputed Jury Instructions that Plaintiff had removed from the working joint jury instructions and Defendant thereafter placed into a separate working document.

      As to the proposed verdict form, Plaintiff made the following objection and asked that it be inserted into Defendants' filing:

      "Plaintiff objects to Defendants' proposed Verdict Form circulated for first review at 8:00 p.m. on March 23, 2023. Plaintiff understands that there are substantial differences that the Court's direction on the jury instructions and any Motions In Limine will instruct and guide. Plaintiff anticipates that the parties will be able to meet and confer and narrow the issues in dispute."

      As to Defendants' Disputed Jury Instructions, Plaintiff provided its objections after 11 pm on March 20, 2023, which are incorporated in the attachment along with Defendants' responses thereto.

      Therefore Defendants hereby attach and file (1) Defendants' Proposed Special Verdict Form; and (2) Defendants' Disputed Jury Instructions.

Dated: March 21, 2023       /s/ *Steven T. Gebelin*
                                      For Lesowitz Gebelin LLP, Counsel for Defendants