**LESOWITZ GEBELIN LLP**
Scott M. Lesowitz (SBN 261759)
        scott@lawbylg.com
Steven T. Gebelin (SBN 261507)
        steven@lawbylg.com
8383 Wilshire Boulevard, Suite 800, Beverly Hills, CA 90211
Telephone: (310) 341-3072; Facsimile:  (310) 341-3070
*Attorneys for Defendants* Pablo Morales,
Savino Morales, Sergio Escamilla, and
Legacy Wholesale Group, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

PERRIN BERNARD SUPOWITZ, LLC, dba INDIVIDUAL FOODSERVICE,

Plaintiff,

v.

PABLO MORALES, LEGACY WHOLESALE GROUP, LLC, SAVINO MORALES, SERGIO ESCAMILLA, and DOES 1 through 20, inclusive,

Defendants.

Case No. 2:22-cv-02120 ODW(JEMx)
[Assigned to the
*Honorable Otis D. Wright, II*]

**DEFENDANTS' [PROPOSED] SPECIAL VERDICT FORM**

Final Pretrial Conf. Date: March 27, 2023
Time: 1:30 p.m.
Courtroom: 5D

We, the jury, in the above-entitled action, find the following special verdict on the questions submitted to us as follows:

## SECTION I:  MISAPPROPRIATION OF TRADE SECRETS
## (ALL DEFENDANTS)

### CUSTOMER PRICING

**1. Did IFS own historical data reflecting (1) what items IFS sold to a customer, (2) when IFS sold the items, (3) the quantity of each item sold, and (4) the price at which IFS sold each item?**

_____ YES       _____NO

If you answered "YES" to Question 1, proceed to Question 2.  If you answered "NO" to Question 1, proceed to Question 6.

**2. Was that customer pricing information secret at the time of the alleged misappropriation?**

_____ YES       _____NO

If you answered "YES" to Question 2, proceed to Question 3.  If you answered "NO" to Question 2, proceed to Question 6.

**3. Did this customer pricing information have actual or potential independent economic value because it was secret?**

_____ YES       _____NO

If you answered "YES" to Question 3, proceed to Question 3.  If you answered "NO" to Question 3, proceed to Question 6.

**4. Did IFS make reasonable efforts under the circumstances to keep the customer pricing information secret?**

**SECTION I**                    2

_____ YES          _____NO

If you answered "YES" to Question 4, proceed to Question 5. If you answered "NO" to Question 4, proceed to Question 6.

**5. Was the customer pricing information readily ascertainable by proper means at the time of the alleged misappropriation?**

_____ YES          _____NO

Proceed to Question 6.

## CREDIT TERMS

**6. Did IFS own information concerning the credit terms that IFS offered its customers?**

_____ YES          _____NO

If you answered "YES" to Question 6, proceed to Question 7. If you answered "NO" to Question 6, proceed to Question 11.

**7. Was that credit term information secret at the time of the alleged misappropriation?**

_____ YES          _____NO

If you answered "YES" to Question 7, proceed to Question 8. If you answered "NO" to Question 7, proceed to Question 11.

**8. Did this credit term information have actual or potential independent economic value because it was secret?**

_____ YES          _____NO

If you answered "YES" to Question 8, proceed to Question 9. If you answered "NO" to Question 8, proceed to Question 11.

DEFENDANT'S [PROPOSED]
SPECIAL VERDICT FORM

**9. Did IFS make reasonable efforts under the circumstances to keep the credit term information secret?**

\_\_\_\_\_ YES \_\_\_\_\_NO

If you answered "YES" to Question 9, proceed to Question 10.  If you answered "NO" to Question 9, proceed to Question 11.

**10. Was the credit term information readily ascertainable by proper means at the time of the alleged misappropriation?**

\_\_\_\_\_ YES \_\_\_\_\_NO

Proceed to Question 11.

**11. Did you reach and answer "NO" to either Question 6 OR Question 10 in this Section I above?**

\_\_\_\_\_ YES \_\_\_\_\_NO

If you answered "YES" to Question 11, proceed to Question 12.  If you answered "NO" to Question 11, proceed to **Section II.**

## PABLO MORALES

**12. Did Pablo Morales improperly use or disclose:**

**A. IFS' customer pricing information?**

\_\_\_\_\_ YES \_\_\_\_\_NO

OR

**B. IFS' credit term information?**

\_\_\_\_\_ YES \_\_\_\_\_NO

If you answered "YES" to either portion of Question 12, proceed to Question 13.  If you answered "NO" to BOTH portions of Question 12, proceed Question 15.

**13. Was IFS harmed or was Pablo Morales unjustly enriched by Pablo Morales' use or disclosure of:**

        **A. IFS' customer pricing information?**

_____    YES     _____NO

OR

        **B. IFS' credit term information?**

_____    YES     _____NO

If you answered "YES" to either portion of Question 13, proceed to Question 14. If you answered "NO" to BOTH portions of Question 13, proceed Question 15.

**14. Was Pablo Morales' use or disclosure of a trade secret a substantial factor in causing IFS harm or in causing Pablo Morales to be unjustly enriched for either**

        **A. IFS' customer pricing information?**

_____    YES     _____NO

OR

        **B. IFS' credit term information?**

_____    YES     _____NO

Proceed to Question 15.

### SAVINO MORALES

**15. Did Savino Morales improperly use or disclose**

        **1. IFS' customer pricing information?**

_____    YES     _____NO

OR

        **2. IFS' credit term information?**

_____    YES     _____NO

If you answered "YES" to either portion of Question 15, proceed to Question 16.  If you answered "NO" to BOTH portions of Question 15, proceed to Question 18.

**16.** **Was IFS harmed or was Savino Morales unjustly enriched by Savino Morales' use or disclosure of**

**A. IFS' customer pricing information?**

\_\_\_\_\_        YES        \_\_\_\_\_NO

OR

**B. IFS' credit term information?**

\_\_\_\_\_        YES        \_\_\_\_\_NO

If you answered "YES" to either portion of Question 16, proceed to Question 17.  If you answered "NO" to Question 16, proceed to Question 18.

**17.** **Was Savino Morales' use or disclosure a substantial factor in causing IFS harm or in causing Savino Morales to be unjustly enriched for either**

**A. IFS' customer pricing information?**

\_\_\_\_\_        YES        \_\_\_\_\_NO

OR

**B. IFS' credit term information?**

\_\_\_\_\_        YES        \_\_\_\_\_NO

Proceed to Question 18.

## SERGIO ESCAMILLA

**18.** **Did Sergio Escamilla improperly use**

**A. IFS' customer pricing information?**

\_\_\_\_\_        YES        \_\_\_\_\_NO

1  OR

2      **B. IFS' credit term information?**

3  _____      YES      _____NO

4      If you answered "YES" to either part of Question 18, proceed to Question 19.

5  If you answered "NO" to Question 18, proceed Question 21.

6

7      **19. Was IFS harmed or was Sergio Escamilla unjustly enriched by**

8           **Sergio Escamilla's use of**

9           **A. IFS' customer pricing information?**

10  _____      YES      _____NO

11  OR

12      **B. IFS' credit term information?**

13  _____      YES      _____NO

14      If you answered "YES" to Question 19, proceed to Question 20.  If you

15  answered "NO" to Question 19, proceed to Question 21.

16

17      **20. Was Sergio Escamilla's use a substantial factor in causing IFS harm**

18           **or in causing Sergio Escamilla to be unjustly enriched for either**

19           **A. IFS' customer pricing information?**

20  _____      YES      _____NO

21  OR

22      **B. IFS' credit term information?**

23  _____      YES      _____NO

24  Proceed to Question 21.

25

26      **<u>LEGACY WHOLESALE GROUP, LLC</u>**

27      **21. Did Legacy Wholesale Group, LLC improperly use or disclose**

28           **A. IFS' customer pricing information?**

1       _____     YES      _____NO

2    OR

3                **B. IFS' credit term information?**

4       _____     YES      _____NO

5       If you answered "YES" to either portion of Question 21, proceed to Question

6 22.  If you answered "NO" to both portions of Question 21, proceed to **Section II.**

7

8          **22.Was IFS harmed or was Legacy Wholesale Group, LLC unjustly**

9              **enriched by Legacy Wholesale Group, LLC's use or disclosure of:**

10                 **A. IFS' customer pricing information?**

11       _____     YES      _____NO

12    OR

13                **B. IFS' credit term information?**

14       _____     YES      _____NO

15       If you answered "YES" to either portion of Question 22, proceed to Question

16 23.  If you answered "NO" to both portions of Question 22, proceed to **Section II.**

17

18          **23.Was Legacy Wholesale Group, LLC' use or disclosure a substantial**

19              **factor in causing IFS harm or in causing Legacy Wholesale Group,**

20              **LLC to be unjustly enriched?**

21        _____     YES      _____NO

22

23

24       **Continue to Section II.**

25

26

27

28

## SECTION II – BREACH OF CONTRACT
## (AGAINST DEFENDANTS PABLO MORALES AND SAVINO MORALES)

## PABLO MORALES

1. **Was there an agreement between IFS and Pablo Morales where the contract terms were clear enough so that the parties could understand what each was required to do?**

   _____ YES          _____ NO

   If you answered "YES" to Question 1, proceed to Question 2.  If you answered "NO" to Question 1, proceed to Question 8.

2. **Did IFS and Pablo Morales agree to give each other something of value?**

   _____ YES          _____ NO

   If you answered "YES" to Question 2, proceed to Question 3.  If you answered "NO" to Question 2, proceed to Question 8.

3. **Did IFS and Pablo Morales agree to the terms of the contract??**

   _____ YES          _____ NO

   If you answered "YES" to Question 3, proceed to Question 4.  If you answered "NO" to Question 3, proceed to Question 8.

4. **Did IFS do all, or substantially all, of the significant things that the contract required it to do?**

   _____ YES          _____ NO

   If you answered "YES" to Question 4, proceed to Question 5.  If you answered "NO" to Question 4, proceed to Question 8.

**5. Did Pablo Morales do something that the contract prohibited him from doing?**

_____          YES          _____NO

If you answered "YES" to Question 5, proceed to Question 6.  If you answered "NO" to Question 5, proceed to Question 8.

**6. Did Pablo Morales fail to conduct himself as required by the contract?**

_____          YES          _____NO

If you answered "YES" to Question 6, proceed to Question 5.  If you answered "NO" to Question 6, proceed to Question 8.

**7. Was IFS harmed by Pablo Morales' breach of contract?**

_____          YES          _____NO

Proceed to Question 8.

<u>**SAVINO MORALES**</u>

**8. Was there an agreement between IFS and Savino Morales where the contract terms were clear enough so that the parties could understand what each was required to do?**

_____          YES          _____NO

If you answered "YES" to Question 8, proceed to Question 9.  If you answered "NO" to Question 8, then proceed to <u>**Section III**</u>.

**9. Did IFS and Savino Morales agree to give each other something of value?**

_____          YES          _____NO

If you answered "YES" to Question 9, proceed to Question 10.  If you answered "NO" to Question 9, proceed to <u>**Section III**</u>.

<u>SECTION II</u>                    10                    DEFENDANT'S [PROPOSED] SPECIAL VERDICT FORM

**10.Did IFS and Pablo Morales agree to the terms of the contract??**

_____        YES        _____NO

If you answered "YES" to Question 10, proceed to Question 11.  If you answered "NO" to Question 10, proceed to **Section III**.

**11.Did IFS do all, or substantially all, of the significant things that the contract required it to do?**

If you answered "YES" to Question 11, proceed to Question 12.  If you answered "NO," to Question 11 then proceed to **Section III**.

**12.Did Savino Morales do something that the contract prohibited him from doing?**

_____        YES        _____NO

If you answered "YES" to Question 12, proceed to Question 13. If you answered "NO" to Question 12 then proceed to **Section III**.

**13.Did Savino Morales fail to conduct himself as required by the contract?**

_____        YES        _____NO

If you answered "YES" to Question 13, proceed to Question 14.  If you answered "NO" to Question 13, then proceed to **Section III** .

**14.Was IFS harmed by Savino Morales' breach of contract?**

_____        YES        _____NO

Continue to **Section III**.

## SECTION III –TORTIOUS INDUCEMENT TO BREACH CONTRACT
## (AGAINST ALL DEFENDANTS)

**1. Was there a contract between IFS and Hugo Mesa?**

_____        YES        _____NO

Proceed to Question 2.

**2. Was there a contract between IFS and Jesus Trujillo?**

_____        YES        _____NO

If you answered "YES" to any of Questions 1-2, proceed to Question 3.  If you answered "NO" to all Questions 1-2, proceed directly to **Section IV**.

## PABLO MORALES

**3. Did Pablo Morales know of any of the contracts between IFS and Hugo Mesa or Jesus Trujillo?**

_____        YES        _____NO

If you answered "YES" to Question 3, proceed to Question 4.  If you answered "NO" to Question 3, proceed to Question 7.

**4. Did Pablo Morales' conduct prevent performance or make performance of a contract between Hugo Mesa or Jesus Trujillo and IFS more expensive or difficult?**

_____        YES        _____NO

If you answered "YES" to Question 4, proceed to Question 5.  If you answered "NO" to Question 4, proceed to Question 7.

**SECTION IV**

12

**5. Did Pablo Morales intend to disrupt or know that disruption of the contractual relationship between Hugo Mesa or Jesus Trujillo and IFS was certain or substantially certain to occur?**

\_\_\_\_\_      YES       \_\_\_\_\_NO

If you answered "YES" to Question 5, proceed to Question 6. If you answered "NO" to Question 5, proceed to Question 7.

**6. Was Pablo Morales' conduct a substantial factor in causing harm to IFS?**

\_\_\_\_\_      YES       \_\_\_\_\_NO

Proceed to Question No. 7.

## SAVINO MORALES

**7. Did Savino Morales know of any of the contracts between IFS and Hugo Mesa or Jesus Trujillo?**

\_\_\_\_\_      YES       \_\_\_\_\_NO

If you answered "YES" to Question 7, proceed to Question 8. If you answered "NO," to Question 7, proceed to Question 11.

**8. Did Savino Morales' conduct prevent performance or make performance of a contract between Hugo Mesa or Jesus Trujillo and IFS more expensive or difficult?**

\_\_\_\_\_      YES       \_\_\_\_\_NO

If you answered "YES" to Question 8, proceed to Question 9. If you answered "NO," to Question 8, proceed to Question 11.

**9. Did Savino Morales intend to disrupt or know that disruption of the contractual relationship between Hugo Mesa or Jesus Trujillo and IFS was certain or substantially certain to occur?**

\_\_\_\_\_      YES       \_\_\_\_\_NO

**SECTION IV**                    13                    DEFENDANT'S [PROPOSED] SPECIAL VERDICT FORM

If you answered "YES" to Question 9, proceed to Question 10.  If you answered "NO" to Question 9, proceed to Question 11.

**10.  Was Savino Morales' conduct a substantial factor in causing harm to IFS?**

\_\_\_\_\_        YES            \_\_\_\_\_NO

Proceed to Question No. 11.

### SERGIO ESCAMILLA

**11.  Did Sergio Escamilla know of any of the contracts between IFS and Hugo Mesa or Jesus Trujillo?**

\_\_\_\_\_        YES            \_\_\_\_\_NO

If you answered "YES" to Question 11, proceed to Question 12.  If you answered "NO," proceed to Question 15.

**12.  Did Sergio Escamilla's conduct prevent performance or make performance of a contract between Hugo Mesa or Jesus Trujillo and IFS more expensive or difficult?**

\_\_\_\_\_        YES            \_\_\_\_\_NO

If you answered "YES" to Question 12, proceed to Question 13.  If you answered "NO," proceed to Question 15.

**13. Did Sergio Escamilla intend to disrupt or know that disruption of the contractual relationship between Hugo Mesa or Jesus Trujillo and IFS was certain or substantially certain to occur?**

\_\_\_\_\_        YES            \_\_\_\_\_NO

If you answered "YES" to Question 13, proceed to Question 14.  If you answered "NO," proceed to Question 15.

**SECTION IV**                    14                    DEFENDANT'S [PROPOSED] SPECIAL VERDICT FORM

**14.  Was Sergio Escamilla's conduct a substantial factor in causing harm to IFS?**

\_\_\_\_\_        YES              \_\_\_\_\_NO

Proceed to Question No. 15.

### LEGACY WHOLESALE GROUP, LLC

**15.  Did Legacy Wholesale Group, LLC know of any of the contracts between IFS and Hugo Mesa or Jesus Trujillo?**

\_\_\_\_\_        YES              \_\_\_\_\_NO

If you answered "YES" to Question 15, proceed to Question 16.  If you answered "NO," proceed to **Section IV**.

**16.  Did Legacy's conduct prevent performance or make performance of a contract between Hugo Mesa or Jesus Trujillo and IFS more expensive or difficult?**

\_\_\_\_\_        YES              \_\_\_\_\_NO

If you answered "YES" to Question 16, proceed to Question 17.  If you answered "NO," proceed to **Section IV**.

**17. Did Legacy intend to disrupt or know that disruption of the contractual relationship between Hugo Mesa or Jesus Trujillo and IFS was certain or substantially certain to occur?**

\_\_\_\_\_        YES              \_\_\_\_\_NO

If you answered "YES" to Question 17, proceed to Question 18.  If you answered "NO," proceed to **Section IV**.

**SECTION IV**

15

DEFENDANT'S [PROPOSED] SPECIAL VERDICT FORM

**18.  Was Legacy Wholesale Group, LLC's conduct a substantial factor in causing harm to IFS?**

_____          YES          _____NO

Continue to **Section IV**.

## SECTION IV:  BREACH OF DUTY OF UNDIVIDED LOYALTY

## (AGAINST PABLO MORALES AND SAVINO MORALES)

### PABLO MORALES

**1.  Did Pablo Morales violate his duty of undivided loyalty to IFS?**

\_\_\_\_\_        YES        \_\_\_\_\_NO

If you answered "YES" to Question 1, proceed to Question 2.  If you answered "NO" to Question 1, proceed to Question 3.

**2.  Was Pablo Morales' violation of the duty of undivided loyalty a substantial factor in causing harm to IFS?**

\_\_\_\_\_        YES        \_\_\_\_\_NO

Proceed to Question 3.

### SAVINO MORALES

**3.  Did Savino Morales violate his duty of undivided loyalty to IFS?**

\_\_\_\_\_        YES        \_\_\_\_\_NO

If you answered "YES" to Question 3, proceed to Question 4.  If you answered "NO" to Question 3, proceed to **Section V**.

**4.  Was Savino Morales' violation of the duty of undivided loyalty a substantial factor in causing harm to IFS?**

\_\_\_\_\_        YES        \_\_\_\_\_NO

Continue to **Section V**.

**<u>SECTION V</u> –INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC RELATIONS**

**(AGAINST ALL DEFENDANTS)**

1. **Did IFS have an economic relationship with customers that Pablo Morales, Savino Morales, Sergio Escamilla or Legacy Wholesale Group attempted to do business with?**

   _____ YES          _____NO

   If you answered "YES" to Question 1, proceed to Question 2. If you answered "NO," proceed directly to **<u>Section VI</u>**.

2. **Would IFS's relationship with any of those customers probably have resulted in an economic benefit to IFS?**

   _____ YES          _____NO

   If you answered "YES" to Question 2, proceed to Question 3. If you answered "NO," proceed directly to **<u>Section VI</u>**.

3. **Was IFS' relationship with any of those customers disrupted?**

   _____ YES          _____NO

   If you answered "YES" to Question 3, proceed to Question 4. If you answered "NO," proceed directly to **<u>Section VII</u>**.

**<u>PABLO MORALES</u>**

4. **Did Pablo Morales know of a relationship between IFS and any of those customers that Legacy Wholesale Group attempted to or did business with?**

   _____ YES          _____NO

   If you answered "YES" to Question 4, proceed to Question 5. If you answered "NO", proceed to Question 8.

**5.   Did Pablo Morales engage in wrongful conduct that disrupted IFS'
relationships with any of those customers?**

_____      YES      _____NO

If you answered "YES" to Question 5, proceed to Question 6. If you answered
"NO", proceed to Question 8.

**6.  By engaging in this wrongful conduct, did Pablo Morales**

**a. Intend to disrupt IFS's relationship with any of IFS's customers or
know that such disruption was certain or substantially certain to
occur?**

_____      YES      _____NO

or

**b. Fail to act with reasonable care, in a way that he knew or should
have known would disrupt IFS's relationship with any of its
customers?**

_____      YES      _____NO

If you answered "YES" to either part of Question 6 then proceed to
Question 7. If you answered "NO" to both parts, proceed to Question 8.

**7.   Was Pablo Morales' conduct a substantial factor in causing harm
to IFS?**

_____      YES      _____NO

Proceed to Question 8.

**SECTION V**                                    19

## **SAVINO MORALES**

**8.  Did Savino Morales know of a relationship between IFS and any of those customers that Legacy Wholesale Group attempted to or did business with?**

_____        YES         _____NO

If you answered "YES" to Question 8, proceed to Question 9. If you answered "NO," proceed to Question 12.

**9.  Did Savino Morales engage in wrongful conduct that disrupted IFS' relationships with any of those customers?**

_____        YES         _____NO

If you answered "YES" to Question 9, proceed to Question 10. If you answered "NO", proceed to Question 12.

**10.By engaging in this wrongful conduct, did Savino Morales**

**a.  Intend to disrupt IFS's relationship with any of IFS's customers or know that such disruption was certain or substantially certain to occur?**

_____        YES         _____NO

or

**b.  Fail to act with reasonable care, in a way that he knew or should have known would disrupt IFS's relationship with any of its customers?**

_____        YES         _____NO

If you answered "YES" to either part of Question 10, proceed to Question 11. If you answered "NO" to both parts, proceed to Question 12.

**11. Was Savino Morales' conduct a substantial factor in causing harm to IFS?**

\_\_\_\_\_        YES        \_\_\_\_\_NO

Proceed to Question 12.

### SERGIO ESCAMILLA

**12. Did Sergio Escamilla know of a relationship between IFS and any of those customers that Legacy Wholesale Group attempted to or did business with?**

\_\_\_\_\_        YES        \_\_\_\_\_NO

If you answered "YES" to Question 12, proceed to Question 13. If you answered "NO", proceed to Question 16.

**13. Did Sergio Escamilla engage in wrongful conduct that disrupted IFS' relationships with  any of those customers?**

\_\_\_\_\_        YES        \_\_\_\_\_NO

If you answered "YES" to Question 13, proceed to Question 14. If you answered "NO", proceed to Question 16.

**14. By engaging in this wrongful conduct, did Sergio Escamilla**

**a. Intend to disrupt IFS's relationship with any of IFS's customers or know that such disruption was certain or substantially certain to occur?**

\_\_\_\_\_        YES        \_\_\_\_\_NO

or

      **b. Fail to act with reasonable care, in a way that he knew or
should have known would disrupt IFS's relationship with any
of its customers?**

     _____ YES      _____NO

If you answered "YES" to either part of Question 14, proceed to Question 15.
If you answered "NO" to both parts, proceed to Question 16.

  **15. Was Sergio Escamilla's conduct a substantial factor in causing
harm to IFS?**

  _____ YES      _____NO

Proceed to Question 16.

## <u>LEGACY WHOLESALE GROUP, LLC</u>

  **16. Did Legacy Wholesale Group, LLC know of a relationship between
IFS and any of those customers that Legacy Wholesale Group
attempted to or did business with?**

     _____ YES      _____NO

If you answered "YES" to Question 16, proceed to Question 17. If you
answered "NO", proceed to **<u>Section VII</u>**.

  **17. Did Legacy Wholesale Group, LLC engage in wrongful conduct
that disrupted IFS' relationships with any of those customers?**

     _____ YES      _____NO

If you answered "YES" to Question 17, proceed to Question 18. If you
answered "NO", proceed to **<u>Section VII</u>**.

**<u>SECTION V</u>**          22         DEFENDANT'S [PROPOSED]
SPECIAL VERDICT FORM

18. **By engaging in this wrongful conduct, did Legacy Wholesale Group, LLC**

    a. **Intend to disrupt IFS's relationship with any of IFS's customers or know that such disruption was certain or substantially certain to occur?**

       \_\_\_\_\_ YES    \_\_\_\_\_NO

    or

    b. **Fail to act with reasonable care, in a way that he knew or should have known would disrupt IFS's relationship with any of its customers?**

  \_\_\_\_\_ YES    \_\_\_\_\_NO

If you answered "YES" to either part of Question 18, proceed to Question 19. If you answered "NO" to both parts, proceed to **Section VII**.

19. **Was Legacy Wholesale Group, LLC's conduct a substantial factor in causing harm to IFS?**

  \_\_\_\_\_ YES    \_\_\_\_\_NO

Proceed to **Section VII**.

## SECTION VII:   FRAUD

## (AGAINST PABLO MORALES AND LEGACY)

## A. INTENTIONAL MISREPRESENTATION

## PABLO MORALES

**1.  Did Pablo Morales make a false representation of a fact or facts to IFS?**

\_\_\_\_\_        YES           \_\_\_\_\_NO

If you answered "YES" to Question 1, proceed to Question 2. If you answered "NO" to Question 1, proceed to Question 6.

**2.  Did Pablo Morales know that the representation was false, or did he make the representation recklessly and without regard for its truth?**

\_\_\_\_\_        YES           \_\_\_\_\_NO

If you answered "YES" to Question 2, proceed to Question 3. If you answered "NO" to Question 2, proceed to Question 6.

**3.  Did Pablo Morales intend that IFS rely on the representation?**

\_\_\_\_\_        YES           \_\_\_\_\_NO

If you answered "YES" to Question 3, proceed to Question 4. If you answered "NO" to Question 3, proceed to Question 6.

**4.  Did IFS reasonably rely on the representation?**

\_\_\_\_\_        YES           \_\_\_\_\_NO

If you answered "YES" to Question 4, proceed to Question 5. If you answered "NO" to Question 4, proceed to Question 6.

**5.  Was IFS's reliance on Pablo Morales' representation a substantial factor in causing harm to IFS?**

\_\_\_\_\_        YES        \_\_\_\_\_NO

Proceed to Question 6.

## <u>LEGACY WHOLESALE GROUP, LLC</u>

**6.  Did Legacy Wholesale Group, LLC make a false representation of a fact or facts to IFS?**

\_\_\_\_\_        YES        \_\_\_\_\_NO

If you answered "YES" to Question 6, proceed to Question 7. If you answered "NO" to Question 6, proceed to Question 11.

**7.  Did Legacy Wholesale Group, LLC know that the representation was false, or did it make the representation recklessly and without regard for its truth?**

\_\_\_\_\_        YES        \_\_\_\_\_NO

If you answered "YES" to Question 7, proceed to Question 8. If you answered "NO" to Question 7, proceed to Question 11.

**8.  Did Legacy Wholesale Group, LLC intend that IFS rely on the representation?**

\_\_\_\_\_        YES        \_\_\_\_\_NO

If you answered "YES" to Question 8, proceed to Question 9. If you answered "NO" to Question 8, proceed to Question 11.

**9.  Did IFS reasonably rely on the representation?**

\_\_\_\_\_        YES        \_\_\_\_\_NO

<u>**SECTION VII**</u>

25

DEFENDANT'S [PROPOSED] SPECIAL VERDICT FORM

If you answered "YES" to Question 9, proceed to Question 10. If you answered "NO" to Question 9, proceed to Question 11.

**10. Was IFS's reliance on Legacy Wholesale Group's representation a substantial factor in causing harm to IFS?**

_____      YES            \_\_\_\_\_NO

Proceed to Question 11.

## B. CONCEALMENT

## <u>PABLO MORALES</u>

**11. Did Pablo Morales intentionally fail to disclose a fact or facts that IFS did not know and could not reasonably have discovered?**

_____      YES            \_\_\_\_\_NO

If you answered "YES" to Question 11, proceed to Question 12. If you answered "NO" to Question 11, proceed to Question 15.

**12. Did Pablo Morales intend to deceive IFS by concealing the fact?**

_____      YES            \_\_\_\_\_NO

If you answered "YES" to Question 12, proceed to Question 13. If you answered "NO" to Question 12, proceed to Question 15.

**13. Had the omitted information been disclosed, would IFS reasonably have behaved differently?**

_____      YES            \_\_\_\_\_NO

If you answered "YES" to Question 13, proceed to Question 14. If you answered "NO" to Question 13, proceed to Question 15.

<u>**SECTION VII**</u>

26

**14. Was Pablo Morales' concealment a substantial factor in causing harm to IFS?**

_____ YES       _____ NO

Proceed to Question 15.

## LEGACY WHOLESALE GROUP, LLC

**15. Did Legacy Wholesale Group, LLC intentionally fail to disclose a fact or facts that IFS did not know and could not reasonably have discovered?**

_____ YES       _____ NO

If you answered "YES" to Question 15, proceed to Question 16. If you answered "NO" to Question 15, proceed to **Section VIII**.

**16. Did Legacy Wholesale Group, LLC intend to deceive IFS by concealing the fact?**

_____ YES       _____ NO

If you answered "YES" to Question 16, proceed to Question 17. If you answered "NO" to Question 16, proceed to **Section VIII**.

**17. Had the omitted information been disclosed, would IFS reasonably have behaved differently?**

_____ YES       _____ NO

If you answered "YES" to Question 17, proceed to Question 18. If you answered "NO" to Question 17, proceed to **Section VIII**.

**18. Was Legacy Wholesale Group, LLC's concealment a substantial factor in causing harm to IFS?**

_____ YES       _____ NO

**SECTION VII**

27

Proceed to **Section VIII**.

**SECTION VII**

## <u>SECTION VIII – DAMAGES</u>

A. **If you answered "YES" to any of Questions 3, 6, 9 or 12 in <u>Section I</u> - Misappropriation of Trade Secrets, please determine the damages immediately below.** If you answered "NO" to all those Questions, proceed to Section VIII(B).

    1. IFS's lost profits from Legacy's sales to IFS's customers due to the misappropriation of trade secrets:

       $_____

    2. IFS's future lost profits from Legacy's sales to IFS's customers resulting from the misappropriation of trade secrets:

       $_____

    3. Legacy's wrongfully gained profits due to the misappropriation of trade secrets:

       $_____

B. **If you answered "YES" to any of Questions 5 or 10 in <u>Section II</u> – Breach of Contract, please determine the damages immediately below.** If you answered "NO" to all of Questions 5 and 10 in <u>Section II</u> (Breach of Contract), proceed to Section VIII(C).

    1. IFS's lost profits from Legacy's sales to IFS's customers:

       $_____

    2. IFS's lost profits from Pablo Morales and Savino Morales' use of confidential information for Legacy's benefit:

       $_____

## <u>SECTION IX</u>

29

C. If you found any of the Defendants liable for any of the following causes of action: Tortious Inducement to Breach Contract (**Section III** - **Yes, to any of Questions 6, 10, 15, or 18**);  Breach of the Duty of Undivided Loyalty (**Section IV - Yes, to any of Questions 2 or 4);** Intentional Interference with Prospective Economic Relations (**Section V - Yes, to any of Questions 7, 11, 15, 19,);**  or Fraud (**Section VII - Yes, to any of Questions 5, 10, 14 or 18**), **please determine the damages immediately below.  The damages below should only include damages for conduct that you specifically found Defendants liable for.** If you concluded the no defendants was liable in the referenced Sections, proceed to Section IX.

        1.  Legacy's profits generated from wrongfully made sales:
$_____

Proceed to **<u>Section IX</u>**

**<u>SECTION IX</u>**

## SECTION IX - PUNITIVE DAMAGES

### PABLO MORALES

Complete these questions if you found Pablo Morales liable for any of the following causes of action: Misappropriation of Trade Secrets, Tortious Inducement to Breach Contract, Breach of the Duty of Undivided Loyalty, Intentional Interference with Prospective Economic Relations, or Fraud:

1. **By clear and convincing evidence, did Pablo Morales engage in the conduct with malice, oppression or fraud?**

   _____ YES        _____NO

   If you answered "YES" to Question 1, proceed to Question 2.  If you answered "NO" to Question 1, proceed to Question 3.

2. **What amount of punitive damages, if any, do you award to IFS for Pablo Morales' conduct?**

   **$**_____

   Proceed to Question 3.

### SAVINO  MORALES

Complete these questions if you found Savino Morales liable for any of the following causes of action: Misappropriation of Trade Secrets, Tortious Inducement to Breach Contract, Breach of the Duty of Undivided Loyalty, Intentional Interference with Prospective Economic Relations, or Fraud:

3. **By clear and convincing evidence, did Savino Morales engage in the conduct with malice, oppression or fraud?**

   _____ YES        _____NO

If you answered "YES" to Question 3, proceed to Question 4.  If you
answered "NO" to Question 3, proceed to Question 5.

**4.  What amount of punitive damages, if any, do you award to IFS for
Savino Morales' conduct?**

$_____

Proceed to Question 5.

### SERGIO ESCAMILLA

**Complete these questions if you found Sergio Escamilla liable for any of
the following causes of action: Misappropriation of Trade Secrets, Tortious
Inducement to Breach Contract, Breach of the Duty of Undivided Loyalty,
Intentional Interference with Prospective Economic Relations, or Fraud:**

**5.  By clear and convincing evidence, did Sergio Escamilla engage in
the conduct with malice, oppression or fraud?**

_____        YES            _____NO

If you answered "YES" to Question 5, proceed to Question 6.  If you
answered "NO" to Question 5, proceed to Question 7.

**6.  What amount of punitive damages, if any, do you award to IFS for
Sergio Escamilla's conduct?**

$_____

Proceed to Question 7.

### LEGACY WHOLESALE GROUP, LLC

**Complete these questions if you found Legacy Wholesale Group liable for
any of the following causes of action: Misappropriation of Trade Secrets,**

**Tortious Inducement to Breach Contract, Breach of the Duty of Undivided Loyalty, Intentional Interference with Prospective Economic Relations, or Fraud:**

       **7. By clear and convincing evidence, did Legacy Wholesale Group, LLC engage in the conduct with malice, oppression or fraud?**

              \_\_\_\_\_   YES   \_\_\_\_\_NO

If you answered "YES" to Question 7, proceed to Question 8.  If you answered "NO" to Question 7, skip Question 8 and proceed to have the presiding juror sign and date the form.

       **8. What amount of punitive damages, if any, do you award to IFS for Legacy Wholesale Group, LLC's conduct?**

       **$_____**

Stop here, answer no further questions, and have the presiding juror sign and date the form.

Date: _____      _____
                                                                       Presiding Juror

After this verdict form has been signed, notify the clerk that you are ready to present your verdict in the courtroom.