1  CDF LABOR LAW LLP
        Dan M. Forman, State Bar No. 155811
2       dforman@cdflaborlaw.com
        Amy S. Williams, State Bar No. 228853
3       awilliams@cdflaborlaw.com
   707 Wilshire Boulevard, Suite 5150
4  Los Angeles, CA 90017
   Telephone:  (213) 612-6300
5
   Attorneys for Plaintiff/Counter-Defendant
6  PERRIN BERNARD SUPOWITZ, LLC, a
   California LLC dba INDIVIDUAL
7  FOODSERVICE

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11  PERRIN BERNARD SUPOWITZ, LLC,       ) Case No. 2:22-cv-02120-ODW-JEM
    a California LLC dba INDIVIDUAL     )
12  FOODSERVICE,                        ) Judge: Otis D. Wright II
                                        ) Ctrm:  5D
13                    Plaintiff,        )
                                        ) **DECLARATION OF NIGEL**
14          v.                          ) **KERSHAW IN OPPOSITION TO**
                                        ) **DEFENDANTS' AMENDED**
15  PABLO MORALES, an individual;       ) **MOTIONS IN LIMINE # 2, 3 & 5**
    LEGACY WHOLESALE GROUP, LLC,        )
16  an Arizona Limited Liability Corporation; ) Pre-Trial Conference: July 10, 2023
    SAVINO MORALES, an individual; and  ) Motions in Limine: July 10, 2023
17  SERGIO ESCAMILLA, an individual;    ) Trial Date: July 18, 2023
    and DOES 1 through 20, inclusive,   )
18                    Defendants.       ) Date:   July 10, 2023
                                        ) Time:   1:30 p.m.
19  ──────────────────────────────────  ) Ctrm:   5D
                                        )
20  AND RELATED COUNTERCLAIMS.          )
    ──────────────────────────────────  )
21

22

23

24

25

26

27

28
                                        ──────────────────────────────

## DECLARATION OF NIGEL KERSHAW

I, Nigel Kershaw, declare as follows:

1.    I make this Declaration of my own personal knowledge, and if called upon to do so, I could and would testify as to the matters set forth herein.

2.    I am currently employed as the Chief Finance Officer (CFO) for Perrin Bernard Supowitz, LLC dba Individual Foodservice ("IFS"). I commenced working for IFS in May 2020. I have a Bachelors degree from The University of the Witswatersrand in Johannesburg, South Africa in 1993 and received an Honors in taxation in 1994. I passed the Public Accountants and Auditors Board exam in 1995 and became a member of the South African Institute of Chartered Accountants in 1998. I also achieved the Chartered Financial Analyst (CFA) designation in 2003.

3.    A CFA is a financial analyst that analyzes companies to assess performance, profitability, strengths and weaknesses.

4.    My first employer was PricewaterhouseCoopers in South Africa and, then, Los Angeles, California from approximately 1995 until 2002.

5.    From 2003 until 2005, I was the Director of SEC Reporting at The Walt Disney Company in Los Angeles, CA, responsible for all aspects of technical accounting and global SEC reporting for the public listed company.

6.    From 2005 to 2013, I was the Corporate Controller, Treasurer and then CFO of Guess?, Inc.

7.    I then became the CFO of CABI for just over one year.

8.    From 2014 to 2020, I was the CFO and Chief Administration Officer at Lucky Brand from 2014 to May 2020.

9.    I prepared the analysis identified at my deposition as Exhibit 717 based on my training, education and my personal knowledge of IFS's finances from my role and experience as IFS's CFO.

10.    Tab C, "IFS' lost profits from Legacy's Sales to IFS' customers" contains IFS's monthly records of revenues from 13 of IFS's customers that

2    DECLARATION OF NIGEL KERSHAW

2179811.1

1    discovery in the above-entitled litigation disclosed Legacy conducts business.  The
2    monthly records of revenues are from IFS's regularly compiled records that are
3    trustworthy and that are relied on by me and my subordinates in the ordinary course
4    of IFS's business.  Tab C captures information pertaining to purchases by 13
5    customers over a 13-month period.  I estimate that the actual documents underlying
6    these calculations is extremely voluminous and would include orders, invoices,
7    correspondence and payment information to support each of the hundreds of
8    transactions reflected on Tab C.

9         11.    The chart from Tab F, "IFS' damages - Lost market share profits"
10   contains total monthly revenues of the sales to all customers Savino and Pablo
11   serviced (except for Legacy and El Super), total number of cases sold to those
12   customers and the office margin, a measure of profits for the months of March 2021
13   to February 2023 ("Data").  The Data are from IFS's regularly compiled records that
14   are trustworthy and that are relied on by me and my subordinates in the ordinary
15   course of IFS's business.  I estimate that the actual documents underlying the Data is
16   even more voluminous than the number of documents underlying Tab C and would
17   include orders, invoices, correspondence and payment information to support each of
18   the thousands transactions between IFS and approximately 188 of its customers
19   reflected on Tab F.

20        12.    Tab G, "IFS' lost profits using confidential information for Legacy's
21   benefit" demonstrates that Pablo and Savino used their insider position at IFS to sell
22   IFS's products to Legacy at lower prices than they sold IFS's products to other of
23   IFS's customers that they serviced for the months of September 2021 through March
24   2022.  The data on Tab G are from IFS's regularly compiled records that are
25   trustworthy and that are relied on by me and my subordinates in the ordinary course
26   of IFS's business.  I estimate that the actual documents underlying these calculations
27   is even more voluminous than the number of documents underlying Tab C and would
28   include orders, invoices, correspondence and payment information to support each of

1 | the thousands transactions between IFS and approximately 188 of its customers
2 | reflected on Tab G.
3 |      13.    Tab H, "Incremental freight costs" is based on what my staff reported to
4 | me based on IFS's records that are relied on by me and my subordinates in the
5 | ordinary course of IFS's business.
6 |
7 |      I declare under penalty of perjury under the laws of the United States of
8 | America that the foregoing is true and correct.  Executed on this 1st day of May,
9 | 2023, at Los Angeles, California.

Nigel Kershaw

DECLARATION OF NIGEL KERSHAW

CDF Labor Law LLP

2179811.1