UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 2:22-cv-02120-ODW (JEMx) | Date | June 6, 2023 |
|---|---|---|---|
| Title | *Perrin Bernard Supowitz, LLC v. Pablo Morales et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**     **Order ADVANCING Trial and Hearing on Motions in Limine**

    The Court, on its own motion, hereby **ADVANCES** trial of this matter to **July 11, 2023 at 9:00 a.m.** and **ADVANCES** the hearing on the motions in limine to **July 5, 2023 at 1:30 p.m.**

    **IT IS SO ORDERED.**

                                                                                       :    00

Initials of Preparer     SE