CDF LABOR LAW LLP
   Dan M. Forman, State Bar No. 155811
   dforman@cdflaborlaw.com
   Amy S. Williams, State Bar No. 228853
   awilliams@cdflaborlaw.com
707 Wilshire Boulevard, Suite 5150
Los Angeles, CA 90017
Telephone: (213) 612-6300

Attorneys for Plaintiff/Counter-Defendant
PERRIN BERNARD SUPOWITZ, LLC, a
California LLC dba INDIVIDUAL
FOODSERVICE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRIN BERNARD SUPOWITZ, LLC, a California LLC dba INDIVIDUAL FOODSERVICE,<br><br>Plaintiff,<br>v.<br><br>PABLO MORALES, an individual; LEGACY WHOLESALE GROUP, LLC, an Arizona Limited Liability Corporation; SAVINO MORALES, an individual; and SERGIO ESCAMILLA, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>LEGACY WHOLESALE GROUP, LLC,<br><br>Counter-Complainant,<br>v.<br><br>PERRIN BERNARD SUPOWITZ, LLC, a California LLC dba INDIVIDUAL FOODSERVICE,<br><br>Counter-Defendant. | Case No. 2:22-cv-02120-ODW-JEM<br><br>Judge: Otis D. Wright, II<br>Ctrm: 5D<br><br>**PLAINTIF'S DESIGNATIONS OF DEPOSITION TRANSCRIPT TESTIMONY FOR TRIAL**<br><br>Date:   July 18, 2023<br>Time:<br>Ctrm:   5D |

CDF LABOR LAW LLP

PLAINTIF'S DESIGNATIONS OF
DEPOSITION TRANSCRIPT TESTIMONY
FOR TRIAL

Plaintiff/Counter-Defendant Perrin Bernard Supowitz, LLC dba Individual FoodService ("Plaintiff"), hereby designates the following deposition testimony to be offered at trial as indicated by the references to the deposition transcripts below and reserves the right to play/display said testimony as video excerpts.

Designation does not obligate usage, and Plaintiff retains any rights to designate any additional testimony and to fix any errors in the designations.

The designations should not be read to encompass objections, or comments of opposing counsel (unless clarifications of questions that were accepted by Plaintiff's counsel). Any designations of confidentiality or AEO shall remain in effect (unless previously de-designated) until such time as an agreement of counsel or order of the Court de-designates such portions.

## Cynthia Morales, July 1, 2022

| Page Designations: | Defendants' Objections: |
|---|---|
| 9:3-14 | |
| 13:17-24 | |
| 15:2-8 | |
| 17:18-20 | |
| 17:23-25 | |
| 19:16-19 | |
| 21:4-8 | |
| 21:22-25 | |
| 22:1-7 | |
| 29:20-25 | |
| 30:5-7 | |
| 30:12-14 | |
| 37:21-24 | |
| 37:25-38:10 | |

| | **Page Designations:** | **Defendants' Objections:** |
|---|---|---|
| 1 | | |
| 2 | 40:19-41:1 | |
| 3 | 41:9-12 | |
| 4 | 53:14-17 | |
| 5 | 58:22-25 | |
| 6 | 60:25-61:17 | |
| 7 | 63:3-8 | |
| 8 | 64:12-14 | |
| 9 | 84:10-14 | |
| 10 | 90:6-12 | |
| 11 | 91:18-24 | |
| 12 | 109:11-13 | |
| 13 | 112:24-113:16 | |
| 14 | 115:1-9 | |
| 15 | 116:17-19 | |
| 16 | 121:12-17 | |
| 17 | 121:23-122:7 | |
| 18 | 122:24-123:12 | |
| 19 | 127:6 | |
| 20 | 127:16-128:1 | |
| 21 | 131:25 | |
| 22 | 132:5-17 | |
| 23 | 133:5-6 | |
| 24 | 133:13-134:15 | |
| 25 | 135:5-10 | |
| 26 | 141:7-14 | |
| 27 | 141:24-142:20 | |
| 28 | | |

| Page Designations: | Defendants' Objections: |
|---|---|
| 143:20-24 | |
| 144:9-13 | |
| 145:6-13 | |
| 149:1-2 | |
| 149:19-22 | |
| 150:1-3 | |

### Jesus Trujillo, November 17, 2022

| Page Designations: | Defendants' Objections: |
|---|---|
| 22:2-4 | |
| 22:15-21 | |
| 23:20-23 | |
| 24:15-17 | |
| 32:24-33:1 | |
| 33:9-19 | |
| 35:2-13 | |
| 35:21-36:7 | |
| 40:25-41:4 | |
| 41:15-42:2 | |
| 43:20-23 | |
| 46:5-8 | |
| 46:14-16 | |
| 49:16-50:3 | |
| 52:13-18 | |
| 60:19-23 | |
| 61:3-8 | |

## Steve Arroyo, March 22, 2023

| Page Designations: | Defendants' Objections: |
|---|---|
| 21:17-21 | |
| 22:5-9 | |
| 23:21-25 | |
| 24:11-12 | |
| 26:9-11 | |
| 26:22-27:2 | |
| 29:12-14 | |
| 29:23-30:2 | |
| 30:14-18 | |
| 31:2-5 | |
| 31:18-25 | |
| 32:4-8 | |
| 32:20-24 | |
| 33:18 | |
| 33:25-34:1 | |
| 34:7 | |
| 34:18-35:1 | |
| 37:4-9 | |
| 38:18-24 | |
| 40:1-8 | |
| 40:21-25 | |
| 43:5-8 | |
| 44:20-45:1 | |
| 45:9-12 | |
| 46:4-8 | |

| | **Page Designations:** | **Defendants' Objections:** |
|---|---|---|
| 1 | | |
| 2 | 47:21-48:14 | |
| 3 | 51:15-18 | |
| 4 | 55:24-56:11 | |
| 5 | 57:9-58:15 | |
| 6 | 59:20-25 | |
| 7 | 60:5-13 | |
| 8 | 61:19-25 | |
| 9 | 62:4-6 | |
| 10 | 62:11-14 | |
| 11 | 65:6-11 | |
| 12 | 65:17-22 | |
| 13 | 65:25-66:1 | |
| 14 | 66:6-12 | |
| 15 | 69:16-70:20 | |
| 16 | 75:4-16 | |
| 17 | 76:18-77:5 | |
| 18 | 78:19-79:11 | |
| 19 | 80:17-23 | |
| 20 | 85:3-10 | |
| 21 | 85:17-20 | |
| 22 | 86:10-17 | |
| 23 | 86:22-25 | |
| 24 | 87:1-6 | |
| 25 | 87:11-88:4 | |
| 26 | 88:12-16 | |
| 27 | 88:20-24 | |
| 28 | | |

| Page Designations: | Defendants' Objections: |
|---|---|
| 89:12-90:7 | |
| 91:21-24 | |
| 93:11-16 | |
| 94:1-3 | |
| 95:15-18 | |
| 96:17-21 | |
| 96:24-97:8 | |
| 97:15-18 | |
| 100:24-101:4 | |
| 101:9-16 | |
| 101:22-25 | |
| 102:10-15 | |
| 104:23-105:2 | |
| 105:9-18 | |
| 109:19-24 | |
| 115:15-116:10 | |
| 116:18-117:17 | |
| 118:9-11 | |
| 118:25-119:3 | |
| 119:24-120:9 | |
| 120:20-22 | |
| 121:9-122:16 | |
| 123:16-19 | |
| 125:20-25 | |
| 126:14-25 | |
| 127:20-23 | |

| | Page Designations: | Defendants' Objections: |
|---|---|---|
| 1 | | |
| 2 | 130:22-23 | |
| 3 | 130:25-131:3 | |
| 4 | 132:15-17 | |
| 5 | 132:23-24 | |
| 6 | 133:1-13 | |
| 7 | 133:17-134:2 | |
| 8 | 135:15-136:4 | |
| 9 | 136:8-13 | |
| 10 | 136:19-25 | |
| 11 | 137:1-5 | |
| 12 | 138:9-17 | |
| 13 | 140:14-141:5 | |
| 14 | 141:22-142:2 | |
| 15 | 142:8-12 | |
| 16 | 143:4-144:6 | |
| 17 | 144:15-25 | |
| 18 | 145:5-7 | |
| 19 | 145:12-16 | |
| 20 | 148:1-11 | |
| 21 | 149:7-14 | |
| 22 | 150:9-151:1 | |
| 23 | 152:14-153:4 | |
| 24 | 153:10-14 | |
| 25 | 153:22-154:2 | |
| 26 | 155:13-15 | |
| 27 | 156:7-11 | |
| 28 | | |

| **Page Designations:** | **Defendants' Objections:** |
|---|---|
| 156:23-25 | |
| 157:6-9 | |
| 157:21-158:6 | |

Dated: May 17, 2023   CDF LABOR LAW LLP
Amy S. Williams

By: */s/ Dan M. Forman*
Dan M. Forman
Attorneys for Plaintiff/Counter-Defendant
PERRIN BERNARD SUPOWITZ, LLC, a
California LLC dba INDIVIDUAL FOODSERVICE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO.

I, the undersigned, declare that I am employed in the aforesaid County, State of California. I am over the age of 18 and not a party to the within action. My business address is 4660 La Jolla Village Drive, Suite 740, San Diego, CA 92122. On May 17, 2023, I served upon the interested party(ies) in this action the following document described as: **PLAINTIF'S DESIGNATIONS OF DEPOSITION TRANSCRIPT TESTIMONY FOR TRIAL**

By the following method:

| | |
|---|---|
| Steven T. Gebelin<br>Scott M. Lesowitz<br>LESOWITZ GEBELIN<br>8383 Wilshire Boulevard, Suite 800<br>Beverly Hills, CA 90211<br><br>E-MAIL: steven@lawbylg.com;<br>scott@lawbylg.com | Jeffery W. Johnson<br>JOHNSON & RAWI, PC<br>99 South Lake Avenue, Suite 208<br>Pasadena, CA 91101<br><br>E-MAIL: jjohnson@johnsonrawi.com |

[X]  **(Electronic service)**  Pursuant to CCP 1010.6, I caused the documents to be sent to the persons at the electronic service addresses listed above. For represented parties, I confirmed the appropriate electronic service address for the counsel being served. For unrepresented parties, if any, the unrepresented party(ies) have expressly consented to electronic service.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 17, 2023, at San Diego, California.

|   Julia Rodionova   | */s/ Julia Rodionova* |
|---|---|
| (Type or print name) | (Signature) |

CDF Labor Law LLP

2190598.1

10

PLAINTIF'S DESIGNATIONS OF DEPOSITION TRANSCRIPT TESTIMONY FOR TRIAL