**LESOWITZ GEBELIN LLP**
Scott M. Lesowitz (SBN 261759)
　scott@lawbylg.com
Steven T. Gebelin (SBN 261507)
　steven@lawbylg.com
8383 Wilshire Boulevard, Suite 800, Beverly Hills, CA 90211
Telephone: (310) 341-3072; Facsimile:  (310) 341-3070

*Attorneys for Defendants* Pablo Morales, Savino Morales, Sergio Escamilla, and Legacy Wholesale Group, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRIN BERNARD SUPOWITZ, LLC, dba INDIVIDUAL FOODSERVICE,<br><br>Plaintiff,<br><br>v.<br><br>PABLO MORALES, LEGACY WHOLESALE GROUP, LLC, SAVINO MORALES, SERGIO ESCAMILLA, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:22-cv-02120 ODW(JEMx)<br>[Assigned to the<br>*Honorable Otis D. Wright, II*]<br><br>**DEFENDANTS' DESIGNATIONS OF DEPOSITION TRANSCRIPT TESTIMONY FOR TRIAL** |

Defendants Pablo Morales, Savino Morales, Sergio Escamilla, and Legacy Wholesale Group, LLC, hereby designate for offering at trial the following deposition testimony as indicated by the references to the deposition transcripts below.

Designation does not obligate usage, and Defendants retain any rights to designate any additional testimony and to fix any errors in the designations.

The designations should not be read to encompass objections, comments of opposing counsel (unless clarifications of questions that were accepted by Defendants' counsel), or designations of confidentiality.

Designating testimony does not indicate that the subject matter, or the testimony is relevant or that the subject matter (or even the testimony) is admissible. For example, the designations for Nigel Kershaw include testimony that would only be relevant and only would be presented at trial if the Court denies the Defendants' relevant motions in limine. These designations do not waive any arguments, assertions, or requests in Defendants' motions in limine. These designations do not waive or preclude any arguments by Defendants that subject matter is irrelevant or inadmissible.

**Jeremy Shapiro, September 14, 2022**

Pages:

6:19-25

7:11-24

11:24-12:3

12:8-11

15:12-17

16:18-24

19:9-20:13

23:22-24:19

25:7-21

| | |
|---|---|
| 1 | 28:23-29:5 |
| 2 | 30:7-21 |
| 3 | 34:8-35:2 |
| 4 | 35:8-25 |
| 5 | 37:8-21 |
| 6 | 38:18-25 |
| 7 | 39:7-40:1 |
| 8 | 43:6-15 |
| 9 | 43:23-44:1 |
| 10 | 44:4-7 |
| 11 | 53:22-54:1 |
| 12 | 67:4-9 |
| 13 | 68:8-12 |
| 14 | 122:16-21 |
| 15 | 125:20-24 |
| 16 | 126:8-17 |
| 17 | 132:8-11 |
| 18 | 135:19-136:4 |
| 19 | 139:25-140:7 |
| 20 | 143:8-9 |
| 21 | 143:16-19 |
| 22 | 144:2-9 |
| 23 | 146:5-13 |
| 24 | 151:7-15 |
| 25 | 152:11-153:3 |
| 26 | 166:5-11 |
| 27 | 171:9-20 |
| 28 | |

| | |
|---|---|
| 1 | **<u>Jeremy Shapiro, March 6, 2023 (under Rule 30(b)(6))</u>** |
| 2 | Pages: |
| 3 | 7:10-14 |
| 4 | 9:5-7 |
| 5 | 11:25-13:16 |
| 6 | 16:5-20 |
| 7 | 18:8-21 |
| 8 | 19:20-20:9 |
| 9 | 21:16-22:5 |
| 10 | 23:4-6 & 23:18-24:1 |
| 11 | 24:8-21 |
| 12 | 25:11-22 |
| 13 | 26:5-27:11 |
| 14 | 31:10-21 |
| 15 | 33:17-34:5 |
| 16 | 39:10-17 |
| 17 | 42:11-22 |
| 18 | 43:7-8 & 43:19-20 |
| 19 | 50:10-14 |
| 20 | 66:9-68:15 |
| 21 | 81:12-17 |
| 22 | 98:10-17 |
| 23 | 99:3-9 |
| 24 | 104:1-25 (including attorney comments) |
| 25 | 105:6-107:18 |
| 26 | 108:5-16 |
| 27 | |
| 28 | |

**Nigel Kershaw, March 7, 2023**

Pages:

7:1-14

27:8-15

27:8-29:22

35:6-12

37:5-15

38:14-18 (to establish what exhibit is)

39:20-40:8

53:4-55:12

56:9-20

60:3-8

61:21-24

63:1-64:15

66:2-23

67:5-20

71:15-78:19

79:20-82:5

82:24-83:7

84:11-22

85:16-20

85:24-86:2

87:14-88:15

94:2-12

98:15-18

99:23-100:10

100:19-101:3

103:10-104:11

| | |
|---|---|
| 1 | 106:9-21 |
| 2 | 107:10-108:1 |
| 3 | 108:18-109:15 |
| 4 | 109:25-111:18 |
| 5 | 115:12-117:7 |
| 6 | 119:18 (to establish exhibit discussed) & 120:5-9 |
| 7 | 122:15-18 & 123:9-124:20 |
| 8 | 126:2-24 |
| 9 | 137:7-143:9 |
| 10 | 144:17-145:17 |
| 11 | 146:1-14 |
| 12 | 150:21-151:18 |
| 13 | 158:5-159:4 |
| 14 | 160:7-161:5 |
| 15 | 162:1-24 |
| 16 | 163:4-13 |
| 17 | 168:15-169:9 |
| 18 | 169:14-18 |
| 19 | |
| 20 | Dated: May 17, 2023        /s/ *Scott Lesowitz* |
| 21 | Attorney and Partner<br>For Lesowitz Gebelin LLP, Counsel for Defendants |

|   |   |
|---|---|
| 1 | <u>Proof of Service</u> |
| 2 | I, Scott Lesowitz, declare under penalty of perjury of the Laws of the United |
| 3 | States that, to the best of my knowledge, on May 17, 2023, I served the above |
| 4 | deposition designations of Defendants on counsel of Plaintiff via email to Dan |
| 5 | Forman and Amy Williams. |

Dated: May 17, 2023         /s/ *Scott Lesowitz*
                            Scott Lesowitz