1  CDF LABOR LAW LLP
   Dan M. Forman, State Bar No. 155811
2     dforman@cdflaborlaw.com
   Amy S. Williams, State Bar No. 228853
3     awilliams@cdflaborlaw.com
   707 Wilshire Boulevard, Suite 5150
4  Los Angeles, CA 90017
   Telephone: (213) 612-6300
5
   Attorneys for Plaintiff/Counter-Defendant
6  PERRIN BERNARD SUPOWITZ, LLC, a
   California LLC dba INDIVIDUAL
7  FOODSERVICE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PERRIN BERNARD SUPOWITZ, LLC, a California LLC dba INDIVIDUAL FOODSERVICE,<br><br>       Plaintiff,<br>v.<br><br>PABLO MORALES, an individual; LEGACY WHOLESALE GROUP, LLC, an Arizona Limited Liability Corporation; SAVINO MORALES, an individual; and SERGIO ESCAMILLA, an individual; and DOES 1 through 20, inclusive,<br><br>       Defendants.<br><br>LEGACY WHOLESALE GROUP, LLC,<br><br>       Counter-Complainant,<br>v.<br><br>PERRIN BERNARD SUPOWITZ, LLC, a California LLC dba INDIVIDUAL FOODSERVICE,<br><br>       Counter-Defendant. | Case No. 2:22-cv-02120-ODW-JEM<br><br>Judge: Otis D. Wright, II<br>Ctrm: 5D<br><br>**PLAINTIF'S RESPONSES AND OBJECTIONS TO DEFENDANTS' DESIGNATIONS OF DEPOSITION TRANSCRIPT TESTIMONY FOR TRIAL**<br><br>Date:  July 18, 2023<br>Time:  9:00 a.m.<br>Ctrm:  5D |

Plaintiff/Counter-Defendant Perrin Bernard Supowitz, LLC dba Individual FoodService ("Plaintiff"), hereby submits the following responses and objections to Defendants' designations of deposition testimony to be offered at trial:

### Jeremy Shapiro, September 14, 2022

| Defendants' Page Designations: | Plaintiff's Objections and Additional Designations: |
|---|---|
| 6:19-25 | – |
| 7:11-24 | – |
| 11:24-12:3 | – |
| 12:8-11 | – |
| 15:12-17 | – |
| 16:18-24 | Overbroad, vague and ambiguous. FRE 611(a) <br> Irrelevant. FRE 401-403 |
| 19:9-20:13 | Overbroad, vague and ambiguous. FRE 611(a) <br> Irrelevant. FRE 401-403 <br> Incomplete and non-responsive as to 20:8-13 |
| 23:22-24:19 | Overbroad, vague and ambiguous. FRE 611(a) <br> Lacks foundation, lacks personal knowledge, calls for speculation. FRE 401-403, 601-602 |
| 25:7-21 | Overbroad, lacks foundation, lacks personal knowledge, calls for speculation. FRE 401-403, 601-602, 611(a) |
| 28:23-29:5 | Overbroad, lacks foundation, lacks personal knowledge, speculation, irrelevant as to 28:23-29:2. FRE 401-403, 601-602, 611(a) |

| Defendants' Page Designations: | Plaintiff's Objections and Additional Designations: |
|---|---|
| 30:7-21 | Irrelevant. FRE 401-403 |
| 34:8-35:2 | Lacks foundation, lacks personal knowledge. FRE 601-602<br>Irrelevant. FRE 401-403, 611(a) |
| 35:8-25 | Lacks foundation, lacks personal knowledge. FRE 601-602<br>Trrelevant, argument of counsel. FRE 401-403, 611(a) |
| 37:8-21 | Lacks foundation, lacks personal knowledge, argument of counsel. FRE 401-403, 601-606, 611(a) |
| 38:18-25 | Irrelevant. FRE 401-403 |
| 39:7-40:1 | Lacks foundation, lacks personal knowledge. FRE 601-602<br>Calls for legal conclusion, improper opinion of lay witness, irrelevant. FRE 401-403, 701-702, 611(a) |
| 43:6-15 | Lacks foundation, lacks personal knowledge. FRE 601-602<br>Irrelevant. FRE 401-403, 611(a) |
| 43:23-44:1 | Lacks foundation, lacks personal knowledge, calls for speculation. FRE 601-602<br>Overbroad, irrelevant. FRE 401-403, 611(a) |
| 44:4-7 | No question, incomplete.<br>Lacks foundation, lacks personal knowledge, calls for speculation. FRE 601-602.<br>Irrelevant. FRE 401-403, 611(a) |
| 53:22-54:1 | Irrelevant. FRE 401-403 |
| 67:4-9 | Incomplete. |

| Defendants' Page Designations: | Plaintiff's Objections and Additional Designations: |
|---|---|
|  | Lacks foundation, lacks personal knowledge, speculation as to 67:7-9. Irrelevant.  FRE 401-403, 611(a) Additional designation 67:9-12 |
| 68:8-12 | – |
| 122:16-21 | Lacks foundation, lacks personal knowledge, calls for speculation. FRE 601-602 Irrelevant.  FRE 401-403, 611(a) |
| 125:20-24 | Irrelevant.  FRE 401-403 |
| 126:8-17 | Irrelevant.  FRE 401-403 |
| 132:8-11 | Lacks foundation.  FRE 601-602 Irrelevant.  FRE 401-403 |
| 135:19-136:4 | Lacks foundation, lacks personal knowledge, calls for speculation. FRE 601-602 Irrelevant. FRE 401-403 Barred by Order re In Limine Issues Pursuant to Stipulation No. 2 re "private equity" (ECF 283) |
| 139:25-140:7 | Lacks foundation, lacks personal knowledge, calls for speculation.  FRE 601-602 Irrelevant.  FRE 401-403, 611(a) |
| 143:8-9 | – |
| 143:16-19 | – |
| 144:2-9 | Lacks foundation, lacks personal knowledge, calls for speculation. FRE 601-602 Irrelevant.  FRE 401-403, 611(a) |
| 146:5-13 | Lacks foundation, lacks personal knowledge, calls for speculation. FRE |

| Defendants' Page Designations: | Plaintiff's Objections and Additional Designations: |
|---|---|
|  | 601-602<br>Irrelevant. FRE 401-403, 611(a) |
| 151:7-15 | Lacks foundation, lacks personal knowledge, calls for speculation, irrelevant. FRE 401-403, 601-606, 611(a) |
| 152:11-153:3 | Lacks foundation, lacks personal knowledge, calls for speculation. FRE 601-602<br>Irrelevant. FRE 401-403, 611(a) |
| 166:5-11 | Lacks foundation, lacks personal knowledge, calls for speculation. FRE 601-602<br>Irrelevant. FRE 401-403, 611(a) |
| 171:9-20 | Lacks foundation, lacks personal knowledge, calls for speculation. FRE 601-602<br>Irrelevant. FRE 401-403, 611(a) |

### Jeremy Shapiro, March 6, 2023 (under Rule 30(b)(6))

| Defendants' Page Designations: | Plaintiff's Objections and Additional Designations: |
|---|---|
| 7:10-14 | – |
| 9:5-7 | – |
| 11:25-13:16 | Beyond the scope of 30(b)(6) designation.[1]<br>Lacks foundation, lacks personal knowledge. FRE 601-602<br>Irrelevant. FRE 401-403, 611(a) |

---

[1] Shapiro was designated as the 30(b)(6) deponent on topics 1-12, 14, 16, 20-23, 26-28, 30, 32-34, 38 and 39.

| Defendants' Page Designations: | Plaintiff's Objections and Additional Designations: |
|---|---|
| 16:5-20 | Vague, ambiguous, irrelevant. FRE 401-403, 611(a) |
| 18:8-21 | Beyond the scope of 30(b)(6) designation. Irrelevant. FRE 401-403, 611(a) |
| 19:20-20:9 | Beyond the scope of 30(b)(6) designation. Irrelevant. FRE 401-403, 611(a) |
| 21:16-22:5 | Nonresponsive. Irrelevant. FRE 401-403, 611(a) Hearsay. FRE 801-802 |
| 23:4-6 & 23:18-24:1 | Beyond the scope of 30(b)(6) designation. Nonresponsive. Irrelevant. FRE 401-403, 611(a) Additional designation 23:7-11 |
| 24:8-21 | Beyond the scope of 30(b)(6) designation. Additional designation 24:22-25:6 |
| 25:11-22 | No question, nonresponsive. Beyond the scope of 30(b)(6) designation. Irrelevant. FRE 401-403, 611(a) |
| 26:5-27:11 | Beyond the scope of 30(b)(6) designation. Nonresponsive. Irrelevant. FRE 401-403, 611(a) Additional designation 27:12-13 |
| 31:10-21 | – |
| 33:17-34:5 | Compound. Irrelevant. FRE 401-403 |
| 39:10-17 | Beyond the scope of 30(b)(6) designation. Vague and ambiguous, irrelevant. FRE |

| Defendants' Page Designations: | Plaintiff's Objections and Additional Designations: |
|---|---|
|  | 401-403<br>Additional designation: 38:19-39:8 |
| 42:11-22 | – |
| 43:7-8 & 43:19-20 | Beyond the scope of 30(b)(6) designation.<br>Irrelevant. FRE 401-403, 611(a)<br>Additional designation 43:9-15 |
| 50:10-14 | Beyond the scope of 30(b)(6) designation.<br>Invades attorney-client privilege and attorney work product doctrines.<br>Vague and ambiguous.<br>Additional designation: 51:16-25 |
| 66:9-68:15 | Irrelevant. FRE 401-403, 611(a) |
| 81:12-17 | Asked and answered<br>Irrelevant. FRE 401-403, 611(a) |
| 98:10-17 | Beyond the scope of 30(b)(6) designation.<br>Additional designation 98:18-22 |
| 99:3-9 | Vague, ambiguous, compound. FRE 611(a)<br>Additional designation 99:9-10 |
| 104:1-25 (including attorney comments) | – |
| 105:6-107:18 | – |
| 108:5-16 | Beyond the scope of 30(b)(6) designation as to 108:13-16 |

**Nigel Kershaw, March 7, 2023**

| Defendants' Page Designations: | Plaintiff's Objections and Additional Designations: |
|---|---|
| 7:1-14 | – |
| 27:8-15 | Compound. FRE 403, 611(a) |
| 27:8-29:22 | Compound, overbroad, vague and ambiguous. FRE 403, 611(a)<br><br>Irrelevant. FRE 401-403 |
| 35:6-12 | Irrelevant. FRE 401-403 |
| 37:5-15 | Irrelevant. FRE 401-403 |
| 38:14-18 (to establish what exhibit is) | Not testimony. |
| 39:20-40:8 | Argument of counsel. FRE 403, 611(a) No personal knowledge, irrelevant, FRE 401-403, 601-602 |
| 53:4-55:12 | 54:6-9 – Asked and answered, FRE 403, 611 |
| 56:9-20 | Lacks foundation, calls for speculation. FRE 401-403, 601-602, 611(a) |
| 60:3-8 | – |
| 61:21-24 | – |
| 63:1-64:15 | – |
| 66:2-23 | – |
| 67:5-20 | – |
| 71:15-78:19 | 77:13-16 - Argumentative, lacks foundation as to "cherry picking Prejudice outweighs probativity. FRE 403, 601-602, 611(a) |
| 79:20-82:5 | 80:2-81:22 - Lacks foundation, no personal knowledge, FRE 401-403, 601-602, 611(a) |

| Defendants' Page Designations: | Plaintiff's Objections and Additional Designations: |
|---|---|
| 82:24-83:7 | 82:16-83:7 – Argument, lacks foundation, no personal knowledge, FRE 401-403, 601-602, 611(a) |
| 84:11-22 | – |
| 85:16-20 | – |
| 85:24-86:2 | – |
| 87:14-88:15 | – |
| 94:2-12 | 94:2-3 – No question, lacks foundation confusing, misleading FRE 403, 601-602, 611(a)<br>94:4-12 – Argument, lacks foundation confusing, misleading, calls for speculation, FRE 401-403, 611(a) |
| 98:15-18 | – |
| 99:23-100:10 | – |
| 100:19-101:3 | – |
| 103:10-104:11 | Additional designation: 104:12-106:7 |
| 106:9-21 | Asked and answered, irrelevant, cumulative, FRE 401-403, 601-602, 611(a) |
| 107:10-108:1 | Irrelevant. FRE 401-403 |
| 108:18-109:15 | – |
| 109:25-111:18 | Additional designation: 111:19-24 & 112:5-7 |
| 115:12-117:7 | – |
| 119:18 (to establish exhibit discussed) & 120:5-9 | – |
| 122:15-18 & 123:9-124:20 | 123:20-124:20 – lacks foundation, FRE |

| Defendants' Page Designations: | Plaintiff's Objections and Additional Designations: |
|---|---|
|  | 901-902 |
| 126:2-24 | Lacks foundation. FRE 901-902 Lacks personal knowledge, speculative, FRE 601-602 |
| 137:7-143:9 | 143:9 – Not testimony, Counsel's question is not admissible. |
| 144:17-145:17 | Additional designation: 143:13-144:16 |
| 146:1-14 | – |
| 150:21-151:18 | – |
| 158:5-159:4 | – |
| 160:7-161:5 | – |
| 162:1-24 | – |
| 163:4-13 | – |
| 168:15-169:9 | – |
| 169:14-18 | – |

Dated: May 31, 2023            CDF LABOR LAW LLP
                               Amy S. Williams


                        By:    /s/ Dan M. Forman
                               Dan M. Forman
                        Attorneys for Plaintiff/Counter-Defendant
                        PERRIN BERNARD SUPOWITZ, LLC, a
                        California LLC dba INDIVIDUAL FOODSERVICE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO.

I, the undersigned, declare that I am employed in the aforesaid County, State of California. I am over the age of 18 and not a party to the within action. My business address is 4660 La Jolla Village Drive, Suite 740, San Diego, CA 92122. On May 31, 2023, I served upon the interested party(ies) in this action the following document described as: **PLAINTIF'S RESPONSES AND OBJECTIONS TO DEFENDANTS' DESIGNATIONS OF DEPOSITION TRANSCRIPT TESTIMONY FOR TRIAL**

By the following method:

Steven T. Gebelin
Scott M. Lesowitz
LESOWITZ GEBELIN
8383 Wilshire Boulevard, Suite 800
Beverly Hills, CA 90211

E-MAIL: steven@lawbylg.com;
scott@lawbylg.com

Jeffery W. Johnson
JOHNSON & RAWI, PC
99 South Lake Avenue, Suite 208
Pasadena, CA 91101

E-MAIL: jjohnson@johnsonrawi.com

[X]   **(Electronic service)**  Pursuant to CCP 1010.6, I caused the documents to be sent to the persons at the electronic service addresses listed above. For represented parties, I confirmed the appropriate electronic service address for the counsel being served. For unrepresented parties, if any, the unrepresented party(ies) have expressly consented to electronic service.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 31, 2023, at San Diego, California.

|  Julia Rodionova  |  */s/ Julia Rodionova* |
| --- | --- |
| (Type or print name) | (Signature) |