UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-02120-ODW(JEMx) | Date | July 5, 2023 |
|---|---|---|---|
| Title | Perrin Bernard Supowitz, LLC v. Pablo Morales et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Dan Forman/ Amy S Williams- ZOOM | Scott Michael Lesowitz/ Steven Gebelin-ZOOM |

**Proceedings:** **MOTIONS IN LIMINE**

Case called, ZOOM appearances made. The Court having carefully considered the papers submitted by the parties, the Court rules on the motions. The Court reserves the right to change the rulings at a later date. **Counsel are ordered to file the revised Jury Instructions by Friday, July 7, 2023.** The motions tentatively rulings as follows:

-MOTION IN LIMINE #1 to Exclude March 29 Agreement[**271**]- **GRANTED. The March 29, 2022 agreement is <u>excluded.</u>**

-MOTION IN LIMINE (#1) to Exclude Reference to Purported Spoilation [**274**]- **DENIED.**

-MOTION IN LIMINE (#2) to Bar Defendants from Calling Steve Arroyo as an Expert Witness[**275**]- **DENIED**.

-MOTION IN LIMINE #2 to Exclude Opinion Testimony re Lost Market Share Profits [**300**][**301**]- **DENIED AS MOOT.**

-MOTION IN LIMINE #3 to Exclude Opinion Testimony re Lost Profits[**302**]- **DENIED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-02120-ODW(JEMx) | Date | July 5, 2023 |
|---|---|---|---|
| Title | Perrin Bernard Supowitz, LLC v. Pablo Morales et al | | |

-MOTION IN LIMINE #4 to Exclude Opinion Testimony re Disgorgement of Pay[**303**]-GRANTED IN PART, DENIED IN PART. Evidence of salaries and commissions paid to Mesa and Trujillo are **excluded**. Evidence of salaries and commissions paid to Pablo and Savino **are** **not** **excluded**.

-MOTION IN LIMINE # 5 to Exclude Damages[**304**]- **GRANTED. Opinion testimony regarding tabs c,f,g and h in Kershaw's report are excluded.**

|  | 1 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | se | |