1   CDF LABOR LAW LLP
        Jeffrey Sikkema, State Bar No. 164367
2       jsikkema@cdflitigation.com
        Amy S. Williams, State Bar No. 228853
3       awilliams@cdflaborlaw.com
    707 Wilshire Boulevard, Suite 5150
4   Los Angeles, CA 90017
    Telephone:  (213) 612-6300
5
    Attorneys for Plaintiff/Counter-Defendant
6   PERRIN BERNARD SUPOWITZ, LLC, a
    California LLC dba INDIVIDUAL
7   FOODSERVICE

8   LESOWITZ GEBELIN LLP
        Scott M. Lesowitz, State Bar No. 261759
9       scott@lawbylg.com
        Steven T. Gebelin, State Bar No. 261507
10      steven@lawbylg.com
    8383 Wilshire Boulevard, Suite 800
11  Beverly Hills, CA 90211
    Telephone: (310) 341-3072
12
    Attorneys for Defendants/Cross-Complainant
13  PABLO MORALES, LEGACY WHOLESALE
    GROUP, LLC; SAVINO MORALES, and SERGIO
14  ESCAMILLA

15              **UNITED STATES DISTRICT COURT**

16            **CENTRAL DISTRICT OF CALIFORNIA**

17

18  PERRIN BERNARD SUPOWITZ, LLC,      ) Case No. 2:22-cv-02120-MEMF-SK
    a California LLC dba INDIVIDUAL     )
19  FOODSERVICE,                       ) Judge: Maame Ewusi-Mensah
                                       ) Frimpong
20              Plaintiff,             ) Ctrm:  8B
           v.                          )
21                                     ) **AMENDED JOINT EXHIBIT LIST**
    PABLO MORALES, an individual;      )
22  LEGACY WHOLESALE GROUP, LLC,       ) Final PTC:  February 7, 2024
    an Arizona Limited Liability Corporation; ) Time:        9:00 a.m.
23  SAVINO MORALES, an individual; and )
    SERGIO ESCAMILLA, an individual;   ) Complaint Filed:  March 21, 2022
24  and DOES 1 through 20, inclusive,  ) FAC Filed:          August 29, 2022
                                       ) Trial Date:         February 26, 2024
25              Defendants.            )
                                       )
26  _____ )
                                       )
27  AND RELATED COUNTERCLAIMS.         )
                                       )
28  _____ )

1    Plaintiff PERRIN BERNARD SUPOWITZ, LLC, a California LLC dba

2  INDIVIDUAL FOODSERVICE ("Plaintiff" or "IFS") and Defendants PABLO

3  MORALES, LEGACY WHOLESALE GROUP, LLC, SAVINO MORALES, and

4  SERGIO ESCAMILLA ("Defendants") hereby stipulate to the following updated

5  joint exhibit list, with objections, anticipated to be used at trial, except for those

6  offered in rebuttal or as impeachment evidence pursuant to this Court's Scheduling

7  Order and Local Rule 16-6.[1]

8    Deposition Exhibits are numbered in the range 1 to 719 as deposition exhibits,

9  Plaintiff's exhibits are numbered in the range of 1003 to 1216 and Defendants'

10 exhibits are numbered in the range of 1500 to 1586.

11                    **JOINT EXHIBITS**

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | October 27, 2021 email between Susie Morales, Sam Ruiz, Sergio Escamilla, Paolo Ruiz and Cinthia Morales, Subject:  Credit report LEGACY 00422-423 | Pablo Morales, Savino Morales or Sergio Escamilla | No objections | | |
| 5. | December 1, 2021 email between Sam Ruiz, Daisy Tablado, Valery Tablado, Sergio Escamilla, Paolo Ruiz, Susie Morales and Cynthia Morales, Subject:  Out of Office Notice | Savino Morales | No objections | | |

---

[1] Exhibits are marked with an *asterisk pursuant to Local Rule 16-6.1.

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | LEGACY 00657 | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | January 5, 2022 email between Pablo Morales, Sergio Escamilla, Susie Morales, Cynthia Morales and Sam Ruiz, Subject:  Cash spreadsheet<br><br>LEGACY 01088 | Pablo Morales, Sergio Escamilla or Cynthia Morales | Defendants object on the grounds of lack of relevance and undue risk of prejudice and confusion of the issues since the conversion claim is out of the case.<br><br>Plaintiff's Response: Relevant to willfulness, maliciousness and intent, breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty, and interference with contractual relations. | | |
| 10. | | | | | |
| 11. | Text messages produced by Cynthia Morales | Pablo Morales or Jesus Trujillo | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | February 24, 2022 email between Savino Morales and Cindy Morales, Subjects: Fwd. Asian<br><br>LEGACY 01529-1534 | Savino Morales | Defendants object on the grounds of lack of relevance and undue risk of prejudice and confusion of the issues, as document regards info re: pricing by manufacturer<br><br>Plaintiff's Response: Relevant to misappropriation of trade secret, breach of contract and breach of | | |

3

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | duty of undivided loyalty | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | January 19, 2022 email between Savino Morales and Cindy Morales, Subject: Please print for me | Savino Morales | Defendants object on the grounds of lack of relevance to the remaining claims and on the grounds of undue risk of prejudice and confusion

Plaintiff's Response: Relevant to misappropriation of trade secret, breach of contract and breach of duty of undivided loyalty | | |
| 20. | | | | | |
| 22. | March 29, 2022 email between Savino Morales and Cindy Morales, Subject: Fwd. monthly usage all items report | Savino Morales | Defendants object on the grounds of hearsay without exception, lack of relevance to the remaining claims, and on the grounds of undue risk of prejudice and confusion as there is no dispute that Defendants never sold items to El Super

Plaintiff's Response: Not hearsay as not offered for the truth of the statement, Admission, Relevant to misappropriation of trade secret, breach of contract and breach of duty of undivided loyalty | | |
| 23. | | | | | |
| 24. | February 2, 2022 email between Savino Morales and Cindy Morales, Subject: Fwd. Savino's account | Savino Morales | Defendants object on the grounds of lack of relevance to the remaining claims and on the grounds of undue | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | contact list | | risk of prejudice and confusion as this is a list of customer contact info.  Plaintiff's Response: Relevant to misappropriation of trade secret, breach of contract and breach of duty of undivided loyalty | | |
| 25. | January 19, 2022 email between Savino Morales and Cindy Morales, Subject: Please print for me | Savino Morales | No objections | | |
| 26. | | | | | |
| 27. | | | | | |
| 28. * | March 17, 2021 Legacy Wholesale Group, LLC Articles of Organization  LEGACY 00073 | Sergio Escamilla | No objections | | |
| 29. * | 2021 Arizona Department of Revenue Transaction Privilege Tax License  LEGACY 00075-76 | Sergio Escamilla | No objections | | |
| 30. | April 14, 2021 First Amended Operating Agreement between Sergio Escamilla and Legacy Wholesale Group, LLC  LEGACY 002833-2848 | Pablo Morales, Savino Morales or Sergio Escamilla | No objections | | |
| 31. * | July 22, 2021 Second Amended Operating Agreement between Sergio Escamilla and Legacy Wholesale | Pablo Morales, Savino Morales or Sergio | | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Group, LLC<br><br>LEGACY 00056-71 | Escamilla | | | |
| 32. | | | | | |
| 33. * | May 13, 2021 Bliss Realty Commercial Lease for Hamilton Commerce Center, Avondale, AZ | | | | |
| 34. * | June 1, 2021 Bliss Realty Commercial Lease for 7225 W. Roosevelt St., Ste. 166, Phoenix, AZ | Sergio Escamilla | Defendants object on the grounds of hearsay without exception, lack of foundation, and lack of relevance<br><br>Plaintiff's Response: Not hearsay as not offered for the truth of the statement, Admission, Relevant to misappropriation of trade secret, breach of contract and breach of duty of undivided loyalty | | |
| 35. * | Defendants Responses to Plaintiff First Set of Interrogatories | Sergio Escamilla | No objections | | |
| 36. | Legacy Wholesale Group business cards | Pablo Morales, Savino Morales, or Sergio Escamilla | No objections | | |
| 37. | | | | | |
| 38. * | August 19, 2021 letter from UMB regarding Legacy Wholesale Group, LLC/Sergio Escamilla | Pablo Morales, Savino Morales, or Sergio Escamilla | No objections | | |
| 39. * | August 19, 2021 Reyma Account Verification Form<br><br>LEGACY 00097-102 | Pablo Morales, Savino Morales, or Sergio | No objections | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | Escamilla | | | |
| 40. | August 23, 2021 Credit Application -IFS LEGACY 001023-1028 | Pablo Morales, or Sergio Escamilla | No objections | | |
| 41. | Group text messages LEGACY 02271-2272 | Pablo Morales, Savino Morales, or Sergio Escamilla | With inappropriate and crude language redacted that is irrelevant and unduly prejudicial, Defendants have no objections  Plaintiff's Response: Jury is entitled to see Defendants' truthful crude exchanges. Relevant to willfulness, maliciousness and intent, misappropriation of trade secret, breach of contract and breach of duty of undivided loyalty | | |
| 42. | Group text messages LEGACY 02277-2281 | Pablo Morales, Savino Morales, or Sergio Escamilla | With inappropriate and crude language redacted that is irrelevant and unduly prejudicial, Defendants have no objections  Plaintiff's Response: Jury is entitled to see Defendants' truthful crude exchanges. Relevant to willfulness, maliciousness and intent, misappropriation of trade secret, breach of contract and breach of duty of undivided loyalty | | |
| 43. | | | | | |
| 44. | Group text messages LEGACY 02287 | Pablo Morales, Savino Morales, or Sergio Escamilla | No objections | | |

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 45. | Group text messages LEGACY 02290 | Pablo Morales or Sergio Escamilla | With inappropriate and crude language redacted that is irrelevant and unduly prejudicial, Defendants have no objections<br><br>Plaintiff's Response: Jury is entitled to see Defendants' truthful crude exchanges. Relevant to willfulness, maliciousness and intent, misappropriation of trade secret, breach of contract and breach of duty of undivided loyalty | | |
| 46. | Group text messages LEGACY 02294-2296 | Pablo Morales, Savino Morales, or Sergio Escamilla | With inappropriate and crude language redacted that is irrelevant and unduly prejudicial, Defendants have no objections<br><br>Plaintiff's Response: Jury is entitled to see Defendants' truthful crude exchanges. Relevant to willfulness, maliciousness and intent, misappropriation of trade secret, breach of contract and breach of duty of undivided loyalty | | |
| 47. | Group text messages LEGACY 02298-2300 | Pablo Morales, Savino Morales, or Sergio Escamilla | With inappropriate and crude language redacted that is irrelevant and unduly prejudicial, Defendants have no objections<br><br>Plaintiff's Response: Jury is entitled to see Defendants' truthful crude exchanges. Relevant to willfulness, maliciousness and intent, misappropriation of trade secret, breach of | | |

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | contract and breach of duty of undivided loyalty | | |
| 48. | Group text messages LEGACY 02305-2306 | Pablo Morales, Savino Morales, or Sergio Escamilla | With inappropriate and crude language redacted that is irrelevant and unduly prejudicial, Defendants have no objections<br><br>Plaintiff's Response: Jury is entitled to see Defendants' truthful crude exchanges. Relevant to willfulness, maliciousness and intent, misappropriation of trade secret, breach of contract and breach of duty of undivided loyalty | | |
| 49. * | Group text messages LEGACY 02649-2651 | Pablo Morales, Savino Morales, or Sergio Escamilla | With inappropriate and crude language redacted that is irrelevant and unduly prejudicial, Defendants have no objections<br><br>Plaintiff's Response: Jury is entitled to see Defendants' truthful crude exchanges. Relevant to willfulness, maliciousness and intent, misappropriation of trade secret, breach of contract and breach of duty of undivided loyalty | | |
| 50. | | | | | |
| 51. | Group text messages LEGACY 02754 | Pablo Morales, Savino Morales, or Sergio Escamilla | No objections | | |
| 52. | | | | | |
| 53. | Group text messages | Pablo | No objections | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | LEGACY 02675 | Morales, Savino Morales, or Sergio Escamilla | | | |
| 54. | | | | | |
| 55. | Group text messages LEGACY 02331-2334 | Savino Morales or Sergio Morales | No objections | | |
| 56. | October 27, 2021 email between Susie Morales, Sam Ruiz, Sergio Escamilla, Paolo Ruiz and Cynthia Morales, Subject:  Credit report LEGACY 00422-423 | Pablo Morales, Savino Morales, or Sergio Escamilla | No objections | | |
| 57. | December 30, 2021 email between Susie Morales and Escamilla, Subject:  First invoice from IFS LEGACY 01033-1034 | Pablo Morales, Savino Morales, or Sergio Escamilla | Defendants object on the grounds of lack of relevance and undue risk of prejudice and confusion including because the conversion claim is no longer in the case  Plaintiff's Response: Relevant to breach of contract and breach of duty of undivided loyalty | | |
| 59. | Pantelides Dry Goods & Paper Supply Credit Application LEGACY 00110-111 | Pablo Morales, Savino Morales, or Sergio Escamilla | No objections | | |
| 60. * | DHG Private Business Account Application LEGACY 00107-109 | Pablo Morales, Savino Morales, or Sergio Escamilla | No objections | | |
| 61. * | August 22, 2021 email between Savino | Pablo Morales, | No objections | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | Morales, Sergio Escamilla and Paolo Ruiz, Subject:  Draft LWG credit application LEGACY 00119 | Savino Morales, or Sergio Escamilla |  |  |  |
| 62. * | August 22, 2021 email between Savino Morales, Sergio Escamilla and Paolo Ruiz, Subject:  Draft LWG credit application LEGACY 00121-126 | Pablo Morales, Savino Morales, or Sergio Escamilla | No objections |  |  |
| 63. |  |  |  |  |  |
| 64. |  |  |  |  |  |
| 65. | January 2021 – February 2022 Pablo Morales Mileage Reimbursement forms | Pablo Morales | No objections |  |  |
| 66. | April 1, 2004 Pablo Morales Confidentiality and Non-Disclosure Agreement IFS 000205 | Pablo Morales or Zoyla Rice | Defendants object on the grounds of lack of relevance and undue risk of prejudice and lack of foundation; the agreement is not with Plaintiff  Plaintiff's Response: Relevant to breach of contract and breach of duty of undivided loyalty. Plaintiff will establish foundation. |  |  |
| 67. | January 6, 2020 Pablo Morales Employee Handbook Acknowledgment IFS 000202 | Pablo Morales or Zoyla Rice | Defendants challenge the authenticity of this document and object on the grounds of lack of foundation and also lack of relevance and undue risk of prejudice  Plaintiff's Response: Relevant to breach of contract and breach of duty of undivided |  |  |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | loyalty | | |
| 68. | Dart Container Corporation memos to customers | Pablo Morales or Jeremy Shapiro | No objections | | |
| 69. | October 1, 2021 email between Pablo Morales and Sergio Escamilla Subject: Fwd. PET/RPET Increase Notification | Pablo Morales or Sergio Escamilla | No objections | | |
| 70. * | January 5, 2022 email between Jeremy Shapiro, Savino Morales, Pablo Morales, Martin Nunez and Cesar Luna Subject: Fwd. Asian Price Lists | Jeremy Shapiro, Savino Morales or Pablo Morales | No objections | | |
| 71. | December 14, 2020 email between Savino Morales and Cindy Morales Subject: Fwd. Individual Foodservice Welcome Brady Industries | Savino Morales | Defendants objection to Plaintiff introducing the exhibit on the grounds of hearsay without exception  Plaintiff's Response: Non-hearsay. Relevant to willfulness, maliciousness and intent, misappropriation of trade secret, breach of contract and breach of duty of undivided loyalty. | | |
| 72. | February 23, 2022 email between Hugo Mesa, Sam Ruiz and Paolo Ruiz Subject: For reference Vendor List | Hugo Mesa or Savino Morales | Defendants object that the exhibit is irrelevant to any remaining claims and that there is an undue risk of prejudice and confusion of the issues (it's a list of vendor contact information)  Plaintiff's Response: Relevant to willfulness, | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | maliciousness and intent, misappropriation of trade secret, breach of contract and breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty, and interference with contractual relations | | |
| 73. | February 23, 2022 email between Hugo Mesa, Valery Tablado and Paolo Ruiz Subject:  Fwd Need Quote form with Legacy header – Argentos Pizza | Hugo Mesa or Pablo Morales | Defendants object on the grounds of hearsay without exception and lack of foundation<br><br>Plaintiff's Response: Relevant to willfulness, maliciousness and intent,  inducing breach of contract, inducing breach of duty of undivided loyalty, and interference with contractual relations. | | |
| 74. | August 25, 2021 email between Pablo Morales and Gabby Ramirez Subject:  Legacy Wholesale | Pablo Morales | No objections | | |
| 75. | March 31, 2022 Notice of Termination to Pablo Morales | Pablo Morales or Zoyla Rice | No objections | | |
| 76. | March 30, 2022 email between Paolo Ruiz, Sam Ruiz, and Sergio Escamilla Subject: Legacy team intro<br><br>LEGACY 01854-1855 | Pablo Morales, Savino Morales or Sergio Escamilla | No objections | | |
| 77. | September 3, 2021 email between Pablo Morales, Gabby Ramirez and AR Managers Subject: New Acct #172334 | Pablo Morales | No objections | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Legacy Wholesale Group | | | | |
| 78. | September 3, 2021 email between Pablo Morales, Gabby Ramirez and AR Managers Subject: New Acct #172334 Legacy Wholesale Group | Pablo Morales | No objections | | |
| 79. | September 22, 2021 email between Jeremy Shapiro, Pablo Morales and Cynthia Garcia Subject: Legacy Approval Needed | Pablo Morales or Jeremy Shapiro | No objections | | |
| 80. | November 2, 2021 email between Cynthia Garcia and Jeremy Shapiro Subject: Legacy | Pablo Morales or Jeremy Shapiro | Defendants object on the grounds of hearsay without exception and lack of foundation<br><br>Plaintiff's Response: Admission. Relevant to breach of contract, breach of duty of undivided loyalty, fraud. | | |
| 81. | December 29, 2021 email between Susie Morales and Sergio Escamilla no subject LEGACY 00959-962 | Pablo Morales | Defendants object on the grounds of lack of relevance and undue risk of prejudice and confusion of the issues<br><br>Plaintiff's Response: Relevant to willfulness, maliciousness and intent, misappropriation of trade secret, breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty and fraud. | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|-------|------------|--------------------------------|-------------------------------------------------------------------------------------|-----------------|---------------|
| 82. | February 21, 2022 email between Pablo Morales, Ken Sweder and Jeremy Shapiro Subject: Arizona | Pablo Morales or Jeremy Shapiro | No objections | | |
| 83. | Group text messages LEGACY 02724 | Pablo Morales or Sergio Escamilla | No objections | | |
| 85. | August 2021 -March 31, 2022-Legacy Sales & Profits LEGACY 00112 | Pablo Morales, Savino Morales, or Sergio Escamilla | No objections | | |
| 86. | December 29, 2021 email between Paolo Ruiz, Daisy Tablado and Sales Subject: Items I need LEGACY 00953-954 | Pablo Morales | No objections | | |
| 87. | | | | | |
| 89. | Group text messages LEGACY 02209 | Jesus Trujillo or Savino Morales | Defendants object on the grounds of lack of relevance and undue risk of prejudice and confusion including because the conversion claim is no longer in the case  Plaintiff's Response: Relevant to willfulness, maliciousness and intent, misappropriation of trade secret, breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty and fraud. | | |
| 90. | Group text messages | Jesus | No objections | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | LEGACY 02245 | Trujillo or Savino Morales |  |  |  |
| 91. |  |  |  |  |  |
| 92. |  |  |  |  |  |
| 93. | Group text messages LEGACY 02705 | Pablo Morales, Savino Morales, or Sergio Escamilla | Defendants object on the grounds of lack of relevance and undue risk of prejudice and confusion including because the conversion claim is no longer in the case<br><br>Plaintiff's Response: Relevant to breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty |  |  |
| 94. | Group text messages LEGACY 02206 | Jesus Trujillo | No objections |  |  |
| 95. |  |  |  |  |  |
| 96. | Group text messages LEGACY 02201 | Pablo Morales or Jesus Trujillo | No objections |  |  |
| 97. | Group text messages LEGACY 02315 | Pablo Morales | No objections |  |  |
| 98. | Group text messages LEGACY 02173-2174 | Hugo Mesa | No objections |  |  |
| 99. | Group text messages LEGACY 02187-2188 | Jesus Trujillo or Pablo Morales | No objections |  |  |
| 100. | Group text messages LEGACY 02189 | Jesus Trujillo | No objections |  |  |
| 101. | Group text messages LEGACY 02214 |  | No objections |  |  |
| 102. | Group text messages |  | Objection as to |  |  |

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | LEGACY 02856-2873 | | relevance and undue risk of prejudice on individual text messages regarding Carlos Cartering as it is undisputed that is not a real business<br><br>Plaintiff's Response: Relevant to willfulness, maliciousness and intent, misappropriation of trade secret, breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty and fraud. | | |
| 103. | Group text messages<br>LEGACY 02874-2914 | | Objection as to relevance and undue risk of prejudice on individual text messages regarding Carlos Cartering as it is undisputed that is not a real business<br><br>Plaintiff's Response: Relevant to willfulness, maliciousness and intent, misappropriation of trade secret, breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty and fraud. | | |
| 104. | February 18, 1997 Savino Morales Employee's Confidentiality and Property Agreement | Savino Morales | Defendants object on the grounds of relevance and lack of foundation and undue risk of prejudice, and lack of foundation; Defendants note the agreement is not with Plaintiff<br><br>Plaintiff's Response: | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Relevant to breach of contract and breach of duty of undivided loyalty. Plaintiff will establish foundation. | | |
| 105. | | | | | |
| 106. | April 1, 2004 Savino Morales Employee Handbook Acknowledgment IFS 000079 | Savino Morales | No objections | | |
| 107. | July 2, 2012 Savino Morales Employee Handbook Acknowledgment IFS 000118 | Savino Morales | No objections | | |
| 108. | IFS Employee Handbook Acknowledgment Status Report | Zoyla Rice | Defendants object on the grounds of lack of foundation and hearsay without exception Plaintiff's Response: Plaintiff will establish foundation. Non-hearsay. | | |
| 109. | March 2020 Savino Morales Mileage Reimbursement | Savino Morales | No objections | | |
| 110. | December 17, 2021 email between Savino Morales and Carl Duhnoski Subject: Quick note on password resets | Savino Morales or Carl Duhnoski | Defendants object on the grounds of hearsay without exception and lack of foundation Plaintiff's Response: Defendant admitted authorship of a portion of the email. Business record. Non-hearsay | | |
| 111. | March 29, 2022 Savino Morales Employment Agreement IFS-Savino 000360-364 | Savino Morales | Defendants object on the grounds of lack of relevance, that the agreement is inadmissible per the face of the document, that it | | |

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | contains impermissible legal conclusions, duress, illegality, the agreement was mutually terminated and/or terminated by Plaintiff when it filed this lawsuit and/or terminated Savino Morales' employment, and the risk of undue prejudice and confusion for the jury | | |
| | | | Plaintiff's Response: Plaintiff seeks to enforce the agreement and the admissions contained therein.  The Agreement was not mutually terminated but was breached by Defendant. | | |
| 112. | Marche 31, 2022 Savino Morales Notice of Termination | Savino Morales or Zoyla Rice | No objections | | |
| 113. | May 9, 2019 email from Savino Morales to personal email account Subject:  Price Contracts | Savino Morales | Defendants object on the grounds of lack of relevance and undue risk of prejudice, due both to the lack of relevance of the subject and the April 2019 date | | |
| 116. | February 24, 2022 email from Savino Morales to personal email Subject:  Asian | Savino Morales | Defendants object on the grounds that the exhibit is irrelevant to any remaining claim and on grounds of undue prejudice and likely jury confusion | | |
| | | | Plaintiff's Response: Relevant to willfulness, maliciousness and intent, misappropriation of trade secret, breach of contract, breach of duty of undivided loyalty. | | |
| 117. | August 4, 2021 email between Sylvia Medina and Savino Morales | Savino Morales | No objections | | |

CDF LABOR LAW LLP

2332267.2

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|-------------------------------------------------------------------------------------|-----------------|---------------|
| | Subject:  Savino top acct LM Rpt. 8.3.21 New Dart | | | | |
| 118. | April 22, 2021 email from Savino Morales to personal email Subject: Fwd. Updated PA & Stocking Agreement | Savino Morales | Defendants object on the grounds of lack of relevance and prejudice<br><br>Plaintiff's Responses: Relevant to willfulness, maliciousness and intent, breach of contract, breach of duty of undivided loyalty. | | |
| 119. | March 18, 2021 email between Robert Fast and Savino Morales Subject:  New Version | Savino Morales | Defendants object on the lack of relevance to any remaining claim and undue risk of prejudice (would relate to IFS cost information and there is no dispute Defendants never sold to El Super)<br><br>Plaintiff's Response: Relevant to willfulness, maliciousness and intent, misappropriation of trade secret, breach of contract, breach of duty of undivided loyalty. | | |
| 123. | September 22, 2021 email between Pablo Morales and Savino Morales Subject:  Sales Rep Copy Dead stock list 8-27-21 | Pablo Morales or Savino Morales | Defendants object on the lack of relevance to any remaining claim and undue risk of prejudice<br><br>Plaintiff's Response: Relevant to willfulness, maliciousness and intent, breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty and fraud. | | |
| 124. | | | | | |
| 125. | | | | | |

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 126. | April 22, 2021 email from Savino Morales to his personal email Subject:  Application | Savino Morales | No objections | | |
| 127. | August 22, 2021 email between Savino Morales, Sergio Escamilla and Paolo Ruiz Subject:  Draft LWG Credit Application LEGACY 00121-126 | Pablo Morales, Savino Morales or Sergio Escamilla | No objections | | |
| 128. | November 22, 2021 email between Savino Morales and Karla Moreno Subject: Purchase order from La Surtidora Management Group, Inc. | Savino Morales | No objections | | |
| 129. | December 1, 2021 email between Alexis Maxon and Sam Ruiz Subject:  GTS Credit App | Savino Morales | No objections | | |
| 130. | February 25, 2022 email between Sam Ruiz, Susie Morales, Sergio Escamilla and Paolo Ruiz Subject: TPT license | Pablo Morales, Savino Morales or Sergio Escamilla | No objections | | |
| 131. | December 8, 2021 email from Savino Morales to his personal email no subject | Savino Morales | No objections | | |
| 134. | January 3, 2022 email from Savino Morales to his personal email no subject | Savino Morales | No objections | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 135. | January 5, 2022 email from Savino Morales to his personal email no subject | Savino Morales | Defendants object on the lack of relevance to any remaining claim and undue risk of prejudice<br><br>Plaintiff's Response: Relevant to willfulness, maliciousness and intent, misappropriation of trade secret, breach of contract, breach of duty of undivided loyalty, and interference with contractual relations. | | |
| 136. | February 2, 2022 email from Savino Morales to his personal email Subject: Savino's Account Contact List | Savino Morales | Defendants object on the lack of relevance to any remaining claim and undue risk of prejudice<br><br>Plaintiff's Response: Relevant to willfulness, maliciousness and intent, misappropriation of trade secret, breach of contract and breach of duty of undivided loyalty. | | |
| 137. | January19, 2022 email from Savino Morales to his personal email Subject: please print for me | Savino Morales | Defendants object on the lack of relevance to any remaining claim and undue risk of prejudice<br><br>Plaintiff's Response: Relevant to willfulness, maliciousness and intent, misappropriation of trade secret, breach of contract and breach of duty of undivided loyalty, and interference with contractual relations. | | |
| 138. | January19, 2022 email from Savino Morales to his personal email Subject: please print for me | Savino Morales | Defendants object on the lack of relevance to any remaining claim and undue risk of prejudice<br><br>Plaintiff's Response: Non-hearsay. Relevant to willfulness, maliciousness and | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | intent, misappropriation of trade secret, breach of contract and breach of duty of undivided loyalty, and interference with contractual relations | | |
| 139. | January 4, 2022 email between Sam Ruiz, Paolo Ruiz and Sergio Escamilla Subject: Meetings LEGACY 01068-1069 | Savino Morales, Pablo Morales or Sergio Escamilla | Defendants preserve their objection on relevance and prejudice grounds but understand that the Court effectively overruled such objections with the MSJ ruling. Plaintiff's Response: Relevant to willfulness, maliciousness and intent, misappropriation of trade secret, breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty, and interference with contractual relations | | |
| 140. | January 7, 2022 email between Daisy Tablado, Paolo Ruiz and Sam Ruiz Subject: New Load LEGACY 01140 | Pablo Morales, Savino Morales or Sergio Escamilla | No objections | | |
| 142. | February 2, 2022 email between Sam Ruiz, Paolo Ruiz and Daisy Tablado Subject: 20jl LEGACY 01345 | Savino Morales or Pablo Morales | No objections | | |
| 143. | February 23, 2022 email between Hugo Mesa, Sam Ruiz and Paolo Ruiz Subject: For reference Vendor | Hugo Mesa, Savino Morales or Pablo | Defendants object on the lack of relevance to any remaining claim and undue risk of prejudice | | |

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | List LEGACY 01513 | Morales | Plaintiff's Response: Relevant to willfulness, maliciousness and intent, breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty, and interference with contractual relations | | |
| 144. | February 24, 2022 email between Sam Ruiz and Jose Barreto Subject:  Dart LEGACY 01541-1542 | Savino Morales | No objections | | |
| 145. | March 24, 2022 email between Daisy Tablado, Sam Ruiz, Sergio Escamilla and sales Subject:  P.O. LEGACY 01816-1817 | Savino Morales or Sergio Escamilla | No objections | | |
| 146. | March 25, 2022 email between Sam Ruiz, Daisy Tablado, Paolo Ruiz, Sergio Escamilla Subject:  New customer/new order LEGACY 01819-1820 | Savino Morales, Pablo Morales or Sergio Escamilla | No objections | | |
| 147. | May 3, 2022 email between Savino Morales, and Jennifer Camarena Subject: PO-034819 Legacy Wholesale | Savino Morales | Defendants object on the lack of relevance to any remaining claim and undue risk of prejudice Plaintiff's Response: Evidence of continuing harm caused by misappropriation of trade secret, breach of contract, breach of duty of undivided loyalty, inducing breach of | | |

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | contract, inducing breach of duty of undivided loyalty, and interference with contractual relations. | | |
| 148. | May 2, 2022 email between Savino Morales and Jennifer Camarena Subject: PO-034819 Legacy Wholesale | Savino Morales | Defendants object on the lack of relevance to any remaining claim and undue risk of prejudice<br><br>Plaintiff's Response: Evidence of continuing harm caused by misappropriation of trade secret, breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty, and interference with contractual relations | | |
| 149. | May 16, 2022 email between Savino Morales and Ricky at AA Plastic Subject: Rick review and call me<br><br>LEGACY 02149 | Savino Morales | Defendants object on the lack of relevance to any remaining claim and undue risk of prejudice<br><br>Plaintiff's Response: Relevant to willfulness, maliciousness and intent, breach of contract, breach of duty of undivided loyalty | | |
| 150. | | | | | |
| 151. | | | | | |
| 152. | May 2, 2022 email between Savino Morales and Daisy Tablado Subject: Inventory Usage Report from 4.18.22 to 5.2.22<br><br>LesowitzRongCheng 000116-159 | Savino Morales, Pablo Morales or Sergio Escamilla | Defendants object on the lack of relevance to any remaining claim and undue risk of prejudice<br><br>Plaintiff's Response: Evidence of continuing harm caused by misappropriation of trade secret, breach of contract, breach of duty of undivided loyalty, inducing breach of | | |

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | contract, inducing breach of duty of undivided loyalty, and interference with contractual relations. | | |
| 153. | September 30, 2021 UMB Bank statement for Legacy Wholesale Group LEGACY004442 | Sergio Escamilla | No objections | | |
| 154. | | | | | |
| 155. | | | | | |
| 156. | UMB Bank account for Legacy Wholesale Group check images LEGACY004446 | Sergio Escamilla | No objections | | |
| 157. | UMB Bank account for Legacy Wholesale Group check images LEGACY004503 | Sergio Escamilla | Defendants object on the lack of relevance to any remaining claim and undue risk of prejudice Plaintiff's Response: Intent and use of Legacy and its assets for Pablo's and Savino's personal benefit. | | |
| 158. | May 13, 2022 Wage Statement for Pablo Morales LEGACY004598 | Sergio Escamilla or Pablo Morales | No objections | | |
| 159. | April 29, 2022 Wage Statement for Pablo Morales LEGACY004599 | Sergio Escamilla or Pablo Morales | No objections | | |
| 160. | | | | | |
| 161. | | | | | |
| 162. | December 14, 2021 Legacy Credit Acceptance Application for KO Distribution Inc. LEGACY 02930-2934 | Pablo Morales, Savino Morales or Sergio Escamilla | No objections | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 163. | March 28, 2022 Legacy Credit Acceptance Application for Rongcheng Trading LLC<br><br>LEGACY 02935-2939 | Pablo Morales, Savino Morales or Sergio Escamilla | No objections | | |
| 164. | October 13, 2021 Legacy Credit Acceptance Application for LA Sutidora Management Group<br><br>LEGACY 02940-2944 | Pablo Morales, Savino Morales or Sergio Escamilla | No objections | | |
| 165. | King Taco Restaurants Credit Reference<br><br>LEGACY 02929 | Pablo Morales, Savino Morales or Sergio Escamilla | No objections | | |
| 166. | February 11, 2022 email between Sam Ruiz and Daisy Tablado Subject: Orders<br><br>LEGACY 01414-1415 | Savino Morales | No objections | | |
| 167. | Legacy Wholesale Cash Log | Pablo Morales, Savino Morales or Sergio Escamilla | Defendants object on the lack of relevance to any remaining claim and undue risk of prejudice<br><br>Plaintiff's Response: Relevant to willfulness, maliciousness and intent, breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty, and interference with contractual relations. | | |
| 168. | Group text messages<br><br>LEGACY 02350-2352 | Pablo Morales, Savino Morales or Sergio | No objections | | |

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | Escamilla | | | |
| 169. | June 14, 2021 State Farm Business Insurance Application | Sergio Escamilla | Defendants object on the lack of relevance to any remaining claim and undue risk of prejudice<br><br>Plaintiff's Response: Credibility. | | |
| 171. | Legacy Wholesale invoices - 2 to El Progresso Market<br>LEGACY004298-4279 | Pablo Morales, Savino Morales or Sergio Escamilla | No objections | | |
| 172. | Legacy Wholesale invoices - 30 to M&E | Pablo Morales, Savino Morales or Sergio Escamilla | Defendants object to any invoices post-March 31, 2022, as irrelevant but otherwise do not object<br><br>Plaintiff's Response: Evidence of continuing harm caused by misappropriation of trade secret, breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty, and interference with contractual relations | | |
| 173. | Legacy Wholesale invoices – 3 to Luna Supply<br>LEGACY 04258-4260 | Pablo Morales, Savino Morales or Sergio Escamilla | Defendants object to any invoices post-March 31, 2022, as irrelevant but otherwise do not object<br><br>Plaintiff's Response: Evidence of continuing harm caused by misappropriation of trade secret, breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty, and interference with | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|-------------------------------------------------------------------------------------|-----------------|---------------|
| | | | contractual relations | | |
| 174. | Legacy Wholesale invoices – 3 to Matthew's Wholesale Co. LEGACY004311, 4294 and 4274 | Pablo Morales, Savino Morales or Sergio Escamilla | No objections | | |
| 175. | August 31, 2021 Legacy Wholesale Workers Compensation Application LEGACY004382-4385 | Sergio Escamilla | Defendants object on the lack of relevance to any remaining claim and undue risk of prejudice  Plaintiff's Response: Relevant to credibility, willfulness, maliciousness and intent, misappropriation of trade secret, breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty, and interference with contractual relations. | | |
| 176. | Legacy Wholesale invoices – 2 to Carlos Catering Legacy004287 and 4284 | Hugo Mesa, Pablo Morales, Savino Morales or Sergio Escamilla | Defendants object on the lack of relevance to any remaining claim and undue risk of prejudice; there is no dispute Carlos Catering is not a real business  Plaintiff's Response: Relevant to credibility, willfulness, maliciousness and intent, misappropriation of trade secret, breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty, and interference with contractual relations. | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 177. | February 23, 2022 email between Sam Ruiz and Savino Morales Subject: estimate<br><br>LesowitzRongCheng 000176-177 | Savino Morales | No objections | | |
| 178. | March 25, 2022 email between Billy Zhang and Savino Morales Subject:  pricing P2009016<br><br>LesowitzRongCheng 000013-15 | Savino Morales | No objections | | |
| 179. | March 25, 2022 email between Savino Morales, Daisy Tablado, Pablo Morales and Sergio Escamilla Subject:  New customer/new order<br><br>LesowitzRongCheng 000111-112 | Pablo Morales, Savino Morales or Sergio Escamilla | No objections | | |
| 180. | Legacy Wholesale invoice to Rong Cheng Trading LLC<br><br>LesowitzRongCheng 000161 | Pablo Morales, Savino Morales or Sergio Escamilla | No objections | | |
| 181. | April 19, 2022 email between Savino Morales and Kyle Ta Subject:  Check<br><br>LesowitzRongCheng 000100-101 | Savino Morales | No objections | | |
| 182. | April 5, 2022 email between Savino Morales and Kyle Ta Subject:  Meeting<br><br>LesowitzRongCheng000055-56 | Savino Morales | No objections | | |
| 183. | | | | | |
| 184. | | | | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 185. | | | | | |
| 186. | | | | | |
| 187. | | | | | |
| 188. | | | | | |
| 189. | Acknowledgement of Handbook | Zoyla Rice or Steven Arroyo | Defendants object on the grounds of lack of relevance and undue risk of prejudice and confusion of the jury and lack of foundation. Steven Arroyo is not on trial. Steven Arroyo's personal acknowledgment (or possible caveats thereto) of IFS's handbook as relates to Mr. Arroyo are irrelevant to any issues related to Defendants. Furtehrmore, Mr. Arroyo did not agree he made edits before signing. Plaintiff's Response: Mr. Arroyo's testimony and acknowledgement of IFS's handbook goes to evidence of IFS's reasonable efforts to protect its trade secrets, and enforce its policies and the duty of undivided loyalty expected of all employees. | | |
| 190. | Email Chain From 8/7/17 | Pablo Morales or Steven Arroyo | Defendants object on the grounds of lack of relevance and undue risk of prejudice and confusion of the jury and hearsay without exception. These are 2017 emails Steven Arroyo sent regarding a customer that is not at issue in this case and involves possible | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | change of representatives that does not involve Defendants or the facts at issue. Also, since Mr. Arroyo was writing in his capacity as a VP of IFS, this is hearsay without exception. Plaintiff's Response: This document goes to the credibility of Defendant Pablo Morales. | | |
| 191. | | | | | |
| 192. | Email re Lucy's 9/19/17 | Pablo Morales or Steven Arroyo | Defendants object on the grounds of lack of relevance to any remaining claim, improper character evidence, and undue risk of prejudice. This email exchange regards Pablo paying a balance of $4,226.58 that Mr. Arroyo testified regarded money Pablo owed and a payroll deduction regarding a cash payment from a customer. This could only possibly be relevant to the dismissed conversion claim (and it is generous to assume it could have relevance to conversion). Plaintiff's Response: This exhibit goes to the credibility of Defendant Pablo Morales. | | |
| 193. | | | | | |
| 194. | Garnishment Order | Steven Arroyo | Defendants object on the grounds of lack of relevance, improper character evidence, and undue risk of prejudice. | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | IFS cannot introduce a garnishment order against Mr. Arroyo that does not pertain to this case. Even if there were possible relevance, there is undue risk or prejudice and it is an improper atta ck on Mr. Arroyo's character.<br><br>Plaintiff's Response: This exhibit goes to the credibility of Mr. Arroyo. | | |
| 195. | Garnishment Order | Zoyla Rice or Steven Arroyo | Defendants object on the grounds of lack of relevance, improper character evidence, and undue risk of prejudice. IFS cannot introduce a garnishment order against Mr. Arroyo that does not pertain to this case. Even if there were possible relevance, there is undue risk or prejudice and it is an improper atta ck on Mr. Arroyo's character.<br><br>Plaintiff's Response: This exhibit goes to the credibility of Mr. Arroyo. | | |
| 196. | | | | | |
| 197. | Nondisclosure Agreement | Zoyla Rice or Steven Arroyo | Defendants object on the grounds of lack of relevance and undue risk of prejudice and confusion of the jury. Steven Arroyo is not on trial. Steven Arroyo's personal acknowledgment of IFS's purported confidentiality terms in 2010 as relates to Mr. Arroyo are irrelevant to any issues related to | | |

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Defendants.<br><br>Plaintiff's Response: This exhibit goes to evidence of IFS's reasonable efforts to protect its trade secrets. | | |
| 198. | Email of July of 2019 | Zoyla Rice or Steven Arroyo | Defendants object on the grounds of lack of relevance and undue risk of prejudice and confusion of the jury and lack of foundation. Steven Arroyo is not on trial. Steven Arroyo's personal acknowledgment of IFS's purported confidentiality terms (or caveats thereto) in 2019 as relates to Mr. Arroyo are irrelevant to any issues related to Defendants. Also, Mr. Arroyo did not admit to making any edits before signing.<br><br>Plaintiff's Response: This exhibit goes to evidence of IFS's reasonable efforts to protect its trade secrets, and enforce its policies and the duty of undivided loyalty expected of all employees. | | |
| 199. | Confidentiality Agreement | Zoyla Rice or Steven Arroyo | Defendants object on the grounds of lack of relevance and undue risk of prejudice and confusion of the jury and lack of foundation. Steven Arroyo is not on trial. Steven Arroyo's personal acknowledgment of IFS's purported confidentiality terms (or | | |

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|----------------------------------------------------------------------------------------|-----------------|---------------|
|       |             |                                | caveats thereto) in 2019 as relates to Mr. Arroyo are irrelevant to any issues related to Defendants. Also, Mr. Arroyo did not admit to making any edits before signing and was unsure of his signature.<br><br>Plaintiff's Response: This exhibit goes to the credibility of Mr. Arroyo. |  |  |
| 200.  | Pablo and Savino weekly sales reports, IFS 004824-011520 | Pablo Morales and Savino Morales | Defendants strenuously object and simultaneously reserve all potential objections to Plaintiff's proposed Exhibit 200, comprised of nearly 7,000 pages and more than 1600 separate files, including more than 1,000 Excel spreadsheets.  In violation of Local Rule 16-2's procedures for the meeting of counsel before the Final Pretrial Conference (including, but not limited to 16-2.3 concerning disclosure of Exhibits), Plaintiff first raised the idea of including this monstrosity of a compound exhibit at 1:48 pm on January 10, 2024, the final day to refile a joint exhibit list, long after the parties had previously met and conferred and even filed a revised and finalized exhibit list the week before.  This violation of the Local Rules prevented Defendants from a meaningful review of the proposed exhibit's content.  As |  |  |

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | such, Defendants object to the grossly compound exhibit due to the violation of the Local Rules and further object on the grounds of hearsay (FRE 801(c), et seq.), relevance (FRE 401, et seq.), improper lay or expert opinion testimony (FRE 701, 702, et seq.), lack of authentication (FRE 901, et seq.), speculation / lack of personal knowledge (FRE 602), unfair prejudice (FRE 403), improper character evidence (FRE 404(a)(1), et al.), and the settlement privilege (FRE 408) as may be appropriate to portions of the compound exhibit.  Defendants further reserve the right to object to any portion of the proposed Exhibit 200 that may be singled out or highlighted by Plaintiff in the future for use at trial on any grounds under any applicable law or rule<br><br>Plaintiff's Response:  The exhibit largely consists of weekly sales reports provided to Defendants Pablo and Savino Morales during their employment.  Plaintiff identifies the entire production in an abundance of caution but expects that the parties will stipulate to facts such that only one exemplar is necessary.  There is no prejudice to Defendants with regard | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | to Plaintiff identifying the exhibit as they have been in possession of such documents since August 2022. | | |
| 201. | | | | | |
| 202. | | | | | |
| 203. | | | | | |
| 204. | | | | | |
| 205. | | | | | |
| 206. | | | | | |
| 207. | | | | | |
| 208. | | | | | |
| 209. | | | | | |
| 210. | | | | | |
| | Exhibits 211-499 Intentionally Left Blank | | | | |
| 502. | December 13, 2020 Press Release – Individual FoodService Welcomes Brady Industries | Jeremy Shapiro or Nigel Kershaw | Defendants object to Plaintiff admitting this document on the grounds of hearsay, but Defendants may admit it<br><br>Plaintiff's Response: Relevant to willfulness, maliciousness and intent, misappropriation of trade secret, breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty, and interference with contractual relations. | | |
| 505. | Declaration of Jesus Trujillo ISO Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment | Jesus Trujillo | Defendants object to Plaintiff admitting this declaration as hearsay without exception<br><br>Plaintiff's Response: Admissions against | | |

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | interest. | | |
| 701. | Declaration of Ishmael Lopez ISO Opposition to Defendants' Motion for Partial Summary Judgement | Ishmael Lopez | Defendants object to Plaintiff admitting this declaration as hearsay without exception <br><br> Plaintiff's Response: Admissions against interest. | | |
| 709. | Chart of IFS/Legacy Sales Invoices | Nigel Kershaw | Defendants object on the grounds of impermissible opinion testimony, unreliable expert testimony, lack of relevance, hearsay without exception, best evidence rule, objections in MIL, and lack of foundation <br><br> Plaintiff's Response: Summary of business records and records produced in discovery. Foundation will be laid at trial by persons with personal knowledge. | | |
| 710. | IFS Customers Taken by Legacy | Nigel Kershaw | Defendants object on the grounds of prejudice in the labeling as "Customers Taken by Legacy, "impermissible opinion testimony, unreliable expert testimony, lack of relevance, hearsay without exception, best evidence rule, objections in MIL, and lack of foundation <br><br> Plaintiff's Response: Summary of business records and records produced in discovery. Foundation will be laid at trial by persons with personal knowledge, relevant to misappropriation of trade secret, breach of | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty, and interference with contractual relations. | | |
| 712. | | | | | |
| 713-1. | 2019 IFS Employee Handbook<br><br>Exhibit to Nigel Kershaw deposition | Nigel Kershaw | Defendants object on the grounds of lack of foundation and relevance as there is no foundation that either Savino or Pablo signed this handbook<br><br>Plaintiff's Response: Business records, testimony of Zoyla Rice and Nigel Kershaw. | | |
| 713-2. | Pablo Morales Confidentiality and Non-Disclosure Agreement<br>4/1/04<br><br>Exhibit to Nigel Kershaw deposition | Nigel Kershaw | | | |
| 713-3. | Pablo Morales Employee Handbook Acknowledgment 1/6/20<br><br>Exhibit to Nigel Kershaw deposition | Nigel Kershaw | | | |
| 713-4 | Savino Morales Confidentiality and Property Agreement 2/18/97<br><br>Exhibit to Nigel Kershaw deposition | Nigel Kershaw | | | |
| 713-5 | Savino Morales Confidentially and Property Agreement 9/24/97<br><br>Exhibit to Nigel | Nigel Kershaw | | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Kershaw deposition | | | | |
| 713-6 | Savino Morales Confidentiality and Non-Disclosure Agreement 4/1/04<br><br>Exhibit to Nigel Kershaw deposition | Nigel Kershaw | | | |
| 713-7 | Savino Morales Employee Handbook Acknowledgment 12/10/19<br><br>Exhibit to Nigel Kershaw deposition | Nigel Kershaw | | | |
| 713-8 | 8/25/21 email between Pablo Morales and Gabby Ramirez regarding Legacy Wholesale<br><br>Exhibit to Nigel Kershaw deposition | Nigel Kershaw | | | |
| 713-9 | 1/18/22 email between Pablo Morales and Savino Morales regarding Nonstop Karat inventory/pricing<br><br>Exhibit to Nigel Kershaw deposition | Nigel Kershaw | | | |
| 713-10 | 2/2/22 email between Savino Morales and Cindy Morales regarding Savino's account contact list<br><br>Exhibit to Nigel Kershaw deposition | Nigel Kershaw | | | |
| 713-11 | 1/18/22 email between Savino Morales and Pablo Morales regarding Nonstop Karat inventory/pricing<br><br>Exhibit to Nigel Kershaw deposition | Nigel Kershaw | | | |
| 713-1 | 3/30/22 Declaration<br>Exhibit to Nigel | Nigel Kershaw | | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 3 | Kershaw deposition | | | | |
| 713-14 | Emails between Pablo Morales, Sergio Escamilla and Susie Ruiz regarding Cash spreadsheet and IFS P.O.  Exhibit to Nigel Kershaw deposition | Nigel Kershaw | | | |
| 713-15 | 12/21/21 email between Mario Aniles, Sergio Escamilla, Iriana Grajeda and Savino Morales regarding Mario Aniles has invited you to use QuickBooks Online Plus  Exhibit to Nigel Kershaw deposition | Nigel Kershaw | | | |
| 714. | | | | | |
| 715. | | | | | |
| 716. | | | | | |
| 717. | IFS Damage Calculations | Nigel Kershaw | Defendants object on the grounds of hearsay without exception; Defendants also object on the grounds of impermissible opinion testimony, unreliable expert testimony, lack of relevance, hearsay without exception, best evidence rule, objections in MIL, and lack of foundation  Plaintiff's Response: Foundation established for personal knowledge, business records exception and basis for opinion as to damages, including qualified expert in the field and personal experience. | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 718. | IFS Sales to Legacy Compared to Legacy Sales to IFS Customers | Nigel Kershaw | Defendants object on the grounds of hearsay without exception; Defendants also object on the grounds of impermissible opinion testimony, unreliable expert testimony, lack of relevance, hearsay without exception, best evidence rule, objections in MIL, and lack of foundation  Plaintiff's Response: Foundation established for personal knowledge, business records exception and basis for opinion as to damages, including qualified expert in the field and personal experience. | | |
| 719. | US Foods Q4 & Fiscal Year 2022 Results | Nigel Kershaw | Defendants object on the grounds of hearsay without exception; Defendants also object on the grounds of impermissible opinion testimony, unreliable expert testimony, lack of relevance, hearsay without exception, best evidence rule, objections in MIL, and lack of foundation  Plaintiff's Response: Publicly available document supporting Mr. Kershaw's opinion testimony re damages. | | |
| 1003. | Plaintiff's Demonstrative Exhibit | | Defendants do not know what this document is and reserve all possible objections. | | |
| 1004. | Plaintiff's Demonstrative Exhibit | | Defendants do not know what this document is and reserve all possible | | |

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | objections. | | |
| 1005. | Plaintiff's Demonstrative Exhibit | | Defendants do not know what this document is and reserve all possible objections. | | |
| 1006. | Plaintiff's Demonstrative Exhibit | | Defendants do not know what this document is and reserve all possible objections. | | |
| 1007. | Plaintiff's Demonstrative Exhibit | | Defendants do not know what this document is and reserve all possible objections. | | |
| 1008. | Plaintiff's Demonstrative Exhibit | | Defendants do not know what this document is and reserve all possible objections. | | |
| 1009. | Plaintiff's Demonstrative Exhibit | | Defendants do not know what this document is and reserve all possible objections. | | |
| 1010. | Plaintiff's Demonstrative Exhibit | | Defendants do not know what this document is and reserve all possible objections. | | |
| 1011. | Plaintiff's Demonstrative Exhibit | | Defendants do not know what this document is and reserve all possible objections. | | |
| 1012. | Plaintiff's Demonstrative Exhibit | | Defendants do not know what this document is and reserve all possible objections. | | |
| 1013. | Plaintiff's Demonstrative Exhibit | | Defendants do not know what this document is and reserve all possible objections. | | |
| 1014. | Plaintiff's Demonstrative Exhibit | | Defendants do not know what this document is | | |

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | and reserve all possible objections. | | |
| 1015. | Plaintiff's Demonstrative Exhibit | | Defendants do not know what this document is and reserve all possible objections. | | |
| 1016. | Plaintiff's Demonstrative Exhibit | | Defendants do not know what this document is and reserve all possible objections. | | |
| 1017. | Plaintiff's Demonstrative Exhibit | | Defendants do not know what this document is and reserve all possible objections. | | |
| 1018. | Plaintiff's Demonstrative Exhibit | | Defendants do not know what this document is and reserve all possible objections. | | |
| 1019. | Plaintiff's Demonstrative Exhibit | | Defendants do not know what this document is and reserve all possible objections. | | |
| 1020. | Email to/from Alicia Medina re eastside market 172705 (IFS228390) | Savino Morales or Jeremy Shapiro | | | |
| 1025. | April 21, 2022 Dart Container Moratorium Items<br><br>Exhibit 1 to Jeremy Shapiro declaration ISO Motion for Preliminary Injunction | Jeremy Shaprio | No objections | | |
| 1026. | July 19, 2021 Inline Plastics letter to customers<br><br>Exhibit 3 to Jeremy Shapiro declaration ISO Motion for Preliminary Injunction | Jeremy Shapiro | No objections | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1027. | | | | | |
| 1028. | September 1, 2021 to February 28, 2022 Dart Competitive Price Agreement Exhibit 5 to Jeremy Shapiro declaration ISO Motion for Preliminary Injunction | Jeremy Shapiro | No objection to admission so long as copy contains ECF filing banner, however Defendants object to any use to establish or re-argue any issue decided on summary judgment Plaintiff's Response: Relevant to willfulness, maliciousness and intent, breach of contract, breach of duty of undivided loyalty. | | |
| 1030. | | | | | |
| 1031. * | Case Sales Volumes compared to May 2021 Exhibit 1 to Nigel Kershaw declaration ISO Motion for Preliminary Injunction | Nigel Kershaw | Defendants object on the grounds of impermissible opinion testimony, unreliable expert testimony, lack of relevance, hearsay without exception, best evidence rule, objections in MIL, and lack of foundation Plaintiff's Response: Relevant to willfulness, maliciousness and intent, breach of contract, breach of duty of undivided loyalty. | | |
| 1032. | Pablo Morales' Compensation Reports March 2021-March 2022 | Nigel Kershaw | | | |
| 1033. | Savino Morales' Compensation Reports March 2021-March 2022 | **Nigel Kershaw** | | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1034. * | October 3, 2021 Legacy Instagram Post Exhibit 3 to Joe DeBilio ISO Motion for Preliminary Injunction | Nigel Kershaw | No objections | | |
| 1035. * | Legacy Instagram Page (from Exhibit 1 to Amy Williams declaration ISO Reply ISO Motion for Preliminary Injunction) | Nigel Kershaw | No objections | | |
| 1036. | | | | | |
| 1037. | | | | | |
| 1038. | April text messages between Jesus Trujillo and Jeremy Exhibit 11 to further declaration of Jeremey Shapiro ISO Motion for Preliminary Injunction | Jeremy Shapiro or Jesus Trujillo | Defendants object on the grounds of hearsay without exception, lack of foundation, lack of relevance Plaintiff's Response: Foundation to be laid at trial, non-hearsay. Relevant to misappropriation of trade secret, breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty, and interference with contractual relations. | | |
| 1039. | Photo of plastic cups Exhibit 12 to further declaration of Jeremey Shapiro ISO Motion for Preliminary Injunction | Jeremy Shapiro | Defendants object on the grounds of hearsay without exception (as to the underlying exchange), lack of foundation, lack of relevance Plaintiff's Response: Foundation to be laid at | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | trial, non-hearsay. Relevant to misappropriation of trade secret, breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty, and interference with contractual relations. | | |
| 1040. | Combined cash sales by month chart Exhibit 3 to further declaration of Nigel Kershaw ISO Motion for Preliminary Injunction | Nigel Kershaw | Defendants object on the grounds of impermissible opinion testimony, unreliable expert testimony, lack of relevance, hearsay without exception, best evidence rule, objections in MIL, and lack of foundation Plaintiff's Response: Foundation established for personal knowledge, business records exception and basis for opinion as to damages, including qualified expert in the field and personal experience. | | |
| 1041. | Combined revenue by month chart Exhibit 4 to further declaration of Nigel Kershaw ISO Motion for Preliminary Injunction | Nigel Kershaw | Defendants object on the grounds of impermissible opinion testimony, unreliable expert testimony, lack of relevance, hearsay without exception, best evidence rule, objections in MIL, and lack of foundation Plaintiff's Response: Foundation established for personal knowledge, | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | business records exception and basis for opinion as to damages, including qualified expert in the field and personal experience. | | |
| 1042. | Combined daily sales average by month chart Exhibit 5 to further declaration of Nigel Kershaw ISO Motion for Preliminary Injunction | Nigel Kershaw | Defendants object on the grounds of impermissible opinion testimony, unreliable expert testimony, lack of relevance, hearsay without exception, best evidence rule, objections in MIL, and lack of foundation Plaintiff's Response: Foundation established for personal knowledge, business records exception and basis for opinion as to damages, including qualified expert in the field and personal experience. | | |
| 1043. | Combined daily case average by month chart Exhibit 6 to further declaration of Nigel Kershaw ISO Motion for Preliminary Injunction | Nigel Kershaw | Defendants object on the grounds of impermissible opinion testimony, unreliable expert testimony, lack of relevance, hearsay without exception, best evidence rule, objections in MIL, and lack of foundation Plaintiff's Response: Foundation established for personal knowledge, business records exception and basis for opinion as to damages, including qualified | | |

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | expert in the field and personal experience. | | |
| 1044. | February 18, 2022 group text messages Exhibit I to Dan Forman declaration ISO Opposition to MPSJ LEGACY 02871 | Savino Morales or Hugo Mesa | No objections | | |
| 1045. | November 17, 2021 group text messages Exhibit J to Dan Forman declaration ISO Opposition to MPSJ LEGACY 02200 | Nigel Kershaw | No objections | | |
| 1046. | February 7, 2022 group text messages Exhibit K to Dan Forman declaration ISO Opposition to MPSJ LEGACY 02176 | Savino Morales or Jesus Trujillo | Defendants object on grounds of lack of relevance and unduly prejudicial Plaintiff's Response: Foundation to be laid at trial, non-hearsay. Relevant to misappropriation of trade secret, breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty, and interference with contractual relations. | | |
| 1047. | January 21, 2020 email between Zoyla Rice and Naresh Idnani, Subject:  EE Handbook Exhibit G to declaration of Zoyla Rice ISO Opposition to MPSJ | Zoyla Rice | Defendants object on the grounds of hearsay without exception, lack of foundation, best evidence rule Plaintiff's Response: Foundation established for personal knowledge, business records | | |

AMENDED JOINT EXHIBIIT LIST

CDF LABOR LAW LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | exception and basis for opinion. | | |
| 1048. | July and August 2021 group text messages Exhibit 1 to declaration of Jeremy Shapiro ISO Opposition to MPSJ | Jeremy Shapiro or Savino Morales | Defendants object on the grounds of lack of relevance, undue prejudice, and to the redactions of contextual materials and incompleteness Plaintiff's Response: non-hearsay. Relevant to misappropriation of trade secret, breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty, and interference with contractual relations. | | |
| 1049. | February 2022 group text messages Exhibit 2 to declaration of Jeremy Shapiro ISO Opposition to MPSJ | Jeremy Shapiro, Pablo Morales or Savino Morales | Defendants object on the grounds of lack of relevance, undue prejudice, and to the redactions of contextual materials and incompleteness Plaintiff's Response: Relevant to misappropriation of trade secret, breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty, and interference with contractual relations. | | |
| 1050. | October and November 2021 group text messages Exhibit 3 to declaration of Jeremy Shapiro ISO Opposition to MPSJ | Jeremy Shapiro, Pablo Morales or Savino | Defendants object on the grounds of lack of relevance, undue prejudice, and to the redactions of contextual materials and | | |

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | Morales | incompleteness<br><br>Plaintiff's Response: Relevant to misappropriation of trade secret, breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty, and interference with contractual relations. | | |
| 1051. | January 25, 2021 Legacy estimate<br><br>Exhibit A to declaration of I. Lopez ISO Opposition to MPSJ | Pablo Morales or Ishmael Lopez | No objections as to the estimate itself in isolation (without waiving any objections regarding Ismael Lopez or underlying declaration) | | |
| 1052. | February 2, 2022 Reyma packing slip<br><br>Exhibit B to declaration of I. Lopez ISO Opposition to MPSJ | Pablo Morales or Ishmael Lopez | No objections as to the packing slip itself in isolation (without waiving any objections regarding Ismael Lopez or underlying declaration) | | |
| 1053. | March 25, 2022 email between Daisy Tablado and Savino Morales, Subject: Pricing P2009016<br><br>Exhibit B to declaration of Amy Williams ISO Motion for Sanctions | Savino Morales | No objections | | |
| 1054. | March 15, 2022 Legacy purchase order vendor IFS<br><br>Exhibit D to declaration of Amy Williams ISO Motion for Sanctions redacted | Savino Morales, Pablo Morales, Sergio Escamilla or Nigel Kershaw | No objections assuming original document is used (LEGACY004785) | | |
| 1055. | December 29, 2021 email between Daisy | Pablo Morales | No objections assuming original document is | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Tablado and Paolo Ruiz, Subject: Price and code for items<br><br>Exhibit E to declaration of Amy Williams ISO Motion for Sanctions | | used (LEGACY000968) | | |
| 1056. | February 15, 2022 Legacy purchase order vendor IFS<br><br>Exhibit G to declaration of Amy Williams ISO Motion for Sanctions redacted | Savino Morales, Pablo Morales, Sergio Escamilla or Nigel Kershaw | No objections assuming original document is used (LEGACY004827) | | |
| 1057. | February 22, 2022 Legacy invoice to El Progresso Market<br><br>Exhibit H to declaration of Amy Williams ISO Motion for Sanctions redacted | Savino Morales, Pablo Morales, or Sergio Escamilla | No objections assuming original document is used (LEGACY005250) | | |
| 1058. | February 18, 2022 Legacy purchase order vendor IFS<br><br>Exhibit I to declaration of Amy Williams ISO Motion for Sanctions redacted | Savino Morales, Pablo Morales, Sergio Escamilla or Nigel Kershaw | No objections assuming original documents are used (LEGACY 004827 & 4822-4823) | | |
| 1060. | Declaration of S. Morales ISO Opposition to Motion for Preliminary Injunction with Ex. A. | Savino Morales | Defendants object as to Paragraph 20 and Exh. A on the grounds of lack of relevance, undue prejudice, that the underlying signed document referenced is inadmissible, lack of foundation, best evidence rule, hearsay without exception, impermissible opinion and legal conclusions<br><br>Plaintiff's Response: Defendant provided this exhibit, a document he signed as part of his declaration signed under | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | penalty of perjury, to the Court during pre-trial proceedings. The exhibit contains admissions and therefore is not hearsay. | | |
| 1061. | Declaration of P. Morales ISO Opposition to Motion for Preliminary Injunction | Pablo Morales | No objections | | |
| 1062. | Declaration of P. Morales ISO Motion for Partial Summary Judgment | Pablo Morales | No objections | | |
| 1063. | Declaration of S. Escamilla ISO Motion for Partial Summary Judgement | Sergio Escamilla | No objections | | |
| 1064. | Declaration of S. Morales ISO Opposition to Motion for Sanctions | Savino Morales | No objections | | |
| 1066. | Declaration of Savino Morales ISO Motion for Partial Summary Judgment | Savino Morales | No objections | | |
| 1067. | Declaration of Savino Morales ISO Opposition to Plaintiff's Ex Parte Application for TRO with Ex. A | Savino Morales | Defendants object as to Paragraphs 17 and 18 and Exh. A on the grounds of lack of relevance, undue prejudice, that the underlying signed document referenced is inadmissible, lack of foundation, best evidence rule, hearsay without exception, impermissible opinion and legal conclusions.<br><br>Plaintiff's Response: Defendant provided this exhibit, a document he signed as part of his | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|-------------------------------------------------------------------------------------|-----------------|----------------|
| | | | declaration signed under penalty of perjury, to the Court during pre-trial proceedings. The exhibit contains admissions and therefore is not hearsay. | | |
| 1068. | Declaration of Pablo Morales ISO Opposition to Plaintiff's Ex Parte Application for TRO | Pablo Morales | No objections | | |
| 1069. | Declaration of Sergio Escamilla ISO Opposition to Plaintiff's Ex Parte Application for TRO | Sergio Escamilla | No objections | | |
| 1070. | March 29, 2022 email between Savino Morales, Paolo Ruiz and Sergio Escamilla Subject:  please review Exhibit A to declaration of Savino Morales ISO Opposition to Plaintiff's Ex Parte Application for TRO and Motion for Preliminary Injunction | Pablo Morales, Savino Morales or Sergio Escamilla | Defendants object on the grounds of lack of relevance, undue prejudice, that the underlying signed document referenced is inadmissible, lack of foundation, best evidence rule, hearsay without exception, impermissible opinion and legal conclusions. Plaintiff's Response: Defendants' admissions are relevant and therefore is not hearsay. | | |
| 1071. | | | | | |
| 1072. | | | | | |
| 1076. | Declaration of Sergio Escamilla ISO Opposition to Motion for Preliminary Injunction | Sergio Escamilla | No objections | | |
| 1077 | Declaration of Savino Morales ISO Motion | Savino | No objections | | |

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| . | for Partial Summary Judgment | Morales | | | |
| 1078. | Declaration of Pablo Morales ISO Motion for Partial Summary Judgment | Pablo Morales | No objections | | |
| 1079. | Declaration of Sergio of Escamilla ISO Motion for Partial Summary Judgment | Sergio Escamilla | No objections | | |
| 1082. | Declaration of Sergio Escamilla ISO Opposition to Plaintiff's Ex Parte Application | Sergio Escamilla | Defendants are unsure of what document this refers to and reserve all objections | | |
| 1083. | Declaration of Pablo Morales ISO Opposition to Plaintiff's Ex Parte Application | Pablo Morales | Defendants are unsure of what document this refers to and reserve all objections | | |
| 1085. | | | | | |
| 1090. * | March 26, 2022 Rong Cheng Trading LLC purchase order to Legacy Wholesale Group<br><br>Exhibit 2 to declaration of Savino Morales ISO Opposition to Motion for Sanctions | Savino Morales | No objections | | |
| 1093. | | | | | |
| 1094. | | | | | |
| 1095. * | September 2, 2021 email between Paolo Ruiz, Sam Ruiz, Sergio Escamilla and Daisy Tablado, Subject: Pallets<br><br>LEGACY 00160-162 | Pablo Morales, Savino Morales or Sergio Escamilla | No objections. | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1096. | September 14, 2021 email between Paolo Ruiz and Sergio Escamilla, Subject: P.O. #3 LEGACY 00174-176 | Pablo Morales or Sergio Escamilla | No objections | | |
| 1097. | September 25, 2021 email between Paolo Ruiz, Sam Ruiz, Daisy Tablado and Valery Tablado, Subject: PO LEGACY 00218 | Pablo Morales or Savino Morales | No objections | | |
| 1098. | October 12, 2021 email between Sam Ruiz, Sergio Escamilla and Paolo Ruiz, Subject: Transportation LEGACY 00303 | Pablo Morales, Savino Morales or Sergio Escamilla | No objections | | |
| 1099. | October 26, 2021 email between Sam Ruiz and Jose H, Subject: Precios/Savino LEGACY 00409 | Savino Morales | No objections | | |
| 1100. * | October 26, 2021 email between Sam Ruiz and Leopoldo Cazanga, Subject: precios de Savino Morales LEGACY 00410-413 | Savino Morales | No objections | | |
| 1101. | | | | | |
| 1102. | | | | | |
| 1103. | December 14, 2021 email between Sam Ruiz and Daisy Tablado, Subject: | Savino Morales | No objections | | |

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | order Pacific Coast Produce<br><br>LEGACY 00749 | | | | |
| 1104. | January 6, 2022 email between Paolo Ruiz, Jesus Trujillo and Daisy Tablado, Subject:  G5541<br><br>LEGACY 01106-1108 | Pablo Morales or Jesus Trujillo | Defendants object on the grounds of relevance, as there is no apparent connection to any remaining claim or sub-claim.<br><br>Plaintiff's Response: Evidence of breach of duty of loyalty, inducing breach of duty of loyalty, damages to IFS. | | |
| 1105. | January 26, 2022 email between Sergio Escamilla, Paolo Ruiz and Sam Ruiz, no subject<br><br>LEGACY 01269 | Pablo Morales, Savino Morales or Sergio Escamilla | No objections | | |
| 1106. | January 26, 2022 email between Daisy Tablado, Sam Ruiz and Sergio Escamilla, Subject:  new order for La Surtidora/Moreno Valley<br><br>LEGACY 01296-1298 | Savino Morales or Sergio Escamilla | No objections | | |
| 1107. | January 26, 2022 email between Paolo Ruiz, Daisy Tablado, Sam Ruiz and Sergio Escamilla, Subject: new order for La Surtidora/Moreno Valley<br><br>LEGACY 01299-1301 | Pablo Morales, Savino Morales or Sergio Escamilla | No objections | | |
| 1108. | February 2, 2022 email between Sam Ruiz, and Jose Hernandez, | Savino Morales | No objections | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Subject:  P.O.#79290 LEGACY 01346 | | | | |
| 1109. | February 3, 2022 email between Sergio Escamilla, Paolo Ruiz, Cynthia Morales and Sam Ruiz, Subject: Pallet Update LEGACY 01372 | Pablo Morales, Savino Morales or Sergio Escamilla | Defendants object on the grounds of relevance, as there is no apparent connection to any remaining claim or sub-claim. Plaintiff's Response: Relevant to misappropriation of trade secret, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty, and interference with contractual relations. | | |
| 1110. | February 24, 2022 email between Jose Barreto and Sam Ruiz, Subject:  Dart LEGACY 01542 | Savino Morales | Defendants object on the grounds of lack of relevance and lack of foundation Plaintiff's Response: Foundation to be laid at trial. Relevant to misappropriation of trade secret, breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty, and interference with contractual relations. | | |
| 1111. | February 28, 2022 email between Paolo Ruiz and Daisy Tablado, Subject: Emails LEGACY 01555 | Pablo Morales | No objections | | |

AMENDED JOINT EXHIBIIT LIST

CDF LABOR LAW LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1112. | February 28, 2022 email between Paolo Ruiz and Daisy Tablado, Subject: Emails<br>LEGACY 01559-1560 | Pablo Morales | No objections | | |
| 1113. | March 14, 2022 email between Paolo Ruiz, Sergio Escamilla, Sam Ruiz and Susie Morales, Subject: Brief Financial Update<br>LEGACY 01640-1642 | Pablo Morales, Savino Morales or Sergio Escamilla | Defendants object on the grounds of relevance and undue prejudice and risk of confusion and hearsay without exception as to Armando Mesa<br>Plaintiff's Response: Relevant to intent, willfulness,  breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty, and interference with contractual relations. | | |
| 1114. | March 14, 2022 email between Armando Mesa and Daisy Tablado, Subject: MDD Supplies<br>LEGACY 01652 | Hugo Mesa, Pablo Morales or Savino Morales | Defendants object on the grounds of relevance and undue prejudice and risk of confusion and hearsay without exception as to Armando Mesa<br>Plaintiff's Response: Relevant to intent, willfulness,  breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty, and interference with contractual relations. | | |
| 1115. | March 14, 2022 email between Paolo Ruiz, Susie Morales and Sergio Escamilla, | Pablo Morales or Sergio Escamilla | Defendants object on the grounds of relevance and undue prejudice and risk of confusion and hearsay without | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Subject:  IFS LEGACY 01676 | | exception as to Armando Mesa<br><br>Plaintiff's Response: Relevant to intent, willfulness,  breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty, and interference with contractual relations. | | |
| 1116. | March 15, 2022 email between Armando Mesa and Paolo Ruiz, Subject:  MDD Supplies LEGACY 01686-1687 | Hugo Mesa or Pablo Morales | Defendants object on the grounds of relevance and undue prejudice and risk of confusion and hearsay without exception as to Armando Mesa<br><br>Plaintiff's Response: Relevant to intent, willfulness,  breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty, and interference with contractual relations. | | |
| 1117. | April 18, 2022 email between Sam Ruiz and Angelica Rivera, Subject:  price list LEGACY 02026 | Pablo Morales, Savino Morales or Sergio Escamilla | Defendants object on the grounds of relevance and undue prejudice and risk of confusion<br><br>Plaintiff's Response: Relevant to intent, willfulness,  interference with contractual relations and damages. | | |
| 1119. | June 8, 2021 letter to Sergio Escamilla from EJM Development regarding lease at 7225 W. Roosevelt Suite 166, Phoenix, AZ with lease enclosed LEGACY 002849- | Sergio Escamilla | Defendants object on the grounds of relevance, lack of foundation, and hearsay without exception<br><br>Plaintiff's Response: Relevant to intent, willfulness,  breach of | | |

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | 2855 | | contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty. | | |
| 1120. | 2022 Legacy invoices to M&E LEGACY 04235-4260 | Pablo Morales, Savino Morales or Sergio Escamilla | Objections on the grounds of relevance and undue risk of prejudice and confusion for post-March 31, 2022, invoices Plaintiff's Response: Relevant to damages. | | |
| 1121. | 2022 Legacy invoices LEGACY 004267-4316 | Pablo Morales, Savino Morales or Sergio Escamilla | No objections | | |
| 1122. | Legacy sales spreadsheets and cash log LEGACY 004317-4318 | Pablo Morales, Savino Morales or Sergio Escamilla | Defendants object on the grounds of relevance to remaining claims and undue prejudice and risk of confusion Plaintiff's Response: Relevant to willfulness, maliciousness and intent, breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty, and interference with contractual relations. | | |
| 1123. | Pablo Morales 2021 wage statements and W-2s LEGACY 004319-4339 | Pablo Morales or Sergio Escamilla | No objections | | |
| 1124. | Savino Morales wage statements and W-2s LEGACY 004340- | Savino Morales or Sergio | No objections | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | 4374 | Escamilla | | | |
| 1125. | Sergio Escamilla wage statement and W-2s LEGACY 004375-4381 | Sergio Escamilla | No objections | | |
| 1126. | Legacy UMB Bank statements LEGACY 004436-4567 | Sergio Escamilla | Defendants object on the grounds of relevance and undue prejudice and risk of confusion for post-March 31, 2022 records

Plaintiff's Response: Financial records that go to damages. | | |
| 1127. | | | | | |
| 1128. | Pablo Morales 2022 wage statements LEGACY 004583-4607 | Pablo Morales or Sergio Escamilla | No objections | | |
| 1129. | Legacy Management Report for period ending October 31, 2021 LEGACY 004689-4768 | Pablo Morales, Savino Morales, Sergio Escamilla or Aniles | No objections | | |
| 1130. | | | | | |
| 1131. | | | | | |
| 1132. | | | | | |
| 1133. | | | | | |
| 1134. | | | | | |
| 1135. | Carlos Catering Sales Report | Pablo Morales, | Defendants object on the grounds of relevance | | |

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | LEGACY004318 | Savino Morales or Sergio Escamilla | and undue prejudice and risk of confusion<br><br>Plaintiff's Response: Evidence of trade secret misappropriation, inducing breach of contract, inducing breach of duty of loyalty. | | |
| 1136. | Legacy Sales Report to IFS's customers<br><br>LEGACY004317 | Pablo Morales, Savino Morales or Sergio Escamilla | Defendants object on the grounds of relevance and undue prejudice and risk of confusion as to any sales and financial information of Legacy post-March 31, 2022<br><br>Plaintiff's Response: Evidence of trade secret misappropriation, and damages relating to all claims. | | |
| 1137. | | | | | |
| 1138. | Legacy Sales Report (hard copy)<br><br>LEGACY006781 | Pablo Morales, Savino Morales or Sergio Escamilla | No objections | | |
| 1139. | Legacy Sales Report (electronic copy)<br><br>LEGACY006781 | Pablo Morales, Savino Morales or Sergio Escamilla | Defendants object to providing electronic copy to jury, but not hard copy<br><br>Plaintiff's Response: There is no evidentiary basis to withhold a locked electronic copy from the jury. | | |
| 1140. | Jesus Trujillo Commission Report<br><br>LEGACY006783 | Jesus Trujillo, Zoyla Rice or Nigel Kershaw | No objections | | |
| 1141. | Legacy Sales Report (hard copy) | Pablo Morales, Savino | No objections | | |

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | LEGACY006783 | Morales or Sergio Escamilla | | | |
| 1142. | Legacy Sales Report (electronic copy) LEGACY006783 | Pablo Morales, Savino Morales or Sergio Escamilla | Defendants object to providing electronic copy to jury, but not hard copy<br><br>Plaintiff's Response: There is no evidentiary basis to withhold a locked electronic copy from the jury. | | |
| 1143. | Invoices LEGACY004608-4688 | Pablo Morales, Savino Morales or Sergio Escamilla | Defendants object on the grounds of lack of relevance and undue risk of prejudice and jury confusion as to documents post-dating March 31, 2022<br><br>Plaintiff's Response: Evidence of trade secret misappropriation, and damages relating to all claims. | | |
| 1144. | Invoices LEGACY004769-6778 | Pablo Morales, Savino Morales or Sergio Escamilla | Defendants object on the grounds of lack of relevance and undue risk of prejudice and jury confusion as to documents post-dating March 31, 2022<br><br>Plaintiff's Response: Evidence of trade secret misappropriation, and damages relating to all claims. | | |
| 1183. | December 21, 2021 email between Kennias Party Supplies and Jesus Trujillo, Subject PO0000159 | Jesus Trujillo | Defendants object on the grounds of lack of foundation and hearsay without exception<br><br>Plaintiff's Response: Foundation to be laid at trial of evidence of misappropriation of trade secrets, inducing breach of contract, | | |

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | inducing breach of fiduciary duty. The writing is not offered for the truth of the writing but the wrongful actions underlying it. | | |
| 1184. | Group text messages LEGACY 02684-2685 | Pablo Morales, Savino Morales or Sergio Escamilla | No objections | | |
| 1185. | | | | | |
| 1187. | Steve Arroyo employment acknowledgements and agreements | Steven Arroyo or Zoyla Rice | Defendants have never seen these documents and reserve all objections<br><br>Plaintiff's Response: As Mr. Arroyo failed to appear for his deposition, such documents have not been disclosed. Any such materials will be disclosed at Mr. Arroyos' deposition scheduled for March 22, 2023. | | |
| 1188. | Documents related to Steve Arroyo's personnel file | Steven Arroyo or Zoyla Rice | Defendants have never seen these documents and reserve all objections<br><br>Plaintiff's Response: As Mr. Arroyo failed to appear for his deposition, such documents have not been disclosed. Any such materials will be disclosed at Mr. Arroyos' deposition scheduled for March 22, 2023. | | |
| 1195. | Group text message LEGACY 002167 | Hugo Mesa, Pablo Morales or | No objections | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | Savino Morales | | | |
| 1196. | Group text message LEGACY 002177 | Hugo Mesa, Pablo Morales or Savino Morales | Defendants object on the grounds of lack of relevance and undue risk of confusion and prejudice<br><br>Plaintiff's Response: Relevant to willfulness, maliciousness and intent, misappropriation of trade secret, breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty, and interference with contractual relations. | | |
| 1197. | Group text message LEGACY 002181 | Hugo Mesa, Pablo Morales or Savino Morales | No objections | | |
| 1199. | Group text message LEGACY 002210 | Pablo Morales or Savino Morales | Defendants object on the grounds of lack of relevance<br><br>Plaintiff's Response: Relevant to willfulness, maliciousness and intent, misappropriation of trade secret, breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty, and interference with contractual relations. | | |
| 1200. | Group text message LEGACY 002212 | Pablo Morales or Savino | Defendants object on the grounds of lack of relevance | . | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | Morales | Plaintiff's Response: Relevant to willfulness, maliciousness and intent, misappropriation of trade secret, breach of contract, breach of duty of undivided loyalty, inducing breach of contract, inducing breach of duty of undivided loyalty, and interference with contractual relations | | |
| 1201. | | | | | |
| 1203. | | | | | |
| 1207. | February 2, 2022 Reyma Purchase Order | Ishmael Lopez or Pablo Morales | Defendants do not know what document this is and reserve all objections | | |
| 1211. | M & E subpoenaed records | Hugo Mesa, Pablo Morales or Savino Morales | Defendants do not know what documents this refers to and reserve all objections | | |
| 1212. | Pantelides subpoena records | Hugo Mesa, Pablo Morales or Savino Morales | Defendants do not know what documents this refers to and reserve all objections | | |
| 1213. | The One Trading & Import Company subpoenaed records | Hugo Mesa, Pablo Morales or Savino Morales | Defendants do not know what documents this refers to and reserve all objections | | |
| 1214. | Thermosource subpoenaed records | Hugo Mesa, Pablo Morales or Savino Morales | Defendants do not know what documents this refers to and reserve all objections | | |
| 1215. | | | | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1216. | | | | | |
| 1217. | | | | | |
| 1218. | | | | | |
| 1500. | 1/6/22 Email chain b/w Cynthia Garcia and Veronica Olivares, Subject: FOAM CUP REYMA (IFS email 10) | Savino Morales or Pablo Morales | No objection to authenticity. Hearsay, without exception.<br><br>Defendants' Response: This is an admission of a party opponent; also, this is admissible for effect on the listener | | |
| 1501. | Email Chain, Subject: Items with Issues 6/23, bottom email 6/23/21 from Lisa Sanchez, top email 6/23/21 from Savino Morales (IFS email 264) | Savino Morales | No objection to authenticity. Plaintiff objects as hearsay, without exception.<br><br>Defendants' Response: This is an admission of a party opponent; also, this is admissible for effect on the listener | | |
| 1502. | Email Chain, Subject: x9-black, bottom email 4/8/21 from Savino Morales, top email 5/18/21 from Veronica Olivares (IFS email 062) | Savino Morales | No objection to authenticity. | | |
| 1503. | Email Chain, Subject: Push back, bottom and top emails 2/26/21 from Savino Morales (IFS email 272/IFS 014070-71) | Savino Morales | No objection to authenticity. Plaintiff objects as irrelevant, hearsay, without exception, confusing and prejudicial.<br><br>Defendants' Response: This is an admission of a party opponent; this is relevant to the defense of unavailability of product from IFS when Legacy sold to an IFS customer and also lack of support from IFS to complete sales | | |
| 1504. | February 3, 2021 email between Jeremy | Savino Morales | No objection to authenticity. Plaintiff | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Shapiro and Savino Morales, Subject: Warehouse issue | | objects as irrelevant, hearsay, without exception, confusing and prejudicial. Defendants' Response: This is an admission of a party opponent; this is relevant to the defense of unavailability of product from IFS when Legacy sold to an IFS customer and also lack of support from IFS to complete sales | | |
| 1505. | Email Chain, Subject: 4TH REQUEST - URGENT 19776 - REMOVE 100CS - MUST FILL ORDERS, bottom email 8/2/21 from Veronica Olivares, top email 8/4/21 from Veronica Olivares (IFS email 002459) | Savino Morales or Pablo Morales or Jeremy Shapiro | No objection to authenticity. Plaintiff objects as irrelevant, hearsay, without exception, confusing and prejudicial. Defendants' Response: This is an admission of a party opponent; also, this is admissible for effect on the listener; this is relevant to the defense of unavailability of product from IFS when Legacy sold to an IFS customer and also lack of support from IFS to complete sales | | |
| 1506. | 8/10/21 Email Chain, Subject: FOAM PLATES BACK ORDERS, bottom email from Veronica Olivares, top email from Cynthia Garcia (IFS email 002986) | Savino Morales or Pablo Morales or Jeremy Shapiro | No objection to authenticity. Plaintiff objects as irrelevant, hearsay, without exception, confusing and prejudicial. Defendants' Response: This is an admission of a party opponent; also, this is admissible for effect on the listener; this is relevant to the defense of unavailability of product from IFS when Legacy sold to an IFS customer and also | | |

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | lack of support from IFS to complete sales | | |
| 1507. | 10/13/21 Email chain, Subject: [EXTERNAL] FW: URGENT - EL SUPER REYMA SUBS, bottom email from Veronica Olivares, top email from Mayra Ramirez (IFS email 04084) | Savino Morales or Pablo Morales or Jeremy Shapiro | No objection to authenticity. Plaintiff objects as irrelevant, hearsay, without exception, confusing and prejudicial. Defendants' Response: This is an admission of a party opponent; also, this is admissible for effect on the listener; this is relevant to the defense of unavailability of product from IFS when Legacy sold to an IFS customer and also lack of support from IFS to complete sales | | |
| 1510. | | | | | |
| 1512. | Email Chain, Subject: re Pablo Customer Money issues, bottom email 11/3/20 from Steven Arroyo, top email 3/5/21 from Nigel Kershaw (IFS email 008162) | Pablo Morales or Steven Arroyo or Jeremy Shapiro or Nigel Kershaw | No objection to authenticity. Plaintiff objects as irrelevant, hearsay, without exception, confusing and prejudicial. Defendants' Response: This is an admission of a party opponent and also goes to the defense that Legacy sold items to M&E partly because IFS was limiting sales to them because of payment issues | | |
| 1513. | | | | | |
| 1514. | | | | | |
| 1515. | | | | | |
| 1516. | March 1, 2021 email between Savino Morales, Martin Nunez | Savino Morales | No objection to authenticity. Plaintiff objects as irrelevant, | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | and Ken Sweder, Subject:  Availability | | hearsay, without exception, confusing and prejudicial.  Defendants' Response: This is an admission of a party opponent; this is relevant to the defense of unavailability of product from IFS when Legacy sold to an IFS customer and also lack of support from IFS to complete sales | | |
| 1519. | November 26, 2021 email between Cynthia Garcia and Savino Morales, Subject: Purchase order 22242 from P&L Food Distributors Inc. | Savino Morales | No objection to authenticity. Plaintiff objects as irrelevant, hearsay.  Defendants' Response: This is an admission of a party opponent; also, this is admissible for effect on the listener; this is relevant to the defense of unavailability of product from IFS when Legacy sold to an IFS customer and also lack of support from IFS to complete sales | | |
| 1523. | Records of Pablo Morales' Sales for IFS 2019 | Pablo Morales or Jeremy Shapiro or Nigel Kershaw | Plaintiff objects as irrelevant, confusing and prejudicial.  Until such time as fully disclosed, Plaintiff reserves all rights to object.  Defendants' Response: This is relevant to show that Pablo Morales' sales for IFS were better than his historical norms when Legacy was in operation | | |
| 1524. | Records of Savino Morales' Sales for IFS 2019 | Savino Morales or Jeremy Shapiro or Nigel | Plaintiff objects as irrelevant, confusing and prejudicial.  Until such time as fully disclosed, Plaintiff reserves all | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | Kershaw | rights to object. Defendants' Response: This is relevant to show that Savino Morales' sales for IFS were better than his historical norms when Legacy was in operation | | |
| 1525. | Records of Pablo Morales' Sales for IFS 2020 | Pablo Morales or Jeremy Shapiro or Nigel Kershaw | Plaintiff objects as irrelevant, confusing and prejudicial.  Until such time as fully disclosed, Plaintiff reserves all rights to object. Defendants' Response: This is relevant to show that Pablo Morales' sales for IFS were better than his historical norms when Legacy was in operation | | |
| 1526. | Records of Savino Morales' Sales for IFS 2020 | Savino Morales or Jeremy Shapiro or Nigel Kershaw | Plaintiff objects as irrelevant, confusing and prejudicial.  Until such time as fully disclosed, Plaintiff reserves all rights to object. Defendants' Response: This is relevant to show that Savino Morales' sales for IFS were better than his historical norms when Legacy was in operation | | |
| 1527. | Records of Pablo Morales' Sales for IFS 2021 | Pablo Morales or Jeremy Shapiro or Nigel Kershaw | Plaintiff objects as irrelevant, confusing and prejudicial.  Until such time as fully disclosed, Plaintiff reserves all rights to object. Defendants' Response: This is relevant to show that Pablo Morales' sales for IFS were better than his historical norms when Legacy was in | | |

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | operation | | |
| 1528. | Records of Savino Morales' Sales for IFS 2021 | Savino Morales or Jeremy Shapiro or Nigel Kershaw | Plaintiff objects as irrelevant, confusing and prejudicial.  Until such time as fully disclosed, Plaintiff reserves all rights to object.  Defendants' Response: This is relevant to show that Savino Morales' sales for IFS were better than his historical norms when Legacy was in operation | | |
| 1529. | Records of Pablo Morales' Sales for IFS 2022 | Pablo Morales or Jeremy Shapiro or Nigel Kershaw | Plaintiff objects as irrelevant, confusing and prejudicial.  Until such time as fully disclosed, Plaintiff reserves all rights to object.  Defendants' Response: This is relevant to show that Pablo Morales' sales for IFS were better than his historical norms when Legacy was in operation | | |
| 1530. | Records of Savino Morales' Sales for IFS 2022 | Savino Morales or Jeremy Shapiro or Nigel Kershaw | Plaintiff objects as irrelevant, confusing and prejudicial.  Until such time as fully disclosed, Plaintiff reserves all rights to object.  Defendants' Response: This is relevant to show that Savino Morales' sales for IFS were better than his historical norms when Legacy was in operation | | |
| 1531 | 9/24/21 Email from Larry Campbell, Subject: Dart thresholds and attached Dart letter (IFS 013331-33) | Savino Morales or Pablo Morales or Jeremy Shapiro | No objection to authenticity. Plaintiff objects as irrelevant, hearsay, without exception, confusing and prejudicial. | | |

AMENDED JOINT EXHIBIIT LIST

CDF LABOR LAW LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | Defendants' Response: This is an admission of a party opponent; also, this is admissible for effect on the listener; this is relevant to the defense of unavailability of product from IFS when Legacy sold to an IFS customer and also lack of support from IFS to complete sales | | |
| 1532 | Text messages 2/9/22 to 2/15/22 (IFS 011584) | Savino Morales, Pablo Morales, Sergio Escamilla, or Jeremy Shapiro | No objection to authenticity. Plaintiff objects as irrelevant, hearsay, without exception, confusing and prejudicial.  Defendants' Response: This is an admission of a party opponent; also, this is admissible for effect on the listener; this is relevant to the defense of unavailability of product from IFS when Legacy sold to an IFS customer and also lack of support from IFS to complete salesv | | |
| 1534 | Text messages 12/24/21 to 1/6/22 (IFS 011589-90) | Savino Morales, Pablo Morales, Sergio Escamilla, or Jeremy Shapiro | No objection to authenticity. Plaintiff objects as irrelevant, hearsay, without exception, confusing and prejudicial.  Defendants' Response: This is an admission of a party opponent; also, this is admissible for effect on the listener; this is relevant to the defense of unavailability of product from IFS when Legacy sold to an IFS customer and also lack of support from IFS to complete sales | | |

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1535 | Text messages 12/3/21 to 12/21/21 (IFS 011592-94) | Savino Morales, Pablo Morales, Sergio Escamilla, or Jeremy Shapiro | No objection to authenticity. Plaintiff objects as irrelevant, hearsay, without exception, confusing and prejudicial. Defendants' Response: This is an admission of a party opponent; also, this is admissible for effect on the listener; this is relevant to the defense of unavailability of product from IFS when Legacy sold to an IFS customer and also lack of support from IFS to complete sales | | |
| 1537 | Text messages 8/18/21 to 8/25/21 (IFS 011606) | Savino Morales, Pablo Morales, Sergio Escamilla, or Jeremy Shapiro | No objection to authenticity. Plaintiff objects as irrelevant, hearsay, without exception, confusing and prejudicial. Defendants' Response: This is an admission of a party opponent; also, this is admissible for effect on the listener; this is relevant to the defense of unavailability of product from IFS when Legacy sold to an IFS customer and also lack of support from IFS to complete sales | | |
| 1538 | Email chain, Subject: PET/RPET Increase Notification - Effective December 1, 2021, top email 10/1/21 from Pablo Morales (IFS 011675-76) | Pablo Morales | No objection to authenticity. Plaintiff objects as irrelevant, hearsay, without exception, confusing and prejudicial. Defendants' Response: This is an admission of a party opponent; also, this is admissible for effect on the listener; this is relevant to the | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | defense of unavailability of product from IFS when Legacy sold to an IFS customer and also lack of support from IFS to complete sales | | |
| 1539 | Email chain, Subject: ART PORTION CUPS ON ALLOCATION, top email 10/27/21 from Veronica Olivares (IFS 013830-33) | Savino Morales, Pablo Morales, or Jeremy Shapiro | No objection to authenticity. Plaintiff objects as irrelevant, hearsay, without exception, confusing and prejudicial. Defendants' Response: This is an admission of a party opponent; also, this is admissible for effect on the listener; this is relevant to the defense of unavailability of product from IFS when Legacy sold to an IFS customer and also lack of support from IFS to complete sales | | |
| 1540 | Email chain, Subject: P & L foods, top email 10/29/21 from Larry Campbell (IFS 013840-41) | Savino Morales, Pablo Morales, or Jeremy Shapiro | No objection to authenticity. Plaintiff objects as irrelevant, hearsay, without exception, confusing and prejudicial. Defendants' Response: This is an admission of a party opponent; also, this is admissible for effect on the listener; this is relevant to the defense of unavailability of product from IFS when Legacy sold to an IFS customer and also lack of support from IFS to complete sales | | |
| 1541 | Email chain, Subject: Eastman ACC:160710 Order, top email 11/1/21 from Larry Campbell (IFS 13842- | Savino Morales, Pablo Morales, or Jeremy | No objection to authenticity. Plaintiff objects as irrelevant, hearsay, without exception, confusing | | |

76

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | 43) | Shapiro | and prejudicial. Defendants' Response: This is an admission of a party opponent; also, this is admissible for effect on the listener; this is relevant to the defense of unavailability of product from IFS when Legacy sold to an IFS customer and also lack of support from IFS to complete sales | | |
| 1542 | Email chain, Subject: NONSTOP, top email 10/15/21 from Martha Hernandez (IFS 13844-45) | Savino Morales, Pablo Morales, or Jeremy Shapiro | No objection to authenticity. Plaintiff objects as irrelevant, hearsay, without exception, confusing and prejudicial. Defendants' Response: This is an admission of a party opponent; also, this is admissible for effect on the listener; this is relevant to the defense of unavailability of product from IFS when Legacy sold to an IFS customer and also lack of support from IFS to complete sales | | |
| 1543 | Email chain, Subject: Dart foam cups allocation thresholds being removed, top email 3/21/22 from Larry Campbell (IFS 13858-59) | Savino Morales, Pablo Morales, or Jeremy Shapiro | No objection to authenticity. Plaintiff objects as irrelevant, hearsay, without exception, confusing and prejudicial. Defendants' Response: This is an admission of a party opponent; also, this is admissible for effect on the listener; this is relevant to the defense of unavailability of product from IFS when Legacy sold to an IFS customer and also lack of support from IFS | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | to complete sales | | |
| 1544 | Email chain, Subject: 32mj48, top email 2/21/22 from Larry Campbell (IFS 13886) | Savino Morales, Pablo Morales, or Jeremy Shapiro | No objection to authenticity. Plaintiff objects as irrelevant, hearsay, without exception, confusing and prejudicial. Defendants' Response: This is an admission of a party opponent; also, this is admissible for effect on the listener; this is relevant to the defense of unavailability of product from IFS when Legacy sold to an IFS customer and also lack of support from IFS to complete sales | | |
| 1545 | Email chain, Subject: Distributor Support, top email 6/25/20 from Jeremy Shapiro (IFS 014007-09) | Savino Morales, Pablo Morales, or Jeremy Shapiro | No objection to authenticity. Plaintiff objects as irrelevant, hearsay, without exception, confusing and prejudicial. Defendants' Response: This is an admission of a party opponent; also, this is admissible for effect on the listener; this is relevant to the defense of unavailability of product from IFS when Legacy sold to an IFS customer and also lack of support from IFS to complete sales | | |
| 1546 | Email chain, Subject: Pacific Coast produce, top email 3/10/22 from Leslie Lopez (IFS 014032) | Savino Morales, Pablo Morales, or Jeremy Shapiro | No objection to authenticity. Plaintiff objects as irrelevant, hearsay, without exception, confusing and prejudicial. Defendants' Response: This is an admission of a party opponent; also, this is admissible for | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | effect on the listener; this is relevant to the defense of unavailability of product from IFS when Legacy sold to an IFS customer and also lack of support from IFS to complete sales | | |
| 1547 | 2/28/22 Email from Larry Campbell, Subject: Dart PS translucent cups (IFS 014050) | Savino Morales, Pablo Morales, or Jeremy Shapiro | No objection to authenticity. Plaintiff objects as irrelevant, hearsay, without exception, confusing and prejudicial. Defendants' Response: This is an admission of a party opponent; also, this is admissible for effect on the listener; this is relevant to the defense of unavailability of product from IFS when Legacy sold to an IFS customer and also lack of support from IFS to complete sales | | |
| 1548 | Email chain, Subject: IFS# 32MJ48 - need to remove orders with more than the allocation of 1 case, top email 2/15/22 from Savino Morales (IFS 014058-60) | Savino Morales, Pablo Morales, or Jeremy Shapiro | No objection to authenticity. Plaintiff objects as irrelevant, hearsay, without exception, confusing and prejudicial. Defendants' Response: This is an admission of a party opponent; also, this is admissible for effect on the listener; this is relevant to the defense of unavailability of product from IFS when Legacy sold to an IFS customer and also lack of support from IFS to complete sales | | |
| 1549 | | | | | |
| 1550 | Email chain, Subject El Progresso / return | Savino Morales or | No objection to authenticity. Plaintiff | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | entire order, top email 6/9/21 from Savino Morales (IFS email 223) | Jeremy Shapiro | objects as irrelevant, hearsay, without exception, confusing and prejudicial.<br><br>Defendants' Response: This is an admission of a party opponent; also, this is admissible for effect on the listener; this is relevant to the defense of unavailability of product from IFS when Legacy sold to an IFS customer and also lack of support from IFS to complete sales |  |  |
| 1554 | Email chain, Subject URGENT EL SUPER MEAT TRAYS DELAYS, top email 9/21/21 from Veronica Olivares (IFS email 10747) | Savino Morales, Pablo Morales, or Jeremy Shapiro | No objection to authenticity. Plaintiff objects as irrelevant, hearsay, without exception, confusing and prejudicial.<br><br>Defendants' Response: This is an admission of a party opponent; also, this is admissible for effect on the listener; this is relevant to the defense of unavailability of product from IFS when Legacy sold to an IFS customer and also lack of support from IFS to complete sales |  |  |
| 1555 |  |  |  |  |  |
| 1556 | Email chain, Subject NEED REQ - REYMA 20FOAM-REY, top email 1/20/22 from Veronica Olivares (IFS email 019681) | Savino Morales, Pablo Morales, or Jeremy Shapiro | No objection to authenticity. Plaintiff objects as irrelevant, hearsay, without exception, confusing and prejudicial.<br><br>Defendants' Response: This is an admission of a party opponent; also, this is admissible for effect on the listener; this is relevant to the |  |  |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | defense of unavailability of product from IFS when Legacy sold to an IFS customer and also lack of support from IFS to complete sales | | |
| 1557 | | | | | |
| 1558 | | | | | |
| 1559 | | | | | |
| 1560 | | | | | |
| 1561 | 6/23/21 Email, Subject: Items with Issues 6/23, from Lisa Sanchez (IFS email 24281) | Savino Morales, Pablo Morales, or Jeremy Shapiro | No objection to authenticity. Plaintiff objects as irrelevant, hearsay, without exception, confusing and prejudicial. Defendants' Response: This is an admission of a party opponent; also, this is admissible for effect on the listener; this is relevant to the defense of unavailability of product from IFS when Legacy sold to an IFS customer and also lack of support from IFS to complete sales | | |
| 1562 | | | | | |
| 1563 | | | | | |
| 1564 | | | | | |
| 1565 | | | | | |
| 1566 | | | | | |
| 1567 | | | | | |
| 1568 | | | | | |
| 1569 | | | | | |
| 1570 | | | | | |
| 1571 | | | | | |
| 1572 | | | | | |
| 1573 | Email chain, Subject: Reyma, top email | Savino Morales, | No objection to authenticity. Plaintiff | | |

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | 7/15/19 from Christina Quintero (IFS email 40797) | Pablo Morales, or Jeremy Shapiro | objects as irrelevant, hearsay, without exception, confusing and prejudicial.<br><br>Defendants' Response: This is an admission of a party opponent; also, this is admissible for effect on the listener; this is relevant to the defense of unavailability of product from IFS when Legacy sold to an IFS customer and also lack of support from IFS to complete sales | | |
| 1574 | 11/24/21 Email from Veronica Olivares, Subject: REYMA BLACK FOAM ITEMS BACK TO STOCK (IFS email 41530) | Savino Morales, Pablo Morales, or Jeremy Shapiro | No objection to authenticity. Plaintiff objects as irrelevant, hearsay, without exception, confusing and prejudicial.<br><br>Defendants' Response: This is an admission of a party opponent; also, this is admissible for effect on the listener; this is relevant to the defense of unavailability of product from IFS when Legacy sold to an IFS customer and also lack of support from IFS to complete sales | | |
| 1575 | Email chain, Subject: REYMA :: CATALOGO PRODUCTOS DESECHABLES, top email 1/31/22 from Savino Morales (IFS email 45741) | Savino Morales or Jeremy Shapiro | No objection to authenticity. Plaintiff objects as irrelevant, hearsay, without exception, confusing and prejudicial.<br><br>Defendants' Response: This is an admission of a party opponent; also, this is admissible for effect on the listener; this is relevant to the defense of unavailability of product from IFS | | |

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | when Legacy sold to an IFS customer and also lack of support from IFS to complete sales | | |
| 1576 | Email chain, Subject: Fwd: URGENT - EL SUPER - 20948 TRAY FOAM MEAT 9H WHITE, top email 12/29/21 from Savino Morales (IFS email 46154) | Savino Morales or Jeremy Shapiro | No objection to authenticity. Plaintiff objects as irrelevant, hearsay, without exception, confusing and prejudicial. Defendants' Response: This is an admission of a party opponent; also, this is admissible for effect on the listener; this is relevant to the defense of unavailability of product from IFS when Legacy sold to an IFS customer and also lack of support from IFS to complete sales | | |
| 1577 | North County Educational Purchasing Consortium AWARDED VENDOR LIST (LEGACY 006784-6791) | | IFS objects to this exhibit as Defendants failed to timely disclose it in their Rule 26 disclosures or supplements or provide it in discovery.  The exhibit is inadmissible hearsay and has no relevance to the pending action and only serves to confuse the jury. IFS objects to Defendants calling these witness as they were not identified during the discovery period, they have no relevant information for trial and will only serve to confuse the jury. IFS's business through a public bid process has no place in this trial and only serves as a smokescreen. IFS's public bid reflects special pricing from | | |

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|-------------------------------------------------------------------------------------|-----------------|---------------|
|       |             |                               | vendors that is not available for other customers and public bid pricing has no relevance to Defendants' theft of IFS's trade secret customer information to use for Legacy's benefit with IFS's customers that had been serviced by Pablo and Savino Morales. Defendants' Response: This is a document publicly available on the internet at http://www.ncepc.org/files/136388507.pdf |                 |               |
|       |             |                               | This document contains a significant amount of IFS pricing information for products that IFS sells to certain schools in San Diego County pursuant to a public bid. This is further evidence that pricing information is not a secret. IFS's claim that the exhibit reflects "special pricing" is made without any foundation and is merely a new, unsworn assertion by counsel; besides, that would go to weight, not admissibility, and the evidence surely meets the low standard required for relevance. |                 |               |
|       |             |                               | Defendants (via their counsel) discovered this document's existence on the internet and produced it the same day. Plaintiff should have produced documents regarding the publicly known |                 |               |

AMENDED JOINT EXHIBIIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | information. | | |
| 1578 | | | | | |
| 1579 | | | | | |
| 1580 | | | | | |
| 1581 | | | | | |
| 1582 | | | | | |
| 1583 | | | | | |
| 1584 | March 15, 2022 Legacy purchase order vendor IFS<br><br>Exhibit 2 to declaration of Savino Morales ISO Opposition to Motion for Sanctions | Savino Morales | | | |
| 1585 | February 15, 2022 Legacy purchase order vendor IFS<br><br>Exhibit 4 to declaration of Savino Morales ISO Opposition to Motion for Sanctions | Savino Morales | | | |
| 1586 | February 22, 2022 Legacy invoice to El Progresso Market<br><br>Exhibit 5 to declaration of Savino Morales ISO Opposition to Motion for Sanctions | Savino Morales | | | |

Dated:  January 10, 2024          CDF LABOR LAW LLP
                                                  Jeffrey Sikkema


                                         By: _____*/s/ Amy S. Williams*_____
                                                      Amy S. Williams
                                      Attorneys for Plaintiff/Counter-Defendant
                                      PERRIN BERNARD SUPOWITZ, LLC, a
                                      California LLC dba INDIVIDUAL FOODSERVICE

85                          AMENDED JOINT EXHIBIIT LIST

2332267.2

1  Dated:  January 10, 2024          LESOWITZ GEBELIN LLP
2                                       Steven T. Gebelin

3                                     By: _____/s/ Scott M. Lesowitz_____
4                                            Scott M. Lesowitz
5                                     Attorneys for Defendants/Cross-Complainant
                                      PABLO MORALES, LEGACY WHOLESALE
6                                     GROUP, LLC; SAVINO MORALES, and SERGIO
                                      ESCAMILLA
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED JOINT EXHIBIIT LIST

CDF Labor Law LLP

2332267.2