UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:22-cv-02120-MEMF-SK                                                    Date: April 3, 2024

Title   *Perrin Bernard Supowitz, LLC v. Pablo Morales et al*

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  ORDER re First Stipulation for Jury Trial [ECF NO. 414]**

On February 23, 2024, the parties requested that the Court set the jury trial in this matter on June 17, 2024. ECF No. 414. The Court ordered the parties to make a good faith attempt at settlement before the Court set a trial date. ECF No. 415. On March 11, 2024, the parties engaged a settlement discussion mediated by Magistrate Judge Steve Kim. ECF No. 418. The settlement discussion was not successful. ECF No. 419.

The Court thus sets the jury trial in this matter for June 17, 2024.  The parties are advised that the Court currently has at least two criminal trials set for the same day. If either of those trials goes forward, this trial will trail behind, day for day.

A further pretrial conference is set for May 29, 2024 at 9:00am.

:
**Initials of Preparer**     DBE