```
 1  CDF LABOR LAW LLP
        Amy S. Williams, State Bar No. 228853
 2      awilliams@cdflaborlaw.com
        Erin Owen, State Bar No. 185371
 3      eowen@cdflaborlaw.com
    707 Wilshire Boulevard, Suite 5150
 4  Los Angeles, CA 90017
    Telephone: (213) 612-6300
 5
    Attorneys for Plaintiff/Counter-Defendant
 6  PERRIN BERNARD SUPOWITZ, LLC, a
    California LLC dba INDIVIDUAL
 7  FOODSERVICE

 8  LESOWITZ GEBELIN LLP
        Scott M. Lesowitz, State Bar No. 261759
 9      scott@lawbylg.com
        Steven T. Gebelin, State Bar No. 261507
10      steven@lawbylg.com
    8383 Wilshire Boulevard, Suite 800
11  Beverly Hills, CA 90211
    Telephone: (310) 341-3072
12
    Attorneys for Defendants/Cross-Complainant
13  PABLO MORALES, LEGACY WHOLESALE
    GROUP, LLC; SAVINO MORALES, and SERGIO
14  ESCAMILLA
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRIN BERNARD SUPOWITZ, LLC, a California LLC dba INDIVIDUAL FOODSERVICE,<br><br>   Plaintiff,<br> v.<br><br>PABLO MORALES, an individual; LEGACY WHOLESALE GROUP, LLC, an Arizona Limited Liability Corporation; SAVINO MORALES, an individual; and SERGIO ESCAMILLA, an individual; and DOES 1 through 20, inclusive,<br><br>   Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:22-cv-02120-MEMF-SK<br><br>Judge: Maame Ewusi-Mensah Frimpong<br>Ctrm: 8B<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: March 21, 2022<br>FAC Filed: August 29, 2022<br>Trial Date: June 17, 2024 |

NOTICE OF SETTLEMENT

CDF Labor Law LLP

1  Plaintiff/Counter-Defendant PERRIN BERNARD SUPOWITZ, LLC, a
2  California LLC dba INDIVIDUAL FOODSERVICE ("Plaintiff" or "IFS") and
3  Defendants/Counter-Complainant PABLO MORALES, LEGACY WHOLESALE
4  GROUP, LLC, SAVINO MORALES, and SERGIO ESCAMILLA ("Defendants")
5  (collectively the "Parties") hereby give notice that the parties have reached an
6  agreement to resolve this action in its entirety.  The parties request that the Court
7  take the June 17, 2024 Trial off calendar and set a status conference in or about 60
8  days to allow the parties an opportunity to document the resolution.

10  Dated:  June 14, 2024        CDF LABOR LAW LLP

12                                 By:  ___/s/ Erin Owen_____
                                          Amy S. Williams
13                                        Erin Owen
                                   Attorneys for Plaintiff/Counter-Defendant
14                                 PERRIN BERNARD SUPOWITZ, LLC, a
                                   California LLC dba INDIVIDUAL FOODSERVICE

16  Dated:  June 14, 2024        LESOWITZ GEBELIN LLP

18                                 By:  ___/s/ Scott M. Lesowitz_____
                                          Scott M. Lesowitz
19                                        Steven T. Gebelin
                                   Attorneys for Defendants/Cross-Complainant
20                                 PABLO MORALES, LEGACY WHOLESALE
                                   GROUP, LLC; SAVINO MORALES, and SERGIO
21                                 ESCAMILLA

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE.

I, the undersigned, declare that I am employed in the aforesaid County, State of California. I am over the age of 18 and not a party to the within action. My business address is 18300 Von Karman Avenue, Suite 800, Irvine, CA 92612. On June 14, 2024, I served upon the interested party(ies) in this action the following document described as: NOTICE OF SETTLEMENT

By the following method:

| | |
|---|---|
| Steven T. Gebelin<br>Scott M. Lesowitz<br>LESOWITZ GEBELIN<br>8383 Wilshire Boulevard, Suite 800<br>Beverly Hills, CA 90211<br><br>E-MAIL: steven@lawbylg.com;<br>scott@lawbylg.com | Jeffery W. Johnson<br>JOHNSON & RAWI, PC<br>99 South Lake Avenue, Suite 208<br>Pasadena, CA 91101<br><br>E-MAIL: jjohnson@johnsonrawi.com |

[X] **via CM/ECF (registered)**: I hereby certify I electronically filed the above-referenced document(s) and that they are available for viewing and downloading on the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 14, 2024, at Irvine, California.

| Marion Browning-Valdez | /s/ *Marion Browning-Valdez* |
|---|---|
| (Type or print name) | (Signature) |