UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRIN BERNARD SUPOWITZ, LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>PABLO MORALES, LEGACY WHOLESALE GROUP, LLC, SAVINO MORALES, SERGIO ESCAMILLA, and DOES 1 through 20, inclusive,<br><br>           Defendants. | Case No.: 2:22-cv-02120-MEMF-SK<br><br>**STIPULATED FINAL JUDGMENT [ECF NO. 441]** |

/ / /

/ / /

1

Stipulated Final Judgment and admission of liability are hereby made and entered against Defendants Pablo Morales and Savino Morales on Plaintiff Perrin Bernard Supowitz, LLC dba Individual FoodService's ("IFS") claims for Breach of the Duty of Undivided Loyalty and Tortious Interference with Business Relations, and against Defendant Legacy Wholesale Group, LLC on IFS's claim for Tortious Interference with Business Relations, all in favor of IFS in the Stipulated Judgment Amount of One Million Two Hundred Thousand Dollars ($1,200,000.00), with interest accruing thereon at the legal rate commencing from the date the Parties signed the Stipulation for Entry of Final Judgment through the date of satisfaction of the Stipulated Judgment Amount.

IT IS SO ORDERED.

Dated: January 15, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge